UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE PE CORPORATION SECURITIES LITIGATION | : <br> : <br> : Master File No. 3:00 CV 705 (CFD) <br> : <br> : NOVEMBER 6, 2003 <br> : <br> : |

## UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendants, with the consent of Plaintiffs, respectfully move this Court for an Order entering the November 6, 2003 Confidentiality Stipulation and [Proposed] Protective Order, attached hereto as Exhibit 1.

        Respectfully submitted,

        DEFENDANTS PE CORPORATION, TONY L.
        WHITE, DENNIS L. WINGER AND VIKRAM
        JOG

By:_____
    Stanley A. Twardy, Jr., Esq. (ct05096)
    Thomas D. Goldberg (ct04836)
    Terence J. Gallagher, Esq. (ct22405)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT 06901
    (203) 977-7300 Phone
    (203) 977-8301 – Facsimile

    Their Attorneys

**ORAL ARGUMENT NOT REQUESTED**

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 6th day of November, 2003, to:

| | |
|---|---|
| Margaret E. Haering, Esq. | Sanford P. Dumain, Esq. |
| J. Daniel Sagarin, Esq. | Carlos F. Ramirez, Esq. |
| Hurwitz & Sagarin, LLC | Milberg Weiss Bershad Hynes & Lerach LLP |
| 147 N. Broad Street | One Penn Plaza – 49th Floor |
| P.O. Box 112 | New York, NY 10119 |
| Milford, CT 06460 | |
| Liaison Counsel | Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher