UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re PE Corporation Securities Litigation | : <br> : <br> : Master File No. <br> : 3:00 CV 705 (CFD) <br> : <br> : NOVEMBER 17, 2003 |

## ENTRY OF APPEARANCE

TO:    Office of the Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Please enter the appearance of the undersigned in the above-captioned matter on behalf of defendants PE Corporation, Tony L. White, Dennis L. Winger, and Vikram Jog.

_____
William M. Regan (ct25100)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2205 – Telephone
(212) 455-2502 – Facsimile
wregan@stblaw.com – E-mail

-2-

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent by first class mail this 18th day of November, 2003, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq. | Sanford P. Dumain, Esq. |
| Hurwitz & Sagarin, LLC | Carlos F. Ramirez, Esq. |
| 147 N. Broad Street | Milberg Weiss Bershad Hynes & Lerach LLP |
| P.O. Box 112 | One Penn Plaza – 49th Floor |
| Milford, CT 06460 | New York, NY 10119 |
|    Liaison Counsel |    Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher