UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -8 A 10:56

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| In re PE Corporation<br>Securities Litigation | : : : : : : | Master File No.<br>3:00CV705(CFD)<br><br><br>December 5, 2003 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Kindly enter my appearance as counsel for plaintiffs:

David Berlin and Vinh Vuong.

CARLOS F. RAMIREZ   CT 25340
**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
Fax:  (212) 868-1229
cramirez@milerg.com

Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail to:

>Thomas D. Goldberg, Esq.
>Stanley A. Twardy, Jr., Esq.
>Terence Gallagher, Esq.
>Day, Berry & Howard, LLP
>One Canterbury Green
>Stamford, CT 06901
>
>Michael J. Chepiga, Esq.
>William Regan, Esq.
>Simpson Thacher & Bartlett
>425 Lexington Avenue
>New York, NY 10017-3954

on December 5, 2003.

Carlos F. Ramirez