**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| **IN RE: PE CORPORATION SECURITIES LITIGATION** | : Master File No. 3:00CV705(CFD) <br> : <br> : DECEMBER 29, 2003 |

Please take notice that Defendants have manually filed the following documents:

1) Compendium of Unreported Authority; and

2) Affidavit of Terence J. Gallagher.

These documents have not been filed electronically because:

[ ]  the document cannot be converted to an electronic format
[X]  the electronic file size of the documents each exceed 1.5 megabytes
[ ]  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document by Court order.

    The documents have been manually served on all parties.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | DEFENDANTS PE CORPORATION, TONY L. WHITE, DENNIS L. WINGER and VIKRAM JOG |
| Michael J. Chepiga (CT 01173)<br>Robert A. Bourque (CT 05269)<br>William M. Regan (CT 25100)<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>(212) 455-2000<br>(212) 455 2502 (fax)<br>mchepiga@stblaw.com | By: _____<br>Stanley A. Twardy, Jr. (CT 05096)<br>Thomas D. Goldberg (CT 04836)<br>Terence J. Gallagher (CT 22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>(203) 977-7300<br>(203) 977-7301 (fax)<br>tdgoldberg@dbh.com(e-mail) |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent via overnight courier, postage prepaid, this 29th day of December, 2003, to:

| | |
|---|---|
| Margaret E. Haering, Esq.<br>J. Daniel Sagarin, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>P.O. Box 112<br>Milford, CT 06460 | Sanford P. Dumain, Esq.<br>Carlos F. Ramirez, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Penn Plaza – 49th Floor<br>New York, NY 10119 |
|    Liaison Counsel | Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher