UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ : | Master File No. |
| : | 3:00CV705(CFD) |
| In re PE Corporation : | |
| Securities Litigation : | |
| : | |
| _____: | |
| This Document relates to : | |
|  3:00 CV 705 (CFD) - Berlin : | |
|  3:00 CV 776 (CFD) - Davis : | |
|  3:00 CV 815 (CFD) - Sussman : | |
|  3:00 CV 964 (CFD) - Forstein : | |
| _____ | January 6, 2004 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiffs, as she has separated from the law firm of Hurwitz & Sagarin, LLC.  J. Daniel Sagarin, David A. Slossberg, and Brian C. Fournier continue to represent the plaintiffs and no hardship will be caused by this withdrawal.

**THE PLAINTIFFS**

By:_____
J. Daniel Sagarin CT 04289
David A. Slossberg CT 13116
Brian C. Fournier CT 16272
**HURWITZ & SAGARIN, LLC**
147 N. Broad Street, P.O. Box 112
Milford, Connecticut  06460
(203) 877-8000

<u>Certificate of Service</u>

This is to certify that a copy of the foregoing was mailed, first class mail to:

Thomas D. Goldberg, Esq.
Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

Michael J. Chepiga, Esq.
Kevin D. Lewis, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Margaret E. Haering
61 Center Street
Westport, CT 06880

on January 6, 2004.

                                                                                           _____
                                                                                            J. Daniel Sagarin

Co-Counsel:

Sanford P. Dumain
Carlos F. Ramirez
**MILBERG WEISS BERSHAD
　　HYNES & LERACH LLP**
One Penn Plaza
49th Floor
New York, New York 10119
(212) 594-5300

Robert M. Roseman
Jeffrey L. Kodroff
**SPECTOR, ROSEMAN &
　KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Daniel E. Bacine
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Marvin L. Frank
**RABIN & PECKEL LLP**
275 Madison Avenue
New York, NY 10016

Robert P. Sugarman
**LAW OFFICES OF
　ROBERT P. SUGARMAN**
50 Charles Lindbergh Blvd.
Suite 400
Uniondale, NY 11553

Shane T. Rowley
**WOLF HALDENSTEIN ADLER
　FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016

Andrew M. Schatz
Jeffrey S. Nobel
**SCHATZ & NOBEL, P.C.**
330 Main Street, 2nd Floor
Hartford, CT 06106