UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re PE Corporation Securities Litigation | : Master File No.<br>: 3:00CV705(CFD)<br>: |
| This Document relates to<br>3:00 CV 705 (CFD) - Berlin<br>3:00 CV 776 (CFD) - Davis<br>3:00 CV 815 (CFD) - Sussman<br>3:00 CV 964 (CFD) - Forstein | :<br>:<br>:<br>:<br>: January 6, 2004 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiffs, as she has separated from the law firm of Hurwitz & Sagarin, LLC. J. Daniel Sagarin, David A. Slossberg, and Brian C. Fournier continue to represent the plaintiffs and no hardship will be caused by this withdrawal.

THE PLAINTIFFS

By: /s/ 
J. Daniel Sagarin CT 04289
David A. Slossberg CT 13116
Brian C. Fournier CT 16272
**HURWITZ & SAGARIN, LLC**
147 N. Broad Street, P.O. Box 112
Milford, Connecticut  06460
(203) 877-8000

- 1 -