# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re: PE Corporation Securities Litigation | : | Master File No. 3:00CV705(CFD) |
|  | : |  |
| _____ | : | January 30, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT

Lead Plaintiffs David Berlin and Vinh Vuong ("Lead Plaintiffs"), through their undersigned counsel, hereby move for a 25-page extension of Local Rule 7(d)'s page limit for reply briefs. In support of this motion, Lead Plaintiffs represent:

1.     Lead Plaintiffs filed their Motion for Class Certification on July 18, 2003. The memorandum in support of that motion, which was only 17 pages in length, did not exhaust Local Rule 7(a)'s 40 page allowance for such memoranda. Indeed, if plaintiffs' request is granted, the extra pages requested will only exceed Local Rule 7's combined opening and reply brief totals by only 2 pages.

2.     Defendants obtained deposition testimony from Lead Plaintiffs Vinh Vuong and David Berlin on November 5, 2003 and November 11, 2003, respectively, concerning Lead Plaintiffs' qualifications to serve as class representatives.

3.     Thereafter, Defendants filed their Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification on December 29, 2003. That memorandum, which was 39 pages in length, raised arguments that were not addressed in Lead Plaintiffs' Motion for Class Certification. Those arguments concern: (i) whether the investing public possessed the very information that Lead

Plaintiffs have alleged was omitted from Defendants' SEC filings, (ii) whether claims under Section 12(a)(2) can be brought against Defendants, (iii) whether aftermarket purchasers have standing to bring claims under Section 11 and (iv) whether aftermarket purchasers of securities in a secondary offering may trace their shares to the offering.

4. Defendants also raised numerous issues concerning Lead Plaintiffs' ability to serve as class representatives. The factual record upon which they relied in raising these issues was developed at Lead Plaintiffs' depositions, and, thus, after Lead Plaintiffs filed their Motion for Class Certification. Those issues concern: (i) whether Lead Plaintiffs have standing to bring claims against Defendants under Section 12(a)(2), (ii) whether Lead Plaintiffs purchased their shares in the securities offering that is the subject of this case and (iii) whether Lead Plaintiffs can adequately represent the interests of the class members.

5. Because in the class certification context it is usually difficult to anticipate what new arguments will be raised by defendants in their opposition, and class discovery is usually taken after plaintiffs' file their opening brief, plaintiffs' reply briefs often have to be significantly longer in length than their opening brief in order to fully respond to defendants' arguments.

6. Accordingly, in light of the new arguments raised by Defendants, the additional length is necessary in order to fully respond to Defendants' opposition. Counsel for Lead Plaintiffs has inquired of counsel for Defendants who have indicated that they do not take a position on the request, or on any of the statements contained in this motion, and that they do not intend to file an opposition to this motion.

WHEREFORE, Lead Plaintiffs request for leave to file a reply brief that is 35 pages in length. Lead Plaintiffs' reply brief is currently due on February 12, 2004.

                                          Respectfully submitted,

By:_____
David A. Slossberg CT13116
Brian C. Fournier CT16272
**HURWITZ & SAGARIN, LLC**
147 N. Broad Street, P.O. Box 112
Milford, Connecticut 06460
(203) 877 - 8000

**Liaison Counsel for Lead Plaintiffs**

**MILBERG WEISS BERSHAD
  HYNES & LERACH LLP**
Sanford P. Dumain (CT08138)
Carlos F. Ramirez (CT25340)
One Penn Plaza
49th Floor
New York, New York 10119
(212) 594-5300

**Lead Counsel for Lead Plaintiffs**

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served on January 30, 2004, by facsimile and FedEx, postage prepaid, to the following:

| | |
|---|---|
| Stanley A. Twardy, Jr. | Michael J. Chepiga |
| Thomas D. Goldberg | William M. Regan |
| Day, Berry & Howard LLP | Simpson Thacher & Bartlett LLP |
| One Canterbury Green | 425 Lexington Avenue |
| Stamford, CT 06901 | New York, NY 10017 |
| Liaison Counsel | Counsel for Defendants |
| | |
| | Brian C. Fournier |

DOCS\175285v1