#86

Granted. So ordered. [handwritten margin note]

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED 2004 JAN 30 A 11:06
U.S. DISTRICT COURT
HARTFORD, CT.

In re: PE Corporation Securities Litigation  :  Master File No. 3:00CV705(CFD)

:

_____ :  January 30, 2004

FILED 2004 FEB 2 P 6:53
U.S. DISTRICT COURT
HARTFORD, CT.

## UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT

Lead Plaintiffs David Berlin and Vinh Vuong ("Lead Plaintiffs"), through their undersigned counsel, hereby move for a 25-page extension of Local Rule 7(d)'s page limit for reply briefs. In support of this motion, Lead Plaintiffs represent:

1. Lead Plaintiffs filed their Motion for Class Certification on July 18, 2003. The memorandum in support of that motion, which was only 17 pages in length, did not exhaust Local Rule 7(a)'s 40 page allowance for such memoranda. Indeed, if plaintiffs' request is granted, the extra pages requested will only exceed Local Rule 7's combined opening and reply brief totals by only 2 pages.

2. Defendants obtained deposition testimony from Lead Plaintiffs Vinh Vuong and David Berlin on November 5, 2003 and November 11, 2003, respectively, concerning Lead Plaintiffs' qualifications to serve as class representatives.

3. Thereafter, Defendants filed their Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification on December 29, 2003. That memorandum, which was 39 pages in length, raised arguments that were not addressed in Lead Plaintiffs' Motion for Class Certification. Those arguments concern: (i) whether the investing public possessed the very information that Lead

DOCS\175285v1