UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: PE Corporation Securities Litigation | ) ) ) Master File No. 3:00CV705(CFD) ) ) ) FEBRUARY 11, 2004 |

**MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO CLASS CERTIFICATION**

Lead plaintiffs David Berlin and Vinh Vuong ("Lead Plaintiffs"), through their undersigned counsel, hereby move on consent pursuant to Fed. R. Civ. P. 6(b) for a 3-day extension of time, through and including, February 17, 2004, to file their Reply in further support of Plaintiffs' Motion for Class Certification. In support of this motion, Lead Plaintiffs represent:

1. Lead Plaintiffs filed a Motion for Class Certification ("Lead Plaintiffs' Motion") on July 18, 2003.

2. Defendants completed class discovery on November 11, 2003, and, subsequently, filed their Opposition to Lead Plaintiffs' Motion for Class Certification on December 29, 2003.

3. Pursuant to the parties' Joint Motion For Extension of Discovery Schedule, filed September 30, 2003, and granted by this Court on October 9, 2003, Lead Plaintiffs' Reply in further support of Plaintiffs' Motion for Class Certification is due tomorrow, Thursday, February 12, 2004. Additional time is required in order to adequately address the arguments raised in Defendants' Opposition brief.

4. Pursuant to Local Rule 7(b), counsel for Lead Plaintiffs has inquired of counsel for defendants, who have consented to the relief requested.

5. This is the first request for extension of time to file Lead Plaintiffs' reply brief following the filing of Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification.

*[Handwritten margin note: "Granted. Final extension. So ordered. 2/12/04"]*