# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE:   PE CORPORATION SECURITIES : Master File No. 3:00CV-705 (CFD)
LITIGATION :

## AFFIDAVIT OF BRIAN C. FOURNIER

Brian C. Fournier, being duly sworn, deposes and says:

1. I am associated with the law firm of Hurwitz & Sagarin, LLC, attorneys for Lead Plaintiffs David Berlin and Vinh Vuong, and I submit this affidavit in support of Plaintiffs' Reply In Further Support Of Plaintiffs' Motion For Class Certification.

2. Annexed hereto as Exhibit A is a true and correct copy of Leslie Roberts, *The Lord of the Flies:  From an Odd Scientific Alliance, a Genetic Milestone*, U.S. NEWS & WORLD REPORT, Sept. 20, 1999, available at 1999 WL 843394.

3. Annexed hereto as Exhibit B is a true and correct copy of Daniel Q. Haney, *Genes of Fruit Fly Unraveled*, ASSOCIATED PRESS ONLINE, February 18, 2000, available at 2000 WL 14321780.

4. Annexed hereto as Exhibit C is a true and correct copy of *Genome Project Will Finish A Year Early*, STAR-TRIBUNE, Oct. 6, 1999, available at 1999 WL 7512393.

5. Annexed hereto as Exhibit D is a true and correct copy of *Human Genome Rivals May Unite*, ASSOCIATED PRESS ONLINE, Nov. 14, 1999, available at 1999 WL 28139386.

6. Annexed hereto as Exhibit E is a true and correct copy of *No Rush to Collaborate*, ST. LOUIS POST-DISPATCH, Nov. 21, 1999, available at 1999 WL 3055801.

7. Annexed hereto as Exhibit F is a true and correct copy of David E. Berlin's Trade

Confirmation of Celera Genomics Common Stock purchased February 29, 2000.

Dated: February 17, 2004

_____

BRIAN C. FOURNIER

Sworn to before me this
___ day of February, 2004

_____

Notary Public

# EXHIBIT A

9/20/99 USNWR (No Page)
9/20/99 U.S. News & World Rep. (Pg. Unavail. Online)
1999 WL 8433394

U.S. News & World Report
Copyright 1999

Monday, September 20, 1999

No. 11

Science & Ideas

The lords of the flies From an odd scientific alliance, a genetic milestone; %b
Genetics
Leslie Roberts

Other than its irritating buzz, the fly is perhaps best known for
its starring role in the 1986 remake of the movie classic The Fly, in
which Jeff Goldblum slowly and torturously morphs into insect form.
Now this pesky creature is about to make scientific history as well.
Two research teams, working in a unique collaboration, will soon
announce that they have achieved what their colleagues have dreamed
of for decades: the complete decoding of genetic instructions for the
fruit fly.

The fruit fly? At first blush, the genetic makeup of this lowly
creature may seem inconsequential and its significance to humans
questionable. But to scientists, it is a colossal achievement,
nothing less than a Rosetta stone for interpreting what human genes
do. Says noted geneticist Francis Collins: "It is remarkable how
many things that we now know about human biology, from cancer to
diabetes, were worked out by studying the fly." What's more, as puny
as the fruit fly may be, it is still the largest and most complex
creature ever to be worked out genetically, making this achievement
an extraordinary technological feat.

Strange bedfellows. But the fly project is attracting attention
for more than its scientific merits. It is the first collaboration
between the two warring factions racing to sequence the human genome:
the publicly funded Human Genome Project and a maverick Maryland-
based biotech company called Celera Genomics. In that sense, this
collaboration might just provide a model for how the intensely
competitive and sometimes acrimonious scientific factions can work
together to finish the human effort faster and cheaper.

By all accounts, the leaders of the two teams sequencing the fly
are strange bedfellows. Gerald Rubin is an unassuming geneticist at
the University of California-Berkeley who just happens to be one of
the world experts on fruit flies. J. Craig Venter, the president of
Celera, is the enfant terrible of the genome world. Brash and
iconoclastic, Venter has spent the past decade railing against the
cautious approach of the Human Genome Project, which Collins heads up
at the National Institutes of Health (NIH). Among academic
researchers, Venter is often disparaged for his headline-grabbing

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

9/20/99 USNWR (No Page)                                    Page 2
9/20/99 U.S. News & World Rep. (Pg. Unavail. Online)
1999 WL 8433394

style. Yet he also has a knack for pulling off feats that others
deem impossible. In 1995, for instance, Venter completed the first
sequence of a bacterium using a technique government officials were
convinced would not work.

What brought Rubin and Venter together is their abiding passion
for the fly. Despite obvious differences in appearance and behavior,
the fruit fly and the human are remarkably similar in terms of their
genetic makeup. "A fruit fly is a human with wings," quips Rubin.
Unlike bacteria and other simple organisms that many geneticists
study, "the fly has behavior, learning, and circadian rhythms," says
Rubin. But like simpler organisms, the fly is easy to study because
it is small, reproduces quickly (a key trait when studying heredity),
and can be easily manipulated in the lab. Studies in flies have been
pivotal in determining how organisms develop--how a cell knows
whether to turn into skin or brain, for instance--as well as in
identifying human disease genes. The complete fly sequence promises
more insights. Rubin estimates that at least three quarters of all
human disease genes will turn out to have a counterpart in the fly.

Not surprisingly, sequencing the fruit fly has long been a
priority of the Human Genome Project. Since 1992, Rubin has been
leading a group of researchers who have been deciphering the fly
genome in painstaking detail. First they break the DNA into chunks
and arrange them on a map. Then they "sequence" the fragments--that
is, determine the exact order of the four bases that make up DNA.
Rubin's group began sequencing in earnest in 1995 and completed about
25 percent of the genome in four years. Their plan was to finish in
2001.

An assembling nightmare. All that changed in May 1998, when
Venter stunned the scientific world by announcing that he would
launch a company and quickly knock off the genomes of several species
and the entire human genome by 2001--four years ahead of the
federally funded effort and for a fraction of the cost. In contrast
to the deliberate approach taken by the public project, Venter
proposed to blast through the human genome by using 300 of the
fastest sequencing machines available and the world's second-largest
supercomputer (the Defense Department has the largest). What makes
this approach--called "whole genome shotgun sequencing"--fast is that
Venter skips the mapping stage and instead sequences random bits of
DNA. But assembling those pieces is a nightmare. The process is
similar to shredding the Encyclopaedia Britannica, then trying to
reassemble it by looking for overlapping words on millions of scraps
of paper. Venter had already shown that the shotgun approach works
on bacteria, but the human genome, with 3 billion base pairs of DNA,
poses a far greater challenge. As a test, Venter proposed to
sequence the fruit fly--which, at 150 million base pairs, is roughly
halfway in genetic complexity between bacteria and humans.

Behind a polite front, many of the scientists working on the Human

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

9/20/99 USNWR (No Page)
9/20/99 U.S. News & World Rep. (Pg. Unavail. Online)
1999 WL 8433394

Page 3

Genome Project were horrified, calling Venter's plan catastrophically flawed. Even if he could pull it off, they said, the human sequence would be grossly inaccurate. What's worse, they feared that despite Venter's claims to the contrary, the company would hide and exploit the data for profit, in violation of the "sacred" principle that sequence data must be freely shared. In part to safeguard against that possibility, the public project quickly upped its spending and reoriented its work to complete a "rough draft" of the human genome by spring 2000 and a final draft by 2003.

By contrast, Rubin was delighted by Venter's bold plan. It took him less than 30 seconds to agree to collaborate when Venter approached him.He reoriented his work to complement Venter's, leaving the bulk of the sequencing to Venter and his superfast machines and instead focusing his attention on creating a map to double-check Venter's data.

Patents and profits. But before he could collaborate with Venter, Rubin had to work out a deal with his funders--a process that was tricky indeed. NIH was concerned that federal funds not be used to add value to Celera's proprietary product, recalls Rubin. The thorniest issue was that Celera's investors get a first peek at the data--enough time to identify genes and file patents--before the company makes the data publicly available. While this is common practice in industry, it is anathema to academic scientists.

The parties eventually reached an agreement they all could live with. Celera would release its data in batches to its paying customers, but Rubin would not see the data until Celera made them publicly available, which it now plans to do in early October. At that point, the two teams would work closely together to fine-tune the sequence.

Both Rubin and Venter are delighted with the collaboration. "It is a win-win situation," says Rubin, who notes that "taxpayers and scientists are getting the data much sooner than if we were doing it ourselves." Rubin estimates that the collaboration is slashing 18 months and $15 million off the cost of the fly sequence.

Could a similar arrangement work for the human genome? Venter is all for it. But Collins remains cautious both about whether the shotgun technique will work in humans and about the chances of collaboration. He contends that the proprietary issues surrounding human data are far more complex. Indeed, talks between the government and Celera have stalled.

Barring any scientific snags, the complete fly data should be released in December. Rubin will then turn to figuring out what the fly genes do. Celera will move on to the human sequence. In fact, Celera's technicians have already loaded up their machines with human

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

9/20/99 USNWR (No Page)                                                                        Page 4
9/20/99 U.S. News & World Rep. (Pg. Unavail. Online)
1999 WL 8433394

DNA and plunged ahead with their plan to get it done by 2001, if not
sooner.

TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

 Picture: Scientific gold mine. That annoying fruit fly swarming around your
overripe bananas is actually a treasure-trove of information about human
heredity, development, and disease. (Oliver Meckes--Photo Researchers);
Pictures: Odd couple. Craig Venter (above) has built the world's largest DNA
sequencing laboratory. Gerald Rubin has probed the mysteries of the lowly fruit
fly for 25 years. Their joint effort is unraveling the fly's elusive genetic
code. (Jeffrey MacMillan for USN&WR; Thomas W. Broening for USN&WR)

Word Count: 1313

9/20/99 USNWR (No Page)

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

# EXHIBIT B

2/18/00 ASSOCPR (No Page)                                                          Page 1
2/18/00 AP Online (Pg. Unavail. Online)
2000 WL 14321780

AP Online
Copyright 2000 The Associated Press. All Rights Reserved.

Friday, February 18, 2000

Genes of Fruit Fly Unraveled
By DANIEL Q. HANEY
AP Medical Editor

WASHINGTON (AP) - Scientists at last have deciphered virtually the entire genetic code of the fruit fly, an important dry run in figuring out all the genes that make humans tick.

The achievement was announced Friday by scientists who took part in an unusual collaboration between a university lab and a private company that is racing the federal government to decode the human genetic library.

For almost 100 years, the fruit fly - known to scientists as Drosophila melanogaster - has been the premier lab species for learning how the appearance and traits of all living things are encoded in their genes.

Indeed, it was fruit fly experiments that led to the understanding that genes are carried in long strings called chromosomes.

In the latest project, scientists unraveled the fruit fly's genetic blue print from end to end. They decoded both the actual genes and the less interesting bits of genetic filler that separate them along the chromosomes.

The project combined the expertise of Dr. Gerald Rubin's Drosophila Genome Project Group at the University of California at Berkeley with the powerful gene-sequencing machines and computers at Celera Genomics Corp., the Rockville, Md., company headed by J. Craig Venter.

Scientists from both groups announced the results at the annual meeting of the American Association for the Advancement of Science.

They say they have unraveled more than 97 percent of the fly's genetic code and more than 99 percent of the actual genes. In all, it turns out that every fruit fly cell contains 13,601 genes. Human cells, by contrast, are thought to have about 70,000.

The scientists have lumped the fruit fly genes into broad categories, such as those that contain the code for enzymes or for structural proteins. The duties of half the genes are unknown.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

2/18/00 ASSOCPR (No Page)
2/18/00 AP Online (Pg. Unavail. Online)
2000 WL 14321780

Page 2

Although about 1,600 tiny gaps still remain, Rubin said they are filling these in at a rate of about 100 a day.

Rubin said three scientific papers on the work have been submitted to the journal Science. Much of the raw data already are available on the Internet at the National Library of Medicine's GenBank site.

To those who have spent their careers studying the fruit fly, the data are likely to offer many insights as well as possibilities for new experiments. Among other things, Dr. Edward Lewis said it will mean scientists may spend as much time scrutinizing newly available genetic code on computer screens as they now do in lab experiments.

"We have been looking forward to this for a long time. It really is a big deal," said Lewis, a longtime Drosophila researcher at the California Institute of Technology.

One reason scientists study the genes of simple creatures like flies and worms is that similar genes often play important roles in the internal workings of people.

Rubin said his team looked at 289 genetic flaws known to cause diseases in humans. Using the new data, they searched for similar genes in the fruit fly and found that 60 percent of the human genes match up.

These include genes for such common human problems as kidney disease, Alzheimer's disease and cancer. In fact, 70 percent of the genes known to cause human malignancy were found to exist in similar form in the fruit fly.

Mark Adams, one of the Celera scientists, said a longtime goal has been discovery of a fruit fly version of a human gene called p53. This gene ordinarily corrects genetic errors, and defects in p53 are an extremely common contributor to cancer.

Using the new data, scientists found the gene. "It just jumped right out of the genome," Adams said.

Over the years, scientists have discovered many mutations that cause odd body shapes or unusual characteristics in fruit flies. Recently, a gene dubbed Methuselah was discovered that makes fruit flies live about one-third longer than usual. Adams said the new data show that the Methuselah gene actually is one of a large family, and it has 10 close relatives.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

2/18/00 ASSOCPR (No Page)
2/18/00 AP Online (Pg. Unavail. Online)
2000 WL 14321780

Page 3

    The Celera scientists used a method called whole genome shotgun
sequencing. They decoded more than 3 million fragments of the fly's
genes, then looked for overlapping chunks so they could piece them
together into a continuous strand.

    "This is a test case for us in anticipation of doing the human
genome," said Eugene Myers, a Celera scientist.

    The National Center for Human Genome Research uses a different
approach in the goverment-backed effort to learn the human genetic
blueprint. Venter has proposed teaming up, although the timing of
releasing data to the public has been a sticking point.

    "It hasn't happened, but we are optimistic that the result of the
tremendous Drosophila experience will help that human collaboration get
off the ground," Venter said Friday.


                    ---- INDEX REFERENCES ----

KEY WORDS:          1501


STORY ORIGIN:       WASHINGTON


NEWS CATEGORY:      WASHINGTON


Word Count: 785

2/18/00 ASSOCPR (No Page)

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

# EXHIBIT C

10/6/99 STTRMSP 09A                                                                Page 1
10/6/99 Star Trib. (Minneapolis-St. Paul) 09A
1999 WL 7512393

Star-Tribune  Newspaper of the Twin Cities   Mpls.-St. Paul
Copyright 1999

Wednesday, October 6, 1999

NEWS

Genome project will finish a year early, biologist says Gene blueprint expected
to transform medicine
Sharon Schmickle; Staff Writer

The master blueprint for human genes will be decoded in 2000, at
least a year earlier than expected, biologist J. Craig Venter said
Tuesday, the first day of the 35th annual Nobel Conference at
Gustavus Adolphus College.

Completing the massive mapping project next year, he said, is a
"very aggressive time scale" that will depend on collaboration
between the federal government's Human Genome Project and the company
Venter leads, Celera Genetics Corp. of Maryland.

Scientists on the government project are on pace to contribute
their part by next spring, said Dr. Leroy Hood, a contributor to the
project and chairman of the molecular biotechnology department at the
University of Washington in Seattle. He will speak today at the
conference.

The key remaining question is how quickly Venter will make his
research public and how much he will reveal, Hood said.

The fully mapped set of genetic instructions that build and
sustain life is expected to transform medicine, making it possible to
individualize treatments and target drugs to fit the genes of each
specific patient.

The government's $3 billion project wasn't expected to be
completed until 2005. Then Venter shook the scientific world last
year by announcing that he would join forces with a private company
and finish the job by the end of 2001. His race with the government
raised alarm that the potentially lucrative findings would be held
for private gain rather than made public for research.

Venter has said that his company intends to release much of its
raw data for free. He said Tuesday that the company, the world leader
in high-speed computer analysis of gene sequences, is following
business models that take such information, which is mostly publicly
available, and earn profits by analyzing or organizing it to make it
useful.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

10/6/99 STTRMSP 09A                                                    Page 2
10/6/99 Star Trib. (Minneapolis-St. Paul) 09A
1999 WL 7512393

But Venter and other lecturers at the conference, sanctioned by
the Nobel Foundation in Stockholm stressed that the long-awaited
unraveling of the human genome is only a first step toward
understanding the genetic instructions that regulate life.

"The impact of having these sequences is going to be a new
starting point in biology and medicine, not an ending point," Venter
said.

The very definition of genes is now in question, Hood said.

In an example of the steep learning curve that genetic discoveries
pose, Venter said researchers reported in 1989 that they had
identified the cystic fibrosis gene. Now scientists know that the
same gene plays many roles in different individuals, influencing
asthma, male infertility and other disorders.

The complexity carries into the genetics of plants and animals,
too.

"Every genome we look at, every chromosome, we find something
absolutely amazing," said Venter, who also has researched the genetic
makeup of bacteria, plants, insects and mice.

Beyond the question of what genes do are a host of weighty
questions about what science should do with them, said Dean Hamer,
chief of the National Cancer Institute's section on gene structure
and regulation. The answers for specific diseases are relatively
clear-cut, he said. New discoveries should be used to improve health.

What about behavior, though? There is strong evidence that genes
influence the chances that a person might commit crimes, become
addicted or have mental disorders. Should parents try to alter those
predispositions in children, even though a gene usually is just one
factor in determining behavior, not a guarantee? Should criminals -
say, sex offenders - be forced to accept gene therapy?

There is "great potential for good, but also danger" in traversing
ethical minefields, Hamer said.

Hunger for more information about genetic research was reflected
by the record attendance at this year's Nobel Conference, whose theme
was "Genetics in the New Millennium." More than 6,500 students and
scientists from colleges and high schools in 11 states attended. Cars
filled the grassy fields that flank the hilltop campus, and nearly
half of the attendees had to sit outside the lecture hall. The

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

10/6/99 STTRMSP 09A
Page 3
10/6/99 Star Trib. (Minneapolis-St. Paul) 09A
1999 WL 7512393

session also was available live on the Internet.

   Sweden's ambassador to the United States, Rolf Ekeus, set a tone
for the two-day conference by urging genetic scientists to honor the
legacy of Alfred Nobel, the inventor of dynamite who befriended peace
activists and insisted that his heritage be an incentive for science
to better humankind.

   "No one was better than him in understanding that science can do
harm," Ekeus said.

   Genetics poses "difficult and complex" scientific issues, he said.

   Venter and other speakers also called for caution. Citing the
eugenics movement that lent momentum to the rise of Nazi Germany,
Venter said: "It is easy to look back on science and see the
foolishness. It is very difficult to look forward and see it."

   In particular, he said, he worries about genetic privacy in a
future when a person's IQ or risks of cancer and heart disease could
be drawn from a few drops of blood and stored on a smart card or a
computer chip.

                    ---- INDEX REFERENCES ----

NAMED PERSON:      EKEUS, ROLF

KEY WORDS:         SCIENCE; RESEARCH

NEWS SUBJECT:      Science & Technology (SCN)

EDITION:           METRO

Word Count: 812

10/6/99 STTRMSP 09A

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

# EXHIBIT D

11/14/99 ASSOCPR (No Page)                                                                    Page 1
11/14/99 AP Online (Pg. Unavail. Online)
1999 WL 28139386

AP Online
Copyright 1999 The Associated Press. All Rights Reserved.

Sunday, November 14, 1999

Human Genome Rivals May Unite

NEW YORK (AP) - The public and private rivals racing to decode the human genetic blueprint are discussing collaborating on the effort, The New York Times reported Sunday.

An international public consortium is competing with a privately funded effort by Rockville, Md.-based Celera Genomics. Genes discovered by the federal researchers are released immediately into the public domain, but those discovered by the private enterprise can be patented for exclusive use.

While discussions have been held, the public consortium's policy on immediately releasing its data would be hard to change, said Dr. Francis Collins, head of the National Institutes of Health's arm of the project.

The institutes and the Wellcome Trust of London are the principal members of the public consortium.

Celera has already applied for 6,500 patents on genes the company says it has identified, prompting criticism that the patents, if approved, may prevent other scientists from conducting research while allowing Celera to profit at the public's expense.

The Times report follows one last month by a British newspaper, The Guardian, that President Clinton was involved in discussions with British Prime Minister Tony Blair that would oblige laboratories to waive their patent rights.

Celera executive Dr. Paul Gilman told the Times that Celera's president, Dr. J. Craig Venter, supported collaboration but that no specific proposal was under consideration.

Celera has said it will be able to complete the sequencing of the human genome ahead of the public project for $200 million, as opposed to the $3 billion price tag for the public project.

There was no additional comment Sunday from Collins; calls to his office were not immediately returned.

---- INDEX REFERENCES ----

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

11/14/99 ASSOCPR (No Page)                                    Page 2
11/14/99 AP Online (Pg. Unavail. Online)
1999 WL 28139386


KEY WORDS:          1501

STORY ORIGIN:       NEW YORK

NEWS CATEGORY:      DOMESTIC

Word Count: 269

11/14/99 ASSOCPR (No Page)

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

EXHIBIT E

11/21/99 STLSPD B2
11/21/99 St. Louis Post-Dispatch B2
1999 WL 3055801

Page 1

St. Louis Post-Dispatch
Copyright 1999

Sunday, November 21, 1999

EDITORIAL

NO RUSH TO COLLABORATE

HUMAN GENOME PROJECT

THE race to map the human genome took a new turn in recent weeks. Representatives from Celera, a privately owned for-profit company, have made overtures to the international, public group of academic researchers suggesting the two groups collaborate. What stands in the way of collaboration is disagreement over who has rights to the genome data.

By mapping human genes, researchers hope to identify or "sequence" the 3 billion units of DNA that contain the code to human life. Many of those units hold the secrets to diseases. Unlocking their mysteries could lead to genetic treatments that would radically alter medicine. A cornerstone of the publicly funded Human Genome Project is the agreement among scientists to make findings public immediately via the Internet. This allows information to be shared, which can lead to new discoveries. It also prevents any single person or institution from patenting the blueprint to human life.

Celera's entry into the race threatens the deeply held ethical view of many scientists that the blueprint of life - human, fruit fly or nematode - should be shared, public property. Genes known to cause diseases could be patented before other scientists get a peek. To access the information, pharmaceutical companies and other researchers would have to pay Celera license fees.

This would be horrendous morally, ethically and financially. Because there likely is more than one way to treat a genetically based disease, there is a world of difference between patenting a certain genetic treatment and patenting sections of the human genome, which should be considered basic scientific information. Competition caused Genome Project scientists to rethink their approach to sequencing, and they have sped up their production rapidly. This week the project celebrates the sequencing of the billionth base pair: a major milestone one-third of the way through the entire genome.

Congress has earmarked billions to help fund the Genome Project. Collaboration could further speed up the process and could help all scientists find treatments for illnesses. But it is hard to see what the public would gain from collaboration with a corporation seeking to profit somehow from mapping the human genome. Besides, because the

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

11/21/99 STLSPD B2                                                                   Page 2
11/21/99 St. Louis Post-Dispatch B2
1999 WL 3055801


publicly funded scientists publish new data each night, Celera
already has been able to take advantage of their discoveries. In that
sense, there already is a one-way sharing of resources.

   The scientists of the Human Genome Project should stand firm and
refuse full collaboration unless Celera agrees to the immediate
release of its data. The company has a long way to go before it will
guarantee that.

                      ---- INDEX REFERENCES ----


KEY WORDS:          BIOTECHNOLOGY; COOPERATION; HIGHER EDUCATION CORPORATE; GENE
                    MAPPING; PATENTS; RESEARCH; ETHICS


NEWS SUBJECT:       Editorials & Op-Ed Section (EDT)


NEWS CATEGORY:      EDITORIAL


EDITION:            FIVE STAR LIFT

Word Count: 424

11/21/99 STLSPD B2

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

# EXHIBIT F

*MORGAN STANLEY DEAN WITTER*

*This transaction is confirmed in accordance
with the explanations and conditions
stated on the reverse side.*

Exchange Code: 8
Execution Code: 8
Your Account Number: 429-032914-0-050
Cash Account
IRA Standard
Dated 08/13/99

0021731  C429
DAVID E. BERLIN
6 PHEASANT RUN
SAINT JAMES, NY  11780-3507

Your Financial Advisor
MELVYN COLBY
600 NORTHERN BLVD. STE 210
GREAT NECK, NY        11021
(516) 773-7200

## You Bought
### Trade Date 02/29/00 for Settlement on 03/06/00

| Quantity | 100 | Price | 225.00 | Settlement Amount | |
|---|---|---|---|---|---|
| **Description:** | | | | Principal | $22,500.00 |
| PE·CP  COM CELERA GENOMICS GP | | | | | |
| PROSPECTUS | | | | Net Amount | $22,500.00 |

*Morgan Stanley Dean Witter is a service mark of Morgan Stanley Dean Witter & Co. and services are
offered through Dean Witter Reynolds Inc., member SIPC.*

Security No. 69332S201
Symbol CRA

659

## CODES AND ABBREVIATIONS

**EXCHANGE WHERE EXECUTED**

1   NEW YORK STOCK EXCHANGE
2   PACIFIC STOCK EXCHANGE
3   PHILADELPHIA STOCK EXCHANGE
4   MIDWEST STOCK EXCHANGE
5   AMERICAN STOCK EXCHANGE
6   OTHER MARKETS
7   OVER THE COUNTER
8   DWR AS PRINCIPAL WHICH MAY RESULT IN A PROFIT TO DWR

**EXECUTION CODE**

1,2,3,4,9,L,F OR W: AS AGENT WE HAVE BOUGHT OR SOLD FOR YOUR ACCOUNT
5 OR P: AS AGENT FOR BOTH BUYER AND SELLER CHARGING EACH THE CUSTOMARY COMMISSION
6:   AS AGENT FOR ANOTHER WE HAVE SOLD TO YOU OR BOUGHT FROM YOU
7,C,E,G,N, OR S: AS PRINCIPAL WE HAVE SOLD TO YOU OR BOUGHT FROM YOU FOR OUR OWN ACCOUNT
8 OR U: PROSPECTUS/OFFICIAL STATEMENT
A,B,C,Y, OR Z: PRIMARY AND SECONDARY UNIT TRUST OR LISTED AND OTC WHEN ISSUED SECURITIES
K:   PRECIOUS METALS
M,R: MUTUAL FUND

**COMBINED EXCHANGE AND EXECUTION CODES FOR OPTIONS ONLY:**

**ALL TRADES DONE AS AGENT**

17        NEW YORK STOCK EXCHANGE
27,2Z    PACIFIC STOCK EXCHANGE
37,3Z    PHILADELPHIA STOCK EXCHANGE
47,4Z,65 CHICAGO BOARD OPTIONS EXCHANGE
57,5Z    AMERICAN STOCK EXCHANGE
7W,7Y,7Z EXERCISE AND ASSIGNMENT

**OTHER ABBREVIATIONS**

ELTR     ESTIMATED LONG TERM RETURN
CR       CURRENT RETURN
PV       PAR VALUE

## CHARGES AND FEES

**CHARGE**   REPRESENTS THE MARKUP/DOWN FROM THE WHOLESALER'S OR DEALER'S PRICE.

**TRANS FEE**   REPRESENTS A PASS THROUGH OF EXCHANGE, FLOOR BROKERAGE AND CLEARING EXPENSES INCURRED BY DEAN WITTER FOR THIS TRANSACTION.

**FSCF**   REPRESENTS A PASS THROUGH OF FOREIGN SECURITIES CLEARANCE FEES INCURRED BY DEAN WITTER FOR THIS TRANSACTION.

**S.E.C. FEE**   REPRESENTS FEES ASSESSED ON THIS TRANSACTION BY THE SECURITIES EXCHANGE COMMISSION.

**H/P/I**   REPRESENTS CHARGES FOR HANDLING, POSTAGE AND INSURANCE, IF ANY.

**CDSC**   REPRESENTS CONTINGENT DEFERRED SALES CHARGE.

**DSC**   REPRESENTS DEFERRED SALES CHARGE.

## BACKUP WITHHOLDING

UNDER FEDERAL INCOME TAX LAW, YOU ARE REQUIRED TO PROVIDE DEAN WITTER WITH A CERTIFICATION (IRS FORM W-9) OF YOUR SOCIAL SECURITY OR TAXPAYER IDENTIFICATION NUMBER. IN THE ABSENCE OF SUCH CERTIFICATION, DEAN WITTER IS REQUIRED TO WITHHOLD TAXES FROM THE PROCEEDS OF SALES AT THE CURRENT WITHHOLDING RATE.

## GROSS PROCEEDS

IF THE TRANSACTION BEING CONFIRMED IS A SALE OR A REDEMPTION, THIS INFORMATION WILL BE FURNISHED TO THE INTERNAL REVENUE SERVICE.

## CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules and customs of the Exchange or Market where executed.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Dean Witter under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account or delivered to us by Settlement Date.

The name of the other party or broker in the transaction, time of execution, and the source of any other remuneration we may receive will be furnished on request.

When Dean Witter is acting as principal in a reported security, the price shown is the reported trade price made in accordance with the last sale reporting requirements.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made to your Financial Advisor identified on the reverse side.

Any disputes/objections to this transaction must be communicated promptly to the manager of the branch servicing your account.

An open order will remain in effect until executed or until you notify your Financial Advisor to cancel. Failure to cancel an open order may result in the transaction being executed for your account. Dean Witter has no responsibility to cancel an open order at its own initiative.

This agreement shall enure to the benefit of any successor or assignee of Dean Witter Reynolds Inc.

*MORGAN STANLEY DEAN WITTER*

659 (R 8/98)