UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| IN RE:   PE CORPORATION SECURITIES LITIGATION | :  Master File No. 3:00CV705 (CFD)<br>:<br>:  FEBRUARY 17, 2004 |

_____

Please take notice that Plaintiffs have manually filed the following documents:

Compendium of Unreported Authority

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

The documents have been manually served on all parties.

                                                  THE PLAINTIFFS

By: _____
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
**HURWITZ & SAGARIN, LLC**
147 N. Broad Street, P.O. Box 112
Milford, Connecticut 06460
(203) 877 - 8000
**Liaison Counsel**

Sanford P. Dumain (CT08138)
Carlos F. Ramirez (CT25340)
**MILBERG WEISS BERSHAD**
  **HYNES & LERACH LLP**
One Pennsylvania Plaza
49th Floor
New York, New York 10119
(212) 594-5300
**Lead Counsel for Lead Plaintiffs**

Certificate of Service

       This is to certify that a copy of the foregoing was sent by facsimile and overnight mail on February 17, 2004 to:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954

_____
Brian C. Fournier