UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|   |   |
|---|---|
| In re PE Corporation Securities Litigation | : Master File No.<br>: 3:00 CV 705 (CFD)<br>:<br>:<br>:<br>: FEBRUARY 25, 2004 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants PE Corporation (now known as Applera Corporation), Tony L. White, Dennis L. Winger and Vikram Jog (collectively "Defendants"), respectfully seek leave of the Court to file the accompanying sur-reply memorandum of law in further opposition to plaintiffs' motion for class certification. Defendants seek leave of the Court because, as discussed in the accompanying memorandum of law, plaintiffs' reply brief articulates new arguments regarding class certification, misapplies the law to those new arguments and relies upon a document that was requested but not produced by plaintiffs in the course of class certification discovery.

**ORAL ARGUMENT NOT REQUESTED**

Counsel for Defendants have inquired of counsel for Lead Plaintiffs who have represented the following: Plaintiffs do not believe that the filing of a sur-reply is necessary in this matter. Nevertheless, to the extent that the Court decides to consider Defendants' request, Plaintiffs note that they do not intend to file an opposition to this motion.

Defendants respectfully request that this Court grant Defendants the opportunity to respond to Plaintiffs' newly raised arguments in the form of the sur-reply brief submitted herewith.

DEFENDANTS PE CORPORATION,
TONY L. WHITE, DENNIS L. WINGER,
and VIKRAM JOG

By:_____
Stanley A. Twardy, Jr. (ct 05096)
Thomas D. Goldberg (ct 04836)
Terence J. Gallagher (ct 22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300 – Telephone
(203) 977-7301 – Facsimile

- and -

Michael J. Chepiga (ct 01173)
Robert A. Bourque (ct 05269)
William M. Regan (ct 25100)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York
(212) 455-2000 -- Telephone
(212) 455-2502 -- Facsimile

Their attorneys

-3-

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent by first class mail this 25th day of February, 2004, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq. | Sanford P. Dumain, Esq. |
| Hurwitz & Sagarin, LLC | Carlos F. Ramirez, Esq. |
| 147 N. Broad Street | Milberg Weiss Bershad Hynes & Lerach LLP |
| P.O. Box 112 | One Penn Plaza – 49th Floor |
| Milford, CT 06460 | New York, NY 10119 |
|   |   |
| Liaison Counsel | Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher