## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re: PE Corporation Securities Litigation | ) ) ) ) Master File No. 3:00CV705(CFD) ) ) March 1, 2004 |

## JOINT MOTION FOR RESCHEDULING CLASS CERTIFICATION HEARING

Lead plaintiffs David Berlin and Vinh Vuong ("Lead Plaintiffs") and defendants PE Corporation (n/k/a Applera Corporation), Tony L. White, Dennis L. Winger and Vikrom Jog ("Defendants"), through their undersigned counsel, hereby move to reschedule the Motion for Class Certification hearing, currently scheduled for March 16, 2004, to a date on or after April 5, 2004.  In support of this motion, the parties represent:

1. On February 24, 2004, the Court scheduled a hearing concerning Plaintiffs' Motion for Class Certification for March 16, 2004.

2. Plaintiffs' lead counsel in the matter is unable to attend the hearing in light of an absence from the office during the entire week of March 15, 2004.  In addition, numerous scheduling conflicts exist for Plaintiffs' lead counsel during the week of March 22, 2004.

3. Defendants' counsel in the matter is unable to attend the hearing in light of an absence from the office from March 29, 2004 through April 2, 2004.

Wherefore, Lead Plaintiffs and Defendants request that the Motion for Class Certification hearing be rescheduled to a date on or after April 5, 2004.

Respectfully submitted,


By:_____
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
**HURWITZ & SAGARIN, LLC**
147 N. Broad Street, P.O. Box 112
Milford, Connecticut  06460
(203) 877 - 8000

**Liaison Counsel for Lead Plaintiffs**

Sanford P. Dumain (CT08138)
Carlos F. Ramirez (CT25340)
**MILBERG WEISS BERSHAD
  HYNES & LERACH LLP**
One Pennsylvania Plaza
49th Floor
New York, New York 10119
(212) 594-5300

**Lead Counsel for Lead Plaintiffs**


By: _____
Stanley A. Twardy, Jr. (CT05096)
Thomas D. Goldberg (CT04836)
Terence J. Gallagher (CT22415)
**DAY, BERRY & HOWARD LLP**
One Canterbury Green
Stamford, CT 06901
(203) 977-7300

 Michael J. Chepiga (CT01173)
Robert A. Borque (CT05269)
William M. Regan (CT25100)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2000


**Counsel for Defendants**

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served on March 1, 2004, by facsimile and first class mail, postage prepaid, to the following:

| | |
|---|---|
| Stanley A. Twardy, Jr. | Michael J. Chepiga |
| Thomas D. Goldberg | William M. Regan |
| Terence J. Gallagher | Robert A. Borque |
| Day, Berry & Howard LLP | Simpson Thacher & Bartlett LLP |
| One Canterbury Green | 425 Lexington Avenue |
| Stamford, CT 06901 | New York, NY 10017 |
| | |
| Liaison Counsel | Counsel for Defendants |

_____
Brian C. Fournier