94

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



In re PE Corporation Securities Litigation

: Master File No.
: 3:00 CV 705 (CFD)
:
:
:
: FEBRUARY 25, 2004

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Granted. So ordered. / USDJ 3/4/04

Defendants PE Corporation (now known as Applera Corporation), Tony L. White, Dennis L. Winger and Vikram Jog (collectively "Defendants"), respectfully seek leave of the Court to file the accompanying sur-reply memorandum of law in further opposition to plaintiffs' motion for class certification. Defendants seek leave of the Court because, as discussed in the accompanying memorandum of law, plaintiffs' reply brief articulates new arguments regarding class certification, misapplies the law to those new arguments and relies upon a document that was requested but not produced by plaintiffs in the course of class certification discovery.

**ORAL ARGUMENT NOT REQUESTED**