**SIMPSON THACHER & BARTLETT LLP**

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER

212-455-2205

E-MAIL ADDRESS

wregan@stblaw.com

BY FACSIMILE                                   November 21, 2003

Re:   In re PE Corp Securities Litigation

Carlos Ramirez
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Dear Carlos:

As indicated during the deposition of David Berlin on November 11, 2003, Defendants PE Corp (n/k/a Appera Corporation), Tony White, Dennis Winger and Vikram Jog hereby request that Plaintiffs produce the following documents:

1) Trade confirmations for all purchases and sales of Celera stock in any account owned, controlled or influenced by David Berlin, including, but not limited to, trades in accounts beneficially owned by Mr. Berlin's children pursuant to the Uniform Gifts to Minors Act;

2) A copy of the transcript of the deposition given by Mr. Berlin in connection with the involuntary bankruptcy of his company Select Building Materials, Inc.; and

3) A complete copy of the document marked as Berlin Exhibit 1, including any text that appears on the back side of the document.

Sincerely,

/s/ William M. Regan

William M. Regan

LONDON      HONG KONG      TOKYO      LOS ANGELES      PALO ALTO