## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE: PE CORPORATION SECURITIES LITIGATION** | : Master File No. 3:00CV705(CFD) <br> : <br> : FEBRUARY 25, 2004 |

Please take notice that Defendants have manually filed the following documents:

    1)    Exhibit C to Sur-Reply Memorandum of Law.

These documents have not been filed electronically because:

[   ]    the document cannot be converted to an electronic format
[X ]    the electronic file size of the documents each exceed 1.5 megabytes
[   ]    the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document by Court order.

      The documents have been manually served on all parties.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | DEFENDANTS PE CORPORATION, TONY L. WHITE, DENNIS L. WINGER and VIKRAM JOG |
| Michael J. Chepiga (CT 01173)<br>Robert A. Bourque (CT 05269)<br>William M. Regan (CT 25100)<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>(212) 455-2000<br>(212) 455 2502 (fax)<br>mchepiga@stblaw.com | By: _____<br>Stanley A. Twardy, Jr. (CT 05096)<br>Thomas D. Goldberg (CT 04836)<br>Terence J. Gallagher (CT 22415)<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br>(203) 977-7300<br>(203) 977-7301 (fax)<br>tdgoldberg@dbh.com(e-mail) |

**CERTIFICATION**

     This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 25th day of February, 2004, to:

| | |
|---|---|
| Margaret E. Haering, Esq. | Sanford P. Dumain, Esq. |
| J. Daniel Sagarin, Esq. | Carlos F. Ramirez, Esq. |
| Hurwitz & Sagarin, LLC | Milberg Weiss Bershad Hynes & Lerach LLP |
| 147 N. Broad Street | One Penn Plaza – 49th Floor |
| P.O. Box 112 | New York, NY 10119 |
| Milford, CT 06460 | |
|    Liaison Counsel | Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher