UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: PE Corporation Securities Litigation ) | Master File No. 3:00CV705(CFD) |
| ) | March 1, 2004 |

## JOINT MOTION FOR RESCHEDULING CLASS CERTIFICATION HEARING

Lead plaintiffs David Berlin and Vinh Vuong ("Lead Plaintiffs") and defendants PE Corporation (n/k/a Applera Corporation), Tony L. White, Dennis L. Winger and Vikrom Jog ("Defendants"), through their undersigned counsel, hereby move to reschedule the Motion for Class Certification hearing, currently scheduled for March 16, 2004, to a date on or after April 5, 2004. In support of this motion, the parties represent:

1. On February 24, 2004, the Court scheduled a hearing concerning Plaintiffs' Motion for Class Certification for March 16, 2004.

2. Plaintiffs' lead counsel in the matter is unable to attend the hearing in light of an absence from the office during the entire week of March 15, 2004. In addition, numerous scheduling conflicts exist for Plaintiffs' lead counsel during the week of March 22, 2004.

3. Defendants' counsel in the matter is unable to attend the hearing in light of an absence from the office from March 29, 2004 through April 2, 2004.

Wherefore, Lead Plaintiffs and Defendants request that the Motion for Class Certification hearing be rescheduled to a date on or after April 5, 2004.

*[Handwritten annotations in margin: "95", "CIST 3/15/04", "Granted. Counsel will be advised of the new date. So ordered. CFD."]*

*[Filed stamp: 2004 MAR 15 P 2:03 U.S. DISTRICT COURT HARTFORD, CT]*