CT/cvmhrg (October 17, 2001)

HONORABLE **CFD.**

DEPUTY CLERK **F Basile**    RPTR/ERO/TAPE **Martha M**

TOTAL TIME: **1** hours ___ minutes

DATE **5-6-04**    START TIME **3:30pm** END TIME **4:30pm**

LUNCH RECESS FROM ___ TO ___

RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Berlin**

CIVIL NO. **00 CW 705-CFD**

§
§                                    Plaintiffs Counsel
vs.    §    ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
**PE Corp**    §                          Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing          ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☑ ....  # **57**  Motion **to Certify the Class** ___ ☐ granted ☐ denied ☑ advisement
☐ .... #___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... #___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... #___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... #___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... #___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... #___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ........ ☐ Brief(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ ☐ filed ☐ docketed
☐ ........ ___ Hearing continued until ___ at ___