United States District Court
District of Connecticut
FILED AT    HARTFORD
5/6/04
Kevin F. Rowe, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | : Master File No. 3:00CV-705 (CFD) |

## DECLARATION OF SANFORD P. DUMAIN

I, Sanford P. Dumain, declare as follows:

1. I am a member of the bar of this Court and of the law firm of Milberg Weiss Bershad & Schulman LLP, attorneys for Lead Plaintiffs David Berlin and Vinh Vuong, and I submit this declaration in further support of Plaintiffs' Motion For Class Certification.

2. Annexed hereto as Exhibit A is a true and correct copy of the deposition transcript of David Berlin.

3. Annexed hereto as Exhibit B is a true and correct copy of the deposition transcript of Vinh Vuong.

I declare under penalty of perjury that the above is true and correct.

Dated: May 6, 2004

SANFORD P. DUMAIN

DOCS\180091v1

## CERTIFICATION

This is to certify that a copy of the foregoing:

Declaration of Sanford P. Dumain

was served by hand on May 6, 2004, to the following:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Liaison Counsel

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Counsel for Defendants

_____
Sanford P. Dumain