**B**

# SECTION 12 "SELLERS"

### Section 12(a)(2) of the Securities Act of 1933

- Any person who . . . offers or sells a security . . . **_by means of a prospectus_** or oral communication . . . shall be liable . . . **_to the person purchasing such security from him_** . . .

### Firm Commitment Underwriting

- In a firm commitment underwriting, the underwriter agrees to purchase an agreed upon percentage of the offering irrespective of whether the securities can be sold in the public market; therefore, the underwriter bears the risk if the offering is undersubscribed. *Jackson National Life Ins. Co. v. Merrill Lynch & Co. Inc.*, 32 F.3d 697, 701 (2d Cir. 1994). The underwriter in turn sells the shares to the investing public.

- The Celera Secondary Offering was a firm commitment underwriting. Prospectus at 94-95.

### Berlin and Vuong Purchases

- Vuong purchased Celera shares from Dreyfus

- Berlin purchased Celera shares from Morgan Stanley

- Neither purchases Celera shares from any Defendant

FILED PURSUANT TO RULE 424(B)(4)

REGISTRATION NO. 333-95771 AND 333-31378

PROSPECTUS

3,800,000 SHARES

[LOGO]

PE CORPORATION

CELERA GENOMICS GROUP

COMMON STOCK

-----------------

PE CORPORATION IS OFFERING 3,800,000 SHARES OF ITS CELERA GENOMICS STOCK. CELERA GENOMICS STOCK IS A CLASS OF OUR COMMON STOCK INTENDED TO REFLECT THE PERFORMANCE OF OUR CELERA GENOMICS BUSINESS.

--------------------

PE CORPORATION'S CELERA GENOMICS STOCK IS LISTED ON THE NEW YORK STOCK EXCHANGE UNDER THE SYMBOL "CRA." ON FEBRUARY 29, 2000, THE REPORTED LAST SALE PRICE OF THE CELERA GENOMICS STOCK ON THE NEW YORK STOCK EXCHANGE WAS $244 PER SHARE.

--------------------

INVESTING IN THE CELERA GENOMICS STOCK INVOLVES RISKS. SEE "RISK FACTORS" BEGINNING ON PAGE 8.

-----------------

PRICE $225 A SHARE

--------------------

|  | PRICE TO PUBLIC | UNDERWRITING DISCOUNTS AND COMMISSIONS | PROCEEDS TO CELERA GENOMICS |
|---|---|---|---|
| PER SHARE............................. | $225.000 | $8.865 | $216.135 |
| TOTAL................................. | $855,000,000 | $33,687,000 | $821,313,000 |

PE CORPORATION HAS GRANTED THE UNDERWRITERS THE RIGHT TO PURCHASE UP TO AN ADDITIONAL 570,000 SHARES TO COVER OVER-ALLOTMENTS.

THE SECURITIES AND EXCHANGE COMMISSION AND STATE SECURITIES REGULATORS HAVE NOT APPROVED OR DISAPPROVED THESE SECURITIES, OR DETERMINED IF THIS PROSPECTUS IS TRUTHFUL OR COMPLETE. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

MORGAN STANLEY & CO. INCORPORATED EXPECTS TO DELIVER THE SHARES TO PURCHASERS ON MARCH 6, 2000.

--------------------

MORGAN STANLEY DEAN WITTER                                      GOLDMAN, SACHS & CO.
SG COWEN

                              ING BARINGS
                                            BEAR, STEARNS & CO. INC.

FEBRUARY 29, 2000

UNDERWRITERS

Under the terms and subject to the conditions contained in an underwriting agreement dated the date of this prospectus, the underwriters named below, for whom Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., SG Cowen Securities Corporation, ING Barings LLC and Bear, Stearns & Co. Inc. are acting as representatives, have severally agreed to purchase, and PE Corporation has agreed to sell to them, severally, the number of shares of Celera Genomics stock indicated below.

| NAME | NUMBER OF SHARES |
|---|---|
| Morgan Stanley & Co. Incorporated | 1,348,620 |
| Goldman, Sachs & Co. | 1,122,160 |
| SG Cowen Securities Corporation | 385,320 |
| ING Barings LLC | 354,900 |
| Bear, Stearns & Co. Inc. | 169,000 |
| William Blair & Company, L.L.C. | 60,000 |
| Dain Rauscher Wessels | 60,000 |
| First Union Securities, Inc. | 60,000 |
| Edward D. Jones & Co., L.P. | 60,000 |
| Punk, Ziegel & Company, L.P. | 60,000 |
| Thomas Weisel Partners LLC | 60,000 |
| Warburg Dillion Read LLC | 60,000 |
| Total | 3,800,000 |

The underwriters are offering the shares of Celera Genomics stock subject to their acceptance of the shares from PE Corporation and subject to prior sale. The underwriting agreement provides that the obligations of the several underwriters to pay for and accept delivery of the shares of Celera Genomics stock offered by this prospectus are subject to the approval of certain legal matters by their counsel and to certain other conditions. The underwriters are obligated to take and pay for all of the shares of Celera Genomics stock offered by this prospectus if any such shares are taken. However, the underwriters are not required to take or pay for the shares covered by the underwriters over-allotment option described below.

The underwriters initially propose to offer part of the shares of Celera Genomics stock directly to the public at the public offering price listed on the cover page of this prospectus and part to certain dealers at a price that represents a concession not in excess of $5.77 a share under the public offering price. After the initial offering of the shares of Celera Genomics stock, the offering price and other selling terms may from time to time be varied by the representatives.

PE Corporation has granted to the underwriters an option, exercisable for 30 days from the date of this prospectus, to purchase up to an aggregate of 570,000 additional shares of Celera Genomics stock at the public offering price listed on the cover page of this prospectus, less underwriting discounts and commissions. The underwriters may exercise this option solely for the purpose of covering overallotments, if any, made in connection with the offering of the shares of Celera Genomics stock offered by this prospectus. To the extent the option is exercised, each underwriter will become obligated, subject to certain conditions, to purchase about the same percentage of the additional shares of Celera Genomics stock as the number listed next to the underwriter's name in the preceding table bears to the total number of shares of Celera Genomics stock listed next to the names of all underwriters in the preceding table. If the underwriters' option is exercised in full, the total price to the public would be $983,250,000, the total underwriters' discounts and commissions would be $38,740,050 and total proceeds to PE Corporation would be $944,509,950.

03/24/2000  12:25   5165046577   FORTEME PRODUCTS LLC   PAGE 01

## MORGAN STANLEY DEAN WITTER

This transaction is confirmed in accordance with the explanations and conditions stated on the reverse side.

Exchange Code: 8
Execution Code: 8
Your Account Number: 429-032914-0-050
Cash Account
IRA Standard
Dated 08/13/99

0021731  C429
DAVID E. BERLIN
6 PHEASANT RUN
SAINT JAMES, NY  11780-3507

Your Financial Advisor
MELVYN COLBY
600 NORTHERN BLVD. STE 210
GREAT NECK, NY    11021
(516) 773-7200

### You Bought
Trade Date 02/29/00 for Settlement on 03/06/00

| Quantity | Price | Settlement Amount |
|---|---|---|
| 100 | 225.00 | |

Description:
PE CP COM CELERA GENOMICS GP
PROSPECTUS

Principal       $22,500.00
Net Amount      $22,500.00

*Morgan Stanley Dean Witter is a service mark of Morgan Stanley Dean Witter & Co. and services are offered through Dean Witter Reynolds Inc., member SIPC.*

Security No. 69332S201
Symbol CRA

P 000001

**Dreyfus Brokerage Services, Inc.**
Member New York Stock Exchange
Securities Investor Protection Corp.

**Dreyfus**
6500 Wilshire Boulevard, 9th Floor
P.O. Box 48921
Los Angeles, CA 90048

New York   Beverly Hills   Chicago

(310) 276-0200
(800) 421-8395
Fax (310) 276-2238

email: support@edreyfus.com

2HV-   390-  14
VINH D VUONG
10174 WELLS AVE
RIVERSIDE CA  92503-2246

---

**Please retain this confirmation for tax purposes. Coded symbols are explained below.**
In accordance with your instructions, we hereby confirm that as your agent we have executed the unsolicited transaction listed below for your account and risk. Please advise us promptly of any discrepancies. Thank you for your business.

BOUGHT 1000 PE CORP COM CELERA GENOMICS GROUP @ 230
EXECUTED WWW

| Account Number | 95-98194 | Type | 6 |
| Transaction Number | 5736854 | Ex | 1 |
| Symbol | CRA | Cusip# | 69332S201 |
| Trade Date | 2/25/00 | Settlement Date | 3/01/00 |

| GROSS AMOUNT | COMMISSION | INTEREST/TAX | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|
| 230,000.00 | 15.00 | 0.00 | 0.00 | 0.00 | 230,015.00 |

The transaction listed above is subject to the terms and conditions of your account agreement with Dreyfus Brokerage Services, Inc. and is subject to the constitution, rules and regulations of the National Association of Securities Dealers, Inc. ("NASD") and the Stock Exchange or market (and its clearing house, if any) where the transaction was executed and where applicable, to any state or federal statute, and to the regulations of any governmental authority. The securities described above may, under certain conditions or circumstances, be hypothecated which will permit the commingling thereof with securities carried for the accounts of other customers. For purchases, the name of the seller and for sales, the name of the purchaser and the date and time of the transaction will be provided upon written request. This firm may receive remuneration for directing orders to a particular broker, dealer, or national securities exchange, through which your transaction was executed. Such remuneration is considered compensation to us and the source and amount of any compensation will be disclosed upon written request.

**EXPLANATION OF CODES & SYMBOLS:** Type: (1) Cash  (6) Margin  (4) Short - All others are broker defined

EX - Where transaction was executed.
1. New York Stock Exchange
2. American Stock Exchange
4. Other - Name on Request
5. Over-the-Counter
7. Chicago Board Options Exchange
8. Pacific Stock Exchange

All checks are to be made payable to Dreyfus Brokerage Services, Inc. When sending securities **(To Insure Safety)**, you should appoint Dreyfus Brokerage Services, Inc. as attorney. By doing this, the securities cannot be transferred out of your name until we release the appointment. This procedure provides protection against loss or theft. Date each certificate and sign your name on the bottom signature line on the back of each certificate exactly as it appears on the front. All parties whose names are registered on each certificate must sign  Please write your account number in the upper right corner of each certificate and record each certificate number in a separate record to be retained by you.

2HV

P  000102

**Dreyfus**

6500 Wilshire Boulevard, 9th Floor
P.O. Box 48921
Los Angeles, CA 90048

**Dreyfus Brokerage Services, Inc.**
Member New York Stock Exchange
Securities Investor Protection Corp.

New York  Beverly Hills  Chicago

email: support@edreyfus.com

(310) 276-0200
(800) 421-8395
Fax (310) 276-2238

2HV- 390- 14
VINH D VUONG
10174 WELLS AVE
RIVERSIDE CA 92503-2246

> **Please retain this confirmation for tax purposes. Coded symbols are explained below.**
> In accordance with your instructions, we hereby confirm that as your agent we have executed the **unsolicited** transaction listed below for your account and risk. Please advise us promptly of any discrepancies. Thank you for your business.

BOUGHT 1000 PE CORP COM CELERA GENOMICS GROUP @ 235
EXECUTED WWW

| | |
|---|---|
| Account Number 95-98194 | Type 6 |
| Transaction Number 5739066 | Ex 1 |
| Symbol CRA | Cusip# 69332S201 |
| Trade Date 2/25/00 | Settlement Date 3/01/00 |

| GROSS AMOUNT | COMMISSION | INTEREST/TAX | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|
| 235,000.00 | 15.00 | 0.00 | 0.00 | 0.00 | 235,015.00 |

The transaction listed above is subject to the terms and conditions of your account agreement with Dreyfus Brokerage Services, Inc. and is subject to the constitution, rules and regulations of the National Association of Securities Dealers, Inc. ("NASD") and the Stock Exchange or market (and its clearing house, if any) where the transaction was executed and where applicable, to any state or federal statute, and to the regulations of any governmental authority. The securities described above may, under certain conditions or circumstances, be hypothecated which will permit the commingling thereof with securities carried for the accounts of other customers. For purchases, the name of the seller and for sales, the name of the purchaser and the date and time of the transaction will be provided upon written request. This firm may receive remuneration for directing orders to a particular broker, dealer, or national securities exchange, through which your transaction was executed. Such remuneration is considered compensation to us and the source and amount of any compensation will be disclosed upon written request.

**EXPLANATION OF CODES & SYMBOLS:** Type: (1) Cash (6) Margin (4) Short - All others are broker defined

EX - Where transaction was executed.
1. New York Stock Exchange
2. American Stock Exchange
4. Other - Name on Request
5. Over-the-Counter
7. Chicago Board Options Exchange
8. Pacific Stock Exchange

___ All checks are to be made payable to Dreyfus Brokerage Services, Inc. When sending securities (**To Insure Safety**), you should
___ appoint Dreyfus Brokerage Services, Inc. as attorney. By doing this, the securities cannot be transferred out of your name until
___ we release the appointment. This procedure provides protection against loss or theft. Date each certificate and sign your name
___ on the bottom signature line on the back of each certificate exactly as it appears on the front. All parties whose names are
___ registered on each certificate must sign  Please write your account number in the upper right corner of each certificate and record
each certificate number in a separate record to be retained by you.

P 000103

**Dreyfus**
6500 Wilshire Boulevard, 9th Floor
P.O. Box 48921
Los Angeles, CA 90048

**Dreyfus Brokerage Services, Inc.**
Member New York Stock Exchange
Securities Investor Protection Corp.

New York   Beverly Hills   Chicago

email: support@edreyfus.com

(310) 276-0200
(800) 421-8395
Fax (310) 276-2238

2HV- 390- 14
VINH D VUONG
10174 WELLS AVE
RIVERSIDE CA  92503-2246

> **Please retain this confirmation for tax purposes. Coded symbols are explained below.**
> In accordance with your instructions, we hereby confirm that as your agent we have executed the **unsolicited** transaction listed below for your account and risk. Please advise us promptly of any discrepancies. Thank you for your business.

BOUGHT 1000 PE CORP COM CELERA GENOMICS GROUP @ 260
EXECUTED WWW

| Account Number | 95-98194 | Type | 6 |
|---|---|---|---|
| Transaction Number | 5748257 | Ex | 1 |
| Symbol | CRA | Cusip# | 69332S201 |
| Trade Date | 2/25/00 | Settlement Date | 3/01/00 |

| GROSS AMOUNT | COMMISSION | INTEREST/TAX | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|
| 260,000.00 | 15.00 | 0.00 | 0.00 | 0.00 | 260,015.00 |

The transaction listed above is subject to the terms and conditions of your account agreement with Dreyfus Brokerage Services, Inc. and is subject to the constitution, rules and regulations of the National Association of Securities Dealers, Inc. ("NASD") and the Stock Exchange or market (and its clearing house, if any) where the transaction was executed and where applicable, to any state or federal statute, and to the regulations of any governmental authority. The securities described above may, under certain conditions or circumstances, be hypothecated which will permit the commingling thereof with securities carried for the accounts of other customers. For purchases, the name of the seller and for sales, the name of the purchaser and the date and time of the transaction will be provided upon written request. This firm may receive remuneration for directing orders to a particular broker, dealer, or national securities exchange, through which your transaction was executed. Such remuneration is considered compensation to us and the source and amount of any compensation will be disclosed upon written request.

**EXPLANATION OF CODES & SYMBOLS:** Type: (1) Cash  (6) Margin  (4) Short  -  All others are broker defined

EX - Where transaction was executed.
1. New York Stock Exchange
2. American Stock Exchange
4. Other - Name on Request
5. Over-the-Counter
7. Chicago Board Options Exchange
8. Pacific Stock Exchange

All checks are to be made payable to Dreyfus Brokerage Services, Inc. When sending securities (**To Insure Safety**), you should appoint Dreyfus Brokerage Services, Inc. as attorney. By doing this, the securities cannot be transferred out of your name until we release the appointment. This procedure provides protection against loss or theft. Date each certificate and sign your name on the bottom signature line on the back of each certificate exactly as it appears on the front. All parties whose names are registered on each certificate must sign  Please write your account number in the upper right corner of each certificate and record each certificate number in a separate record to be retained by you.

P  000104


**Dreyfus**
6500 Wilshire Boulevard, 9th Floor
P.O. Box 48921
Los Angeles, CA 90048

**Dreyfus Brokerage Services, Inc.**
Member New York Stock Exchange
Securities Investor Protection Corp.

New York   Beverly Hills   Chicago

email: support@edreyfus.com

(310) 276-0200
(800) 421-8395
Fax (310) 276-2238

2HV-   390-  14
VINH D VUONG
10174 WELLS AVE
RIVERSIDE CA  92503-2246

> **Please retain this confirmation for tax purposes.  Coded symbols are explained below.**
> In accordance with your instructions, we hereby confirm that as your agent we have executed the **unsolicited** transaction listed below for your account and risk. Please advise us promptly of any discrepancies. Thank you for your business.

**BOUGHT 1000 PE CORP COM CELERA GENOMICS GROUP @ 267**
**EXECUTED WWW**

| | |
|---|---|
| Account Number 95-98194 | Type 6 |
| Transaction Number 5785584 | Ex 1 |
| Symbol CRA | Cusip# 69332S201 |
| Trade Date 2/25/00 | Settlement Date 3/01/00 |

| GROSS AMOUNT | COMMISSION | INTEREST/TAX | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|
| 267,000.00 | 15.00 | 0.00 | 0.00 | 0.00 | 267,015.00 |

The transaction listed above is subject to the terms and conditions of your account agreement with Dreyfus Brokerage Services, Inc. and is subject to the constitution, rules and regulations of the National Association of Securities Dealers, Inc. ("NASD") and the Stock Exchange or market (and its clearing house, if any) where the transaction was executed and where applicable, to any state or federal statute, and to the regulations of any governmental authority. The securities described above may, under certain conditions or circumstances, be hypothecated which will permit the commingling thereof with securities carried for the accounts of other customers. For purchases, the name of the seller and for sales, the name of the purchaser and the date and time of the transaction will be provided upon written request. This firm may receive remuneration for directing orders to a particular broker, dealer, or national securities exchange, through which your transaction was executed. Such remuneration is considered compensation to us and the source and amount of any compensation will be disclosed upon written request.

**EXPLANATION OF CODES & SYMBOLS:** Type: (1) Cash  (6) Margin  (4) Short  -  All others are broker defined

EX - Where transaction was executed.
1. New York Stock Exchange
2. American Stock Exchange
4. Other - Name on Request
5. Over-the-Counter
7. Chicago Board Options Exchange
8. Pacific Stock Exchange

____ All checks are to be made payable to Dreyfus Brokerage Services, Inc.  When sending securities (**To Insure Safety**), you should
____ appoint Dreyfus Brokerage Services, Inc. as attorney.  By doing this, the securities cannot be transferred out of your name until
____ we release the appointment.  This procedure provides protection against loss or theft.  Date each certificate and sign your name
____ on the bottom signature line on the back of each certificate exactly as it appears on the front.  All parties whose names are
registered on each certificate must sign  Please write your account number in the upper right corner of each certificate and record
____ each certificate number in a separate record to be retained by you.

P  000105


**Dreyfus**
6500 Wilshire Boulevard, 9th Floor
P.O. Box 48921
Los Angeles, CA 90048

**Dreyfus Brokerage Services, Inc.**
Member New York Stock Exchange
Securities Investor Protection Corp.

New York   Beverly Hills   Chicago

email: support@edreyfus.com

(310) 276-0200
(800) 421-8395
Fax (310) 276-2238

2HV-  390- 14
VINH D VUONG
10174 WELLS AVE
RIVERSIDE CA  92503-2246

> **Please retain this confirmation for tax purposes. Coded symbols are explained below.**
> In accordance with your instructions, we hereby confirm that as your agent we have executed the **unsolicited** transaction listed below for your account and risk. Please advise us promptly of any discrepancies. Thank you for your business.

BOUGHT 1000 PE CORP COM CELERA GENOMICS GROUP @ 268
EXECUTED WWW

| Account Number | 95-98194 | Type | 6 |
| Transaction Number | 5777749 | Ex | 1 |
| Symbol | CRA | Cusip# | 69332S201 |
| Trade Date | 2/25/00 | Settlement Date | 3/01/00 |

| GROSS AMOUNT | COMMISSION | INTEREST/TAX | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|
| 268,000.00 | 15.00 | 0.00 | 0.00 | 0.00 | 268,015.00 |

The transaction listed above is subject to the terms and conditions of your account agreement with Dreyfus Brokerage Services, Inc. and is subject to the constitution, rules and regulations of the National Association of Securities Dealers, Inc. ("NASD") and the Stock Exchange or market (and its clearing house, if any) where the transaction was executed and where applicable, to any state or federal statute, and to the regulations of any governmental authority. The securities described above may, under certain conditions or circumstances, be hypothecated which will permit the commingling thereof with securities carried for the accounts of other customers. For purchases, the name of the seller and for sales, the name of the purchaser and the date and time of the transaction will be provided upon written request. This firm may receive remuneration for directing orders to a particular broker, dealer, or national securities exchange, through which your transaction was executed. Such remuneration is considered compensation to us and the source and amount of any compensation will be disclosed upon written request.

**EXPLANATION OF CODES & SYMBOLS:** Type: (1) Cash  (6) Margin  (4) Short  -  All others are broker defined

EX - Where transaction was executed.
1. New York Stock Exchange
2. American Stock Exchange
4. Other - Name on Request
5. Over-the-Counter
7. Chicago Board Options Exchange
8. Pacific Stock Exchange

All checks are to be made payable to Dreyfus Brokerage Services, Inc. When sending securities **(To Insure Safety)**, you should appoint Dreyfus Brokerage Services, Inc. as attorney. By doing this, the securities cannot be transferred out of your name until we release the appointment. This procedure provides protection against loss or theft. Date each certificate and sign your name on the bottom signature line on the back of each certificate exactly as it appears on the front. All parties whose names are registered on each certificate must sign Please write your account number in the upper right corner of each certificate and record each certificate number in a separate record to be retained by you.

# Dreyfus Brokerage Services, Inc.

**Dreyfus**
6500 Wilshire Boulevard, 9th Floor
P.O. Box 48921
Los Angeles, CA 90048

Member New York Stock Exchange
Securities Investor Protection Corp.

New York   Beverly Hills   Chicago

(310) 276-0200
(800) 421-8395
Fax (310) 276-2238

email: support@edreyfus.com

2HV-   401- 7
VINH D VUONG
10174 WELLS AVE
RIVERSIDE CA  92503-2246

---

**Please retain this confirmation for tax purposes. Coded symbols are explained below.**
In accordance with your instructions, we hereby confirm that as your agent we have executed the **unsolicited** transaction listed below for your account and risk. Please advise us promptly of any discrepancies. Thank you for your business.

BOUGHT 1000 PE CORP COM CELERA GENOMICS GROUP @ 237 3/4
EXECUTED WWW

| Account Number | 95-98194 | Type | 6 |
| Transaction Number | 1755076 | Ex | 1 |
| Symbol | CRA | Cusip# | 69332S201 |
| Trade Date | 2/28/00 | Settlement Date | 3/02/00 |

| GROSS AMOUNT | COMMISSION | INTEREST/TAX | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|
| 237,750.00 | 15.00 | 0.00 | 0.00 | 0.00 | 237,765.00 |

The transaction listed above is subject to the terms and conditions of your account agreement with Dreyfus Brokerage Services, Inc. and is subject to the constitution, rules and regulations of the National Association of Securities Dealers, Inc. ("NASD") and the Stock Exchange or market (and its clearing house, if any) where the transaction was executed and where applicable, to any state or federal statute, and to the regulations of any governmental authority. The securities described above may, under certain conditions or circumstances, be hypothecated which will permit the commingling thereof with securities carried for the accounts of other customers. For purchases, the name of the seller and for sales, the name of the purchaser and the date and time of the transaction will be provided upon written request. This firm may receive remuneration for directing orders to a particular broker, dealer, or national securities exchange, through which your transaction was executed. Such remuneration is considered compensation to us and the source and amount of any compensation will be disclosed upon written request.

**EXPLANATION OF CODES & SYMBOLS:** Type: (1) Cash (6) Margin (4) Short - All others are broker defined

EX - Where transaction was executed.
1. New York Stock Exchange
2. American Stock Exchange
4. Other - Name on Request
5. Over-the-Counter
7. Chicago Board Options Exchange
8. Pacific Stock Exchange

All checks are to be made payable to Dreyfus Brokerage Services, Inc. When sending securities (**To Insure Safety**), you should appoint Dreyfus Brokerage Services, Inc. as attorney. By doing this, the securities cannot be transferred out of your name until we release the appointment. This procedure provides protection against loss or theft. Date each certificate and sign your name on the bottom signature line on the back of each certificate exactly as it appears on the front. All parties whose names are registered on each certificate must sign Please write your account number in the upper right corner of each certificate and record each certificate number in a separate record to be retained by you.

P  000107

**Dreyfus**

6500 Wilshire Boulevard, 9th Floor
P.O. Box 48921
Los Angeles, CA 90048

**Dreyfus Brokerage Services, Inc.**
Member New York Stock Exchange
Securities Investor Protection Corp.

New York  Beverly Hills  Chicago

(310) 276-0200
(800) 421-8395
Fax (310) 276-2238

email: support@edreyfus.com

****AUTO**MIXED AADC 852   22-   72- 3
VINH D VUONG
10174 WELLS AVE
RIVERSIDE CA  92503-2246

---

**Please retain this confirmation for tax purposes. Coded symbols are explained below.**
In accordance with your instructions, we hereby confirm that as your agent we have executed the **unsolicited** transaction listed below for your account and risk. Please advise us promptly of any discrepancies. Thank you for your business.

BOUGHT 2000 PE CORP COM CELERA GENOMICS GROUP @ 236
EXECUTED WWW
PROSPECTUS MAILED UNDER SEPARATE COVER

| Account Number | 95-98194 | Type | 6 |
| Transaction Number | 3756778 | Ex | 1 |
| Symbol | CRA | Cusip# | 69332S201 |
| Trade Date | 3/01/00 | Settlement Date | 3/06/00 |

| GROSS AMOUNT | COMMISSION | INTEREST/TAX | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|
| 472,000.00 | 15.00 | 0.00 | 0.00 | 0.00 | 472,015.00 |

The transaction listed above is subject to the terms and conditions of your account agreement with Dreyfus Brokerage Services, Inc. and is subject to the constitution, rules and regulations of the National Association of Securities Dealers, Inc. ("NASD") and the Stock Exchange or market (and its clearing house, if any) where the transaction was executed and where applicable, to any state or federal statute, and to the regulations of any governmental authority. The securities described above may, under certain conditions or circumstances, be hypothecated which will permit the commingling thereof with securities carried for the accounts of other customers. For purchases, the name of the seller and for sales, the name of the purchaser and the date and time of the transaction will be provided upon written request. This firm may receive remuneration for directing orders to a particular broker, dealer, or national securities exchange, through which your transaction was executed. Such remuneration is considered compensation to us and the source and amount of any compensation will be disclosed upon written request.

**EXPLANATION OF CODES & SYMBOLS:** Type: (1) Cash  (6) Margin  (4) Short  - All others are broker defined

EX - Where transaction was executed.
1. New York Stock Exchange
2. American Stock Exchange
4. Other - Name on Request
5. Over-the-Counter
7. Chicago Board Options Exchange
8. Pacific Stock Exchange

___ All checks are to be made payable to Dreyfus Brokerage Services, Inc.  When sending securities (**To Insure Safety**), you should
___ appoint Dreyfus Brokerage Services, Inc. as attorney.  By doing this, the securities cannot be transferred out of your name until
___ we release the appointment.  This procedure provides protection against loss or theft.  Date each certificate and sign your name
___ on the bottom signature line on the back of each certificate exactly as it appears on the front. All parties whose names are
___ registered on each certificate must sign  Please write your account number in the upper right corner of each certificate and record
___ each certificate number in a separate record to be retained by you.

P  000108