C

# VINH VUONG CELERA STOCK TRANSACTIONS

## PURCHASES

| Date | Shares Purchased | Price | Seller |
|---|---|---|---|
| 2/25/00 | 1000 | $230 | Dreyfus |
| 2/25/00 | 1000 | $235 | Dreyfus |
| 2/25/00 | 1000 | $260 | Dreyfus |
| 2/25/00 | 1000 | $267 | Dreyfus |
| 2/25/00 | 1000 | $268 | Dreyfus |
| 2/28/00 | 1000 | $237.75 | Dreyfus |
| **Secondary Offering 2/29/00** | • 4,370,000 shares sold at $225 per share<br>• 51,832,914 Pre-Secondary Offering Shares<br>• 56,202,914 Post-Secondary Offering Shares | | |
| 3/1/00 | 2000 | $236 | Dreyfus |
| **Total** | 8000 | $246.21 (Avg.) | |

## PLAINTIFFS HAVE FAILED TO MEET THEIR BURDEN OF SHOWING THAT VUONG CAN TRACE HIS SHARES TO THE SECONDARY OFFERING

- "Whether Vuong's shares are Traceable to the Secondary Offering Cannot be Properly Determined at This Stage of the Litigation."

- "[T]he Court would conclude that it cannot properly make that determination with the relatively undeveloped evidentiary record on this issue."

- "Plaintiffs have produced enough evidence for a genuine issue of fact to exist as to whether Plaintiffs' shares were purchased in, or traceable to, the Secondary Offering."

Plaintiffs' Br. at 20-21.