**D**

Yahoo! My Yahoo! Mail

Search the web

# YAHOO! FINANCE Sign In
New User? Sign Up

Fina.

Wednesday, May 5, 2004, 11:20am ET - U.S. Markets close in 4 hours and 40 minutes.

**Welcome, Guest [Sign In]**

To track stocks &

## Quotes & Info

Enter Symbol(s): e.g. YHOO, ^DJI  [GO]  Symbol Lookup | Finance Sear

## Applera Corp - Celera Genomics Group (CRA)

At 11:00AM ET: **11.88** ↑ 0.21 (



**Fidelity Active Trader Services**
· Get market news, powerful trading tools, quotes and research from **Fidelity**
· www.fidelity.com/activetrader

## Major Holders

Get **Major Holders** for: [GO]

### BREAKDOWN

| | |
|---|---|
| % of Shares Held by All Insider and 5% Owners: | 1% |
| % of Shares Held by Institutional & Mutual Fund Owners: | 71% |
| % of Float Held by Institutional & Mutual Fund Owners: | 72% |
| Number of Institutions Holding Shares: | 10 |

ADVERTISEMENT



### TOP INSIDER & RULE 144 HOLDERS

| Holder | Shares | Reported |
|---|---|---|
| WHITE, TONY L. | 185,226 | 22-Aug-03 |
| HUNKAPILLER, MICHAEL W | 135,240 | 2-Feb-04 |
| WINGER, DENNIS L. | 25,622 | 22-Aug-03 |
| BOOTH, ROBERT F.G. | 18,700 | 6-Aug-03 |
| JONES, ROBERT C. | 17,958 | 11-Jul-03 |

### TOP INSTITUTIONAL HOLDERS

| Holder | Shares | % Out | Value* | Reported |
|---|---|---|---|---|
| Barclays Bank Plc | 3,670,280 | 5.04 | $51,053,597 | 31-Dec-03 |
| Axa | 2,299,248 | 3.16 | $31,982,541 | 31-Dec-03 |
| State Street Corporation | 1,883,580 | 2.59 | $26,200,598 | 31-Dec-03 |
| Royce & Associates, Inc. | 1,818,100 | 2.5 | $25,289,772 | 31-Dec-03 |
| Columbia Wanger Asset Management, L.P. | 1,640,000 | 2.25 | $22,812,401 | 31-Dec-03 |
| Greene, David J. and Company | 1,484,349 | 2.04 | $20,647,295 | 31-Dec-03 |

| | | | | |
|---|---|---|---|---|
| Wellington Management Company, Llp | 8,125,858 | 11.17 | $113,030,689 | 31-Dec-03 |
| FMR Corporation (Fidelity Management & Research Corp) | 7,275,398 | 10 | $101,200,790 | 31-Dec-03 |
| Morgan Stanley | 1,232,424 | 1.69 | $17,143,018 | 31-Dec-03 |
| Principal Financial Group, Inc. | 1,201,985 | 1.65 | $16,719,612 | 31-Dec-03 |

**TOP MUTUAL FUND HOLDERS**

| Holder | Shares | % Out | Value* | Reported |
|---|---|---|---|---|
| Fidelity Growth Company Fund | 7,274,848 | 10 | $98,719,685 | 30-Nov-03 |
| UBS (Lux) Biotech | 1,260,900 | 1.73 | $18,220,005 | 31-May-02 |
| Vanguard Specialized-Health Care Fund | 1,152,400 | 1.58 | $11,593,143 | 31-Jul-03 |
| Vanguard/Primecap Fund | 1,073,600 | 1.48 | $10,929,248 | 31-Aug-03 |
| Columbia Acorn Fd | 900,000 | 1.24 | $10,521,000 | 30-Sep-03 |
| Merrill Lynch Small Cap Value Fund | 768,200 | 1.06 | $8,980,258 | 30-Sep-03 |
| Royce Lower Priced Stock Fund | 753,400 | 1.04 | $10,479,794 | 31-Dec-03 |
| Hartford Midcap Fund Hls Fund, Inc | 721,000 | 0.99 | $10,029,110 | 31-Dec-03 |
| AXA Premier Vip Aggressive Equity Portfolio | 684,850 | 0.94 | $9,526,263 | 31-Dec-03 |
| Pennsylvania Mutual Fund Inc | 584,900 | 0.8 | $8,135,959 | 31-Dec-03 |

**View Transactions for Insiders & Institutional Holders**

* Value shown is computed using the security's price on the report date given.

✉ Add to Portfolio    ☀ Set Alert    ✉ Email to a Friend

Get **Major Holders** for Another Symbol: [    ] GO  Symbol Lookup

- Today's SEC Filings
- Mergers & Acquisitions

Like stocks? See **job openings** at Yahoo! Finance.

Copyright © 2004 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Quote data provided by Reuters. Ownership data provided by Vickers Stock Research (1-800-645-5043) Vickers shall have no l accuracy of the information furnished on the Vickers Data Base, or for delays, omissions or opinions expressed therein. Vicker and maintains all proprietary rights in the Vickers Data Base or information received. You may not use or permit anyone to use for any illegal purpose or to furnish such information to any person, firm or branch office for re-use or re-sale. Data and informa for informational purposes only, and is not intended for trading purposes. Neither Yahoo! nor any of its data or content provi Reuters, CSI and exchanges) shall be liable for any errors or delays in the content, or for any actions taken in reliance thereon the Yahoo! site, a user agrees not to redistribute the information found therein.

## CERTIFICATION

This is to certify that a copy of the foregoing was delivered by hand in Court on May 6, 2004, to:

| | |
|---|---|
| David A. Slossberg, Esq.<br>Brian C. Fournier, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>P.O. Box 112<br>Milford, CT 06460 | Sanford P. Dumain, Esq.<br>Carlos F. Ramirez, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Penn Plaza – 49th Floor<br>New York, NY 10119 |
| Liaison Counsel | Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher