# Appendix A

Adam Jones, *Cracking Code of Genes Creates Controversy – and a Fortune*, THE TIMES (LONDON), Jan. 10, 2000.

*Celera Unveils "Rough Draft" of Human Genome; Finished Article Due This Year,* MARKETLETTER, Jan. 17, 2000.

David L. Wheeler, *The Real Impact of the Race to Sequence the Human Genome*, CHRON. OF HIGHER EDUC., July 16, 1999, at A18.

*Genomic Pronouncements: The Race to Complete the Sequence of the Human Genome is Entering the Home Straight,* ECONOMIST (U.S. Edition), Dec. 4, 1999, available at 1999 WL 29811895.

Matthew Davis, *Celera Announces Completion of Fruit Fly Genome Map*; *Hope for Joint Celera/HGP Effort on Human is Alive, But Dim*, WASHINGTON FAX, Sept. 16, 1999, at www.washingtonfax.com.

Nicholas Wade, *Talk of Collaboration on Decoding of the Genome*, N.Y. TIMES, Nov. 14, 1999 at 22.

Nicholas Wade, *Company Nears Last Leg of Genome Project*, N.Y. TIMES, Jan. 11, 2000, at F3.

Thomas R. O'Donnell, *Teams Race to Unravel DNA Mystery; Private and Public Projects vie To Be The First To Decode the Human Genome*, DES MOINES REG., Jan. 30, 2000, at 1G.

Todd Ackerman, *Public, Private Gene Mappers May Pool Their Efforts*, HOUSTON CHRON., Dec. 14, 1999, at 28.