## CERTIFICATION

This is to certify that a copy of the foregoing Motion on Consent for Extension of Discovery Schedule was served by facsimile, and Federal Express, on June 15, 2004, on the following:

| | |
|---|---|
| Stanley A. Twardy, Jr., Esq. | Michael J. Chepiga, Esq. |
| Thomas D. Goldberg, Esq. | Robert A. Bourque, Esq. |
| Terence J. Gallagher, Esq. | William M. Regan, Esq. |
| Day, Berry & Howard LLP | Simpson Thacher & Bartlett LLP |
| One Canterbury Green | 425 Lexington Avenue |
| Stamford, CT 06901 | New York, NY 10017 |
| | |
| Counsel for Defendants | Counsel for Defendants |

_____
Brian C. Fournier

DOCS\205534v1