UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | : Master File No. 3:00CV705(CFD) <br> : <br> : July 9, 2004 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY
## LEE A. WEISS

Brian C. Fournier, a member in good standing of the bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) for permission to allow Lee A. Weiss to represent the plaintiffs in the above-captioned matter for all pretrial and trial purposes.

1. Attorney Weiss is a member of the firm Milberg Weiss Bershad & Schulman.

2. His office is located at:

   Milberg Weiss Bershad & Schulman LLP
   One Pennsylvania Plaza
   New York, NY 10119
   Phone: (212) 594-5300
   Fax:   (212) 868-1229
   E-Mail: LWeiss@milberg.com

3. Attorney Weiss is admitted to the bar of the State of New York; the United States District Court for the Southern and Eastern Districts of New York; and the United States Court of Appeals for the Fourth and Eleventh Circuits.

4. Attorney Weiss has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules, nor has he been denied admission or disciplined by any other Court.

5. Attorney Weiss has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

6. A check for $25.00 accompanies this motion.

7. Service of all papers shall be made upon J. Daniel Sagarin or Brian C. Fournier at Hurwitz, Sagarin & Slossberg, LLC, 147 North Broad Street, Milford, Connecticut 06460.

THE PLAINTIFF

By: /s/
J. Daniel Sagarin  CT 04289
Brian C. Fournier CT 16272
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
Milford, CT  06460
Telephone: 203-877-8000
Facsimile:  203-878-9800

**Liaison Counsel for Lead Plaintiffs**

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Sanford P. Dumain (CT08138)
Carlos Ramirez (CT25340)
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300

**Lead Counsel for Lead Plaintiffs**

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Admission of Visiting Attorney Lee A. Weiss was served on July 9, 2004, on the following:

| | |
|---|---|
| Stanley A. Twardy, Jr., Esq. | Michael J. Chepiga, Esq. |
| Thomas D. Goldberg, Esq. | Robert A. Bourque, Esq. |
| Terence J. Gallagher, Esq. | William M. Regan, Esq. |
| Day, Berry & Howard LLP | Simpson Thacher & Bartlett LLP |
| One Canterbury Green | 425 Lexington Avenue |
| Stamford, CT 06901 | New York, NY 10017 |
| | |
| Counsel for Defendants | Counsel for Defendants |

_____
Brian C. Fournier



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 13 A 11: 24

U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | Master File No. 3:00CV705(CFD)<br><br>July 9, 2004 |

## AFFIDAVIT OF LEE A. WEISS IN SUPPORT OF MOTION PRO HAC VICE

Lee A. Weiss, being first duly sworn, hereby deposes and says:

1. I am a member of the firm Milberg Weiss Bershad & Schulman LLP.

2. My office address is:

   Milberg Weiss Bershad & Schulman LLP
   One Pennsylvania Plaza
   New York, NY 10119
   Phone: (212) 594-5300
   Fax:   (212) 868-1229
   E-Mail: LWeiss@milberg.com

3. I am in good standing in the bar of the State of New York; the United States District Court for the Southern and Eastern Districts of New York; and the United States Court of Appeals for the Fourth and Eleventh Circuits.

4. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any other Court.

5. I have fully reviewed and I am familiar with the Rules of the United States District Court of the District of Connecticut.

6. I make this affidavit in support of the motion for my admission <u>pro hac vice</u> to permit me to represent plaintiffs as visiting counsel in connection with the above captioned action.

_____
Lee A. Weiss

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 9th DAY OF
JULY, 2004.

_____
Notary Public

TAMMELA C. DOSTON
NOTARY PUBLIC, State of New York
No. 01DO4939238
Qualified in Nassau County
Commission Expires July 25, 2006