# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---------------------------------------X
IN RE PE CORPORATION SECURITIES
LITIGATION
---------------------------------------X

APPEARANCE

FILED
2004 AUG 26  A 10: 58
US DISTRICT COURT
HARTFORD, CT.

CASE NUMBER: 3:00-cv-00715 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: All Plaintiffs

| | |
|---|---|
| 8/23/2004 | _signature_ |
| Date | Signature |
| CT21345 | Lee A. Weiss |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 212-594-5300 | One Pennsylvania Plaza |
| Telephone Number | Address |
| 212-868-1229 | New York, NY 10119-0165 |
| Fax Number | |
| lweiss@milbergweiss.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Counsel for Defendants

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Counsel for Defendants

_signature_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24