UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                              :
IN RE:   PE CORPORATION SECURITIES            :   Master File No. 3:00CV-705 (CFD)
LITIGATION                                    :
                                              :   **OCTOBER 12, 2004**
_____:

## MOTION TO COMPEL THE TESTIMONY OF DR. FRANCIS COLLINS

Lead Plaintiffs David Berlin and Vinh Vuong, by their counsel, respectfully submit this Motion to Compel the Testimony of Dr. Francis Collins, and to extend the discovery cut-off solely for the purpose of allowing Plaintiffs to conduct this deposition. In support of their Motion, Lead Plaintiffs submit the accompanying Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that their Motion to Compel be granted.

Respectfully submitted,

**HURWITZ, SAGARIN & SLOSSBERG, LLC**

By: _____
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
147 N. Broad Street, P.O. Box 112
Milford, Connecticut 06460
(203) 877 - 8000

**Liaison Counsel**

**MILBERG WEISS BERSHAD
  HYNES & LERACH LLP**
Sanford P. Dumain (CT08138)
Lee A. Weiss (CT21345)
Carlos F. Ramirez (CT25340)
One Penn Plaza
49th Floor
New York, New York 10119
(212) 594-5300

**Lead Counsel for Lead Plaintiffs**

Celera_ Motion To Compel.DOC

## CERTIFICATION

This is to certify that a copy of the foregoing Motion Compel the Testimony of Dr. Francis Collins was served by Federal Express, on October 12, 2004, on the following:

| | |
|---|---|
| Paul J. Robertson<br>Senior Attorney, NIH<br>Office of the General Counsel<br>Department of Health<br>  and Human Services<br>Public Health Division<br>31 Center Drive, Room 2B-50<br>Bethesda, Maryland 20892 | Robert A. Bourque, Esq.<br>William M. Regan, Esq.<br>Laura D. Murphy<br>Michael J. Chepiga, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>Counsel for Defendants |

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Liaison Counsel

_____
David A. Slossberg