UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                               :

IN RE:   PE CORPORATION SECURITIES     :   Master File No. 3:00CV-705 (CFD)
LITIGATION
                                               :
_____

## AFFIDAVIT OF BRIAN C. FOURNIER

Brian C. Fournier, being duly sworn, deposes and says:

1. I am associated with the law firm of Hurwitz, Sagarin & Slossberg, LLC, attorneys for Lead Plaintiffs David Berlin and Vinh Vuong, and I submit this affidavit in support of Plaintiffs' Motion to Compel the Deposition Testimony of Dr. Francis Collins.

2. Annexed hereto as Exhibit A is a true and correct copy of a letter from Paul J. Robertson, Senior Attorney, Department of Health and Human Services, to Sanford P. Dumain, Esq., dated July 9, 2004, regarding a subpoena served on Dr. Francis Collins in connection with *In re PE Corporation Securities Litigation*, Master File No. 3:00CV705 (CFD).

3. Annexed hereto as Exhibit B is a true and correct copy of a letter from Lee A. Weiss, Esq. to Elias Zerhouni, M.D., Director of the National Institutes of Health, dated July 15, 2004, requesting to take the deposition of Dr. Francis Collins.

4. Annexed hereto as Exhibit C is a true and correct copy of a letter from Raymond S. Kingston, M.D., Ph.D., Deputy Director of the National Institutes of Health, dated August 6, 2004, denying plaintiffs' request to take the deposition of Francis Collins, M.D., Ph.D., Director, National Human Genome Research Institute.

5. Annexed hereto as Exhibit D is a true and correct copy of a letter from Lee A. Weiss, Esq. to Raynard S. Kington, M.D., Ph.D., Deputy Director of the National Institutes of Health, dated August 20, 2004, requesting that the NIH reconsider their denial of plaintiffs'

request to take the deposition of Francis Collins, M.D., Ph.D., Director of the National Human Genome Research Institute.

6. Annexed hereto as Exhibit E is a true and correct copy of a letter from Lee A. Weiss, esq. to Paul J. Robertson, Esq., Office of the General Counsel, Department of Health and Human Services, dated September 27, 2004, regarding request to take deposition of Francis Collins, M.D., Ph.D., National Human Genome Research Institute.

7. Annexed hereto as Exhibit F is a true and correct copy of a letter from Raynard S. Kington, M.D., Ph.D., to Lee A. Weiss, esq., dated September 27, 2004, denying plaintiffs' request for reconsideration of the NIH's denial of plaintiffs' request to take the deposition of Francis Collins, M.D., Ph.D., Director, National Human Genome Research Institute.

8. Annexed hereto as Exhibit G are excerpts of the deposition transcript of Robert H. Waterston, M.D., Ph.D., dated August 17, 2004 and September 13, 2004, respectively.

9. Annexed hereto as Exhibit H are excerpts of the deposition transcript of Harold Varmus, M.D., Ph.D. dated September 15, 2004.

10. Annexed hereto as Exhibit I is a collection of e-mails produced in this litigation by Dr. Robert Waterston, M.D., Ph.D., Bates stamped RW 00236 through RW 00237.

Dated: October 12, 2004

_____
BRIAN C. FOURNIER

Sworn to before me this
\_\_ day of October, 2004

_____
Commissioner of the Superior Court

## **CERTIFICATION**

This is to certify that a copy of the foregoing Affidavit of Brian C. Fournier was served by Federal Express, on October 12, 2004, on the following:

| | |
|---|---|
| Paul J. Robertson<br>Senior Attorney, NIH<br>Office of the General Counsel<br>Department of Health<br>  and Human Services<br>Public Health Division<br>31 Center Drive, Room 2B-50<br>Bethesda, Maryland 20892 | Robert A. Bourque, Esq.<br>William M. Regan, Esq.<br>Laura D. Murphy<br>Michael J. Chepiga, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>Counsel for Defendants |
| Stanley A. Twardy, Jr., Esq.<br>Thomas D. Goldberg, Esq.<br>Terence J. Gallagher, Esq.<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br><br>Liaison Counsel | |

                                                            _____
                                                            Brian C. Fournier

DOCS\231596v1