| | |
|---|---|
| To: | 'Collins, Francis (NHGRI)' |
| From: | Venter, J. Craig |
| Cc: | Arnie Levine (E-mail); White, Tony; Gilman, Paul J. |
| Bcc: | |
| Received Date: | 1999-12-29 08:08:00 |
| Subject: | RE: tomorrow's meeting |

Francis, I just received your email about today's meeting. At Harold's suggestion that we arrange a note taker, I have had Paul Gilman fly back early from a west coast vacation. Paul arrived last night. As Celera's Director of policy I will have him sit in anyway. We can decide at the meeting as to the distribution of his notes. I will be forwarding soon the changes I discussed with you yesterday. Regards Craig

-----Original Message-----
From: Collins, Francis (NHGRI) [mailto:francisc@exchange.nih.gov]
Sent: Tuesday, December 28, 1999 4:15 PM
To: Venter, J. Craig
Subject: tomorrow's meeting


Hi Craig,
    Thanks for taking the time to express your concerns about tomorrow's agenda. I will look forward to seeing your e-mail, and will try to distribute it to the other folks if I can locate them.
    One other thing I forgot to bring up -- in view of the rather exploratory and general nature of tomorrow's conversation, Harold and I felt it would be best not to have any official recording or stenographer, as that might inhibit the free flow of ideas. We'd prefer it just be the four of us and the three of you. I hope this is OK with you. If not, please let me know right away.
            Francis

CONFIDENTIAL    CG004164