Venter, J. Craig, 12/29/99 8:41 AM -0500, Re: Tomorrow's meeting                               1

```
From: "Venter, J. Craig" <craig.venter@celera.com>
To: "'Collins, Francis (NHGRI)'" <francisc@exchange.nih.gov>,
    "'Arnie Levine (E-mail)'" <alevine@rockvax.rockefeller.edu>,
    "White, Tony" <WhiteTL@celera.com>,
    "'whitetl@pe-corp.com'"
       <whitetl@pe-corp.com>
Cc: "Varmus, Harold (OD)" <Harold_Varmus@nih.gov>,
    "Bob Waterston (E-mail)" <bwaterst@watson.wustl.edu>,
    "'mb238@cam.ac.uk'"
       <mb238@cam.ac.uk>,
    "Gilman, Paul J." <Paul.Gilman@celera.com>
Subject: RE: Tomorrow's meeting
Date: Wed, 29 Dec 1999 08:41:45 -0500
```

Francis,

    As we discussed yesterday afternoon we have serious concerns about several aspects of your proposed agenda and "Shared Principals". I do not feel that it would be productive at this time to work from those documents.

    This is the first face to face and first formal discussion concerning any interactions between the public genome effort and the Celera effort to sequence the human genome. There have been 18 months of acrimony carried out in the world press with serious attacks on our science and business strategies primarily by members of your consortium. Some of these have been in the past few weeks. While there has been an improvement we collectively have a long way to go.

    Our experience with Gerry Rubin and the Drosophila community has been the best scientific collaboration that I and my colleagues have undertaken. This very positive process has made us more willing to consider interactions with the public effort on the human genome, however it is a little late in the game to achieve a Drosophila equivalent.

    We would like to take things a step at a time. For today's meeting I suggest the following agenda.

    1) Introductions

    2) Discussion of cooperative interactions:

        a) to improve the perception of the human genome efforts

        b) to stop the press attacks on our business

        c) to see if publication of the respective genome efforts could be coordinated

    3) Should more extensive scientific collaborations (e.g., a joint publication) be considered?

Regards, Craig