```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF CONNECTICUT

 3      - - - - - - - - - - - - - - - x

 4      In Re:                      :

 5          PE Corporation         : Master File No.

 6          Securities Litigation,  : 3:00CV-705 (CFD)

 7      - - - - - - - - - - - - - - - x

 8                    ROUGH DRAFT ONLY

 9      Videotaped deposition of DR. CRAIG VENTER, held at

10      the Venter Institute, 9704 Medical Center Drive, 4th

11      Floor, Rockville, Maryland, commencing at 10:08

12      a.m., Wednesday, October 13, 2004, before Elizabeth

13      Mingione, Notary Public.

14

15

16

17

18

19

20

21

22

23              HENDERSON LEGAL SERVICES
                  1120 G Street, N.W.
24              Washington, D.C. 20005
                   (202) 220-4158              1
25
```

17    Barrett was the head of business development when

18    this effort was first started?

19        A.    Yes.

20        Q.    How often did you meet with Peter Barrett

21    when you first joined Perkin-Elmer Corporation?

22        A.    Probably daily.

23        Q.    After you joined Perkin-Elmer

24    Corporation, did you work on formulating a business

                                                    19
25    plan as had been discussed before you joined the


1    corporation?

2        A.    Yes.

3        Q.    With whom did you work on that effort?

4        A.    With dozens and dozens of individuals.

5        Q.    Who were the most senior people with whom

6    you worked on that effort?

7        A.    Probably Peter Barrett.

8        Q.    Did you ever at that time retain any

9    third-party consultant to participate in the

10    formulation of a business plan?

11        A.    No, I did not.

12        Q.    Did there come a time where you would --

13    where you presented the business plan to the board

14    of PE Corporation?

15        A.    Yes.

16        Q.    And how long after you joined the

17    corporation did that first occur?

18      A.    I think it first occurred before I joined

19   the organization.

20      Q.    And what were the components of that

21   business plan when you first presented it to the PE

22   Corporation board?

23      A.    The principal tendered is that the data

24   would be given away once we sequenced the genome.

                                                    20
25   The initial plan was to give it away quarterly into

1   the public databases, and that the business would be

2   based on developing bio informatic tools,

3   computational tools for the interpretation and

4   analysis of the genome to a small extent on gaining

5   intellectual property from unique genes that would

6   have medical importance.

7       Q.    Did you indicate who the projected

8   customers of -- for these products would be?

9       A.    It was always assumed that it would be

10   the pharmaceutical industry, the biotech industry

11   and academic researchers around the world.

12      Q.    Did the board have any comments when you

13   first presented the business plan?

14      A.    I'm sure they did.

15      Q.    Do you recall any of their comments?

16      A.    I don't recall comments from the first

17   presentations.  No.

18      Q.    At any time did the board have comments

19     Re, regarding your intellectual property strategy?

20          A.     What do you mean by any time?

21          Q.     At any time while you were at PE

22     Corporation?

23          A.     I don't think anything was raised by the

24     board.  There were certainly discussions at the

                                                        21

25     board level.


1          Q.     What specific discussions were had

2     regarding intellectual property strategy at the

3     board level with respect to the sequencing of the

4     human genome, the data derived from that?

5               MR. BOURQUE:  Objection.

6          A.     It really depends on when you are talking

7     about.  There was not a consistent discussion.

8          Q.     When you first joined Perkin-Elmer

9     Corporation, what discussions were had with the

10    board regarding intellectual property strategy

11    regarding the sequencing of the human genome?

12         A.     Well, we were absolutely not going to

13    patent the human genome.  And at best we would

14    get -- have intellectual property on a few hundred

15    human genes.

16         Q.     Was that a position you presented to the

17    board?

18         A.     Yes.

19         Q.     What was the board's response to that

20    position?

21         A.    They approved the strategy.

22         Q.    Was there anyone on the board who

23    questioned that strategy at that time?

24         A.    There was certainly discussion.  I don't

                                                    22

25    remember, if you mean by, you know, questioning,

1    objecting to it, no, not to my knowledge.

2         Q.    Were alternatives, were alternative

3    intellectual property strategies discussed at the

4    board level?

5         A.    During which period?

6         Q.    During the period right when you joined

7    the corporation?

8         A.    Not that I recall.

9         Q.    Were alternative discussions subsequent

10    to when you first joined the company?

11         A.    They were discussed at the board member

12    -- the board level.  I don't think there was any

13    specific discussion driven by board members other

14    than the chairman.

15         Q.    What alternatives were ultimately

16    discussed at the board level?

17         A.    Whether to patent a greater number of

18    genes than I had proposed to.

19         Q.    Who raised that issue at the board level?

20         A.    The chairman raised the issue at the

4       A.      From which ever one he had approached.

5       Q.      And what did they tell you Dr. Lander had

6   discussioned with them?

7       A.      That he wanted to raise the level of

8   discourse and try to get back to scientific

9   principles and to have some type of cooperative or

10  collaborative interaction.

11      Q.      Did Mr. White indicate what his view was

12  at that time regarding a possible cooperative or

13  collaborative interaction?

14          MR. BOURQUE:  Objection.

15      A.      I'm sure he did, but I don't remember

16  what it was specifically.

17      Q.      Do you remember what Mr. Hunkapiller's

18  view was regarding that issue?

19      A.      I think the general view of everybody was

20  anything that would lower the public rhetoric would

21  have been a valuable step forward.

22      Q.      Was that your view at that time as well?

23      A.      That's correct.

24      Q.      Why was that your view at the time?  What
                                                     35
25  was the basis for your view?


1       A.      I was spending a great deal of my time

2   having a deal from -- with a tax from Francis

3   Collins, from Eric Lander, from Bob Waterston, from

4   John Salston and others who felt they were in

5   competition with the Celera initiative and

6   continually attacked it.  My team, myself, my

7    organization and the press.

8         Q.    Now did you feel those attacks were

9    unjustified?

10        A.    Yes.

11        Q.    And why was that?

12        A.    Well they are fund mentally incorrect.

13   They were personal attacks.  They had nothing to do

14   with science or the conduction of science.

15        Q.    When you say they were fund mentally

16   incorrect, you referring to attacks on your

17   methodology for sequencing the human genome?

18        A.    I mean calling our effort it is mad

19   magazine version of the human genome is being fund

20   mentally incorrect, yes.

21        Q.    Did you have a view at that time as to

22   the public effortings methodology for sequencing the

23   human genome?

24        A.    Yes.
                                              36
25        Q.    And what was your view?


1         A.    In that time being.

2         Q.    That time we'll say the fall of 1999?

3         A.    My view has also been very consistent on

4    it.  The methodology they were using was slow, very

5    expensive and likely to be very inaccurate.

6         Q.    And did you feel that your whole genome

7    shotgun method was superior to the public effort

8    method?

9         A.    I felt it had a chance to be superior.

10   We had the chance to prove whether it would be or

11   not.

12        Q.    And if it was proven to be superior in

13   what ways did you have a chance to prove it to be

14   superior?

15        A.    By having the opportunity to sequence the

16   drosophila in human genome.

17        Q.    In what ways would your method be

18   superior?

19        A.    Well, the way it proved to be by

20   sequencing the human genome in nine months instead

21   of 15 years for roughly 100 million dollars instead

22   of three billion dollars.  I think by having what's

23   proven in retrospect to be a much more accurate

24   assembly, better quantity and quality of data.  I
                                                    37
25   think all those are superior attributes when


1    interpreting the genetic code.

2         Q.    Did you discuss a possible collaboration

3    with Dr. Lander after he raised the issue with

4    Mr. White, Mr. Hunkapiller?

5         A.    We discussed possible cooop ration.   I

6    think I indicated that a collaboration was premature

7    to discuss at that stage.

8        Q.    Had you ruled out the possibility of a

9    collaboration at that point?

10        A.    I think I felt it was very highly

11    unlikely.

12        Q.    Was this in a meeting with Dr. Lander or

13    a telephone conversation?  What was the form?

14        A.    I had both face to face and telephone

15    conversations with him.

16        Q.    What were the elements of a possible

17    cooperation that you discussed with Dr. Lander?

18        A.    I think mostly trying to decrease public

19    rhetoric and possible simultaneous publication of

20    the analysis of the human genome by both efforts

21    were the two principle components.

22        Q.    What was Dr. Lander's response to those

23    possible elements for cooperation?

24        A.    I think he indicated he was of very much
                                                    38
25    in favor of them.  But that he did not speak for the


1    public genome effort.  He only spoke for himself.

2        Q.    Dr. Lander discuss with you what the

3    elements of a possible collaboration would be?

4        A.    We had several discussions along those

5    lines.

6        Q.    What do you recall Dr. Lander saying

7    regarding the elements of possible collaboration?

22                     - - -

23                MR. WEISS:

24           Q.    Dr. Venter Bates number F C 00055.
                                                     81
25      Please take a look at what's been marked Exhibit 8.




1      It has Bates numbers)?

2           A.    Why are my memos on Francis' letterhead?

3           Q.    This was produced by Dr. Collins so I

4      presume it's that would -- that mean that is it was

5      printed from his machine is my best guess.  So just

6      as you know F C means it's something that was

7      produced to us by Dr. Collins.

8           A.    Okay.  And you don't have originals of

9      these from Celera.

10          Q.    No.  You can ask them, if you want.

11          A.    Okay.

12          Q.    Before we get to this regarding the issue

13     you just raised, do you know what happened to your

14     computer after you left to Celera?

15          A.    No.

16          Q.    The computer you used at Celera?

17          A.    I had no time at all after I was fired to

18     collect anything.

19          Q.    So your computer was still there the last

20     time you were at Celera?

21          A.    As far as I know.

22          Q.    And you left in 2002.  Is that correct?

23      A.      It was January 2002.

24      Q.      Have you seen this -- these e-mails

82

25      before that are reflected on Exhibit 8?

1      A.      Certainly not under Francis Collins'

2      letterhead, but you know I don't recall seeing them,

3      but.

4      Q.      Do you recall discussions in November

5      1999 about having a conference call among members of

6      the public effort and members of Celera?

7      A.      I don't recall anything specific of

8      something that happened November.  So much was going

9      on, I couldn't tell you whether it was November or

10      not.  I certainly don't recall that there was

11      discussions about (check) entering conference call

12      or a meeting.

13      Q.      Do you recall any specific conference

14      calls you participated in prior to the December 29,

15      1999 meeting at Dulles Airport where there were

16      multiple members of the the public effort

17      participate not guilty the conference call?

18      A.      No.

19      Q.      Let's mark this as exhibit 9?

20                      -  -  -

21           (A document was marked as Deposition

22      Exhibit Number 9)

23                      -  -  -

24          BY MR. WEISS:
                                                    83
25          Q.    Exhibit 9 is F C 00110.

1       A.    Okay.

2       Q.    Did you ever learn of a meeting that had

3    taken place between Arnie Levine and Dr. Harold

4    Varmus where the basic elements of a possible

5    collaboration were out line bid Dr. Varmus?

6       A.    I don't recall all the different

7    discussions that were going on these weren't the

8    most major events we were concerned with at the

9    time.  This was a relatively minor side show so most

10   o those vents are not committed to active memory.

11      Q.    Do you think at this time the government

12   thought of these discussions as a relatively minor

13   side somehow?

14          MR. BOURQUE:  Objection.

15      A.    I have no way of know wag some of these

16   people thought, but I don't think most of my

17   colleagues in the public side were at all interested

18   in having a collaborative effort.

19      Q.    Did you ever have any discussions with

20   Arnie Levine where he discussed with you the it

21   ments of the proposal for collaboration that Harold

22   Varmus had given to him?

23      A.    No, not that I recall that at all.

24      Q.    In the fall of 999 were you aware that
                                                    84

84

25      Arnie Levine had a close personal relationship with

1       Harold Varmus?

2            A.      Not phrased that way, no.

3            Q.      Were you aware that they were friends,

4       Dr. Levine and Dr. Varmus?

5            A.      I knew that they were colleagued and knew

6       each other.

7            Q.      Did you know that they were having

8       discussions regarding -- did you know whether or not

9       they were having discussions regarding a potential

10      collaboration between Celera and the public effort?

11           A.      I don't recall specifically.  I'm --

12      everybody on the SAB was reaching out to various

13      colleagues they had in public to try and find ways

14      to lower the rhetoric and possibly have cooperation.

15      So it wouldn't be surprising at all to me that Arnie

16      had been doing that.

17           Q.      Please mark this as Exhibit 10?

18                              -  -  -

19           (A document was marked as Deposition

20      Exhibit Number 10)

21                              -  -  -

22           BY MR. WEISS:

23           Q.      Please take the time you need to familiar

24      rise yourself with exhibit 10 which is RW 00338

85

25      through 340.

```
1          A.    Page 2 is missing here.

2          Q.    Was Page 2 missing with the copies as

3     well?

4                MR. GAFFNEY:  Yup.

5                MR. WEISS:  Can we go off the record for

6     a minute.  1:15.

7                         -  -  -

8                    (Recessed at 1:15 p.m.)

9                    (Reconvened at 1:19 p.m.)

10                        -  -  -

11         A.    Okay.

12         Q.    Do you recall a conversation in late

13    December 1999 where you spoke with Harold Varmus and

14    schedule add meeting among members of the public

15    effort and members of Celera for Dulles Airport?

16         A.    No, I don't remember that specifically.

17    I talked to Harold Varmus from time to time trying

18    to maintain good cordial interactions with him.

19         Q.    Do you recall that there was a meeting on

20    December 29, 1999 at Dulles Airport among members to

21    have Celera and the public effort?

22         A.    I only recall that at looking at recent

23    documents that that was the date.  I mean, I

24    remember there was such a meeting.  I don't --
                                                     86
25         Q.    How did that meeting get scheduled?
```

1      A.    I don't recall the precise scheduling

2   effort that is went into it, whether it was done by

3   my secretary or Francis's secretary.

4      Q.    What was the purpose of the meeting?

5      A.    In theory, to follow up on the

6   discussions that we had had with Eric Lander.

7      Q.    When did you learn that Dr. Lander was

8   not going to participate in the meeting?

9      A.    I don't remember exactly when, but I knew

10  it was before the meeting.  And it made me extremely

11  skeptical that the meeting was worth attending when

12  I did learn that he was not taking part in it and

13  he'd been replaced with people that we knew had a

14  very hard line against Celera.

15     Q.    Who were the people you are referring to

16  who had the hard line against Celera?

17     A.    I think it was indicated in these memos.

18  It was pretty clear they thought it was -- and I

19  agree, Michael Morgan and the Wellcome Trust, John

20  Salston and Bob Waterston were the principal

21  antagonists.  And once I knew they were involved

22  instead of Eric Lander I was very skeptical.

23     Q.    Prior to the meeting did you vote that

24  skepticism to anyone on the public side?

                                              87
25     A.    Yes.

1       Q.     To whom did you voice that skepticism?

2       A.     I recall that I voiced it directly to

3    Rick Lander, I mean, to Francis Collins.  I don't

4    know if I did to Harold Varmus or not.

5       Q.     What was Dr. Collins' response?

6       A.     That he was limited with what he could do

7    because he had to include all the members of his

8    consortium or he would get grief from them later.

9       Q.     Did he indicate why Eric was not involved

10   and why Dr. Lander was not involved in the meeting?

11      A.     I don't remember the explanation.

12      Q.     Did you ask for an explanation?

13      A.     Yes.

14      A.     I recall that I did.

15      Q.     But you don't remember anything about the

16   explanation?

17      A.     I think it was a relatively feeble answer

18   along the lines that he got it going so it was time

19   for other people to take over or something like

20   that.  But I don't --

21      Q.     If you were extremely skeptical, why did

22   you attend the meeting?

23      A.     I actually recommended internally that we

24   not do that.

                                          88

25      Q.     So whom did you recommend that?

5    of several members of my team whose advice I sought.

6    I had a very out spoken team that all gave me

7    diverse opinions as he was one of the people whose

8    voices I respected.

9        Q.    At this time at Celera who else's voice

10    would you say you respect?   .  I think all the

11    members of my senior staff, senior scientists,

12    fairly open sessions.  It was a non hierarchal

13    organization in terms of input from the people that

14    had important roles in if genome effort and the

15    business effort.

16        Q.    Did you have any discussion with

17    Dr. Collins or anyone else prior to the December 29

18    meeting about possibly issuing a press release

19    regarding the meeting after it occurred?

20        A.    I know there was discussions about a

21    potential press release.  I don't know if I had

22    specific discussions with Collinsment I know that if

23    I recall Paul Gilman was involved in discussions.  I

24    don't know if they were through me or something he
                                                    93
25    had discussed directly.

1        Q.    Have you ever seen the draft press

2    release that's set forth a little more than halfway

3    down the first page of this document?

4        A.    I don't recall.  I certainly have never

5    seen this document before.

6        Q.    Have you had the opportunity to review

7   the draft press release?

8        A.    I've read this document.  Yes.

9        Q.    You don't recall ever seeing that before?

10       A.    It certainly has elements that I

11  recognize, whether it was this specific document, I

12  don't know.  I don't know if we have -- we certainly

13  never have -- I don't remember seeing copies of this

14  in this form so.

15       Q.    What do you recall of any discussionings

16  in which you were involved regarding possibly issue

17  ago press release, a joint press release regarding

18  the December 29 meeting?

19       A.    I remembered it being very concerned

20  about it and it fed into my concerns that this was

21  more of a public relations stunt on behalf of

22  Collins to try to get pressure off his back from the

23  government.  We saw nothing to issue a press release

24  about.  xxxxxx aaaaaa

                                           94

25       Q.    Did you ever have any discussions in


1   which Tony White was also involved where the issue

2   of whether or not to disclose this meeting to the

3   company shareholders was discussed?

4        A.    I can't imagine such a discussion.

5        Q.    Did you ever participate in any

6   discussion in which Tony White was involved where

7      the issue of disclosing the -- of whether or not the

8      December 29 meeting should be disclosed to the

9      public was discussed?

10          A.     I don't recall any discussion.

11          Q.     The shared principals that are set forth

12     on the second page of the document, do you recall --

13     do you recall ever seeing those?

14          A.     I received an e-mail from Francis that

15     had something titled shared principals.  I recall

16     that.  They weren't principals that were shared --

17     he was sharing them with us.  They weren't joint

18     principals.  Whether this is the exact form that

19     they were in, I don't recall.

20          Q.     Please mark that as Exhibit 11.

21                          -  -  -

22          (A document was marked as Deposition

23     Exhibit Number 11)

24                          -  -  -
                                                            95
25          BY MR. WEISS:


1           Q.     Dr. Venter, please take a look at Exhibit

2      11 which bears Bates range CG 004165 through 4168.

3           A.     I think this is very consistent with what

4      I just told you.

5           Q.     Are these the e-mails to which you were

6      referring to in your prior answer?

7           A.     They certainly could be.

23     A.    I don't recall.  That doesn't mean there

24   weren't any, but I think the focus from Celera was,

                                             109
25   you know, trying to see if we could get some



1   cooperation.  I think they are outlined nicely in my

2   putative e-mail to Francis.

3          You know, we wanted to improve the public

4   perception and really stop the attacks on our

5   business.  That was our principal goal.

6          I think -- I'm not sure there was a

7   single person at Celera or in the player that

8   thought the chance of a full, integrated,

9   cooperative, collaborative, joint scientific

10   publication along the lines of Drosophila was at all

11   possible at this stage of the game.

12     Q.    Prior to the December 29 meeting, had

13   that -- had you communicated that view to

14   Dr. Collins, that no one at Celera thought that a

15   collaboration along the lines of Drosophila was

16   possible?

17     A.    I don't know if I would have conveyed it

18   in those exact words.  I usually express my opinion,

19   not that of everybody in the organization.

20     Q.    Did you ever convey to anyone on the

21   public effort side that no one at Celera thought

22    that a collaboration along the lines of Drosophila

23    was possible?

24        A.    I think there's three double negatives
                                                    110
25    there, so I'm trying to work out what -- can you ask

1    that more directly.

2        Q.    Yes.  My question is did you ever tell

3    anyone on the public side that the general view at

4    Celera was that there could not be a collaboration

5    along the lines of Drosophila with respect to the

6    human sequencing effort?

7            MR. GAFFNEY:  Objection.

8        A.    I think I made it clear to Lander that I

9    thought such an outcome was highly unlikely.  I

10    don't think I ever needed to put in the words that

11    you did that anybody at Celera, you know, as the

12    head of the scientific team there, I think it was

13    assumed that I spoke for the rest of my team.

14        Q.    If you could turn to Exhibit 12, which is

15    the exhibit with the handwritten notes.  Near the

16    top after it says, Only agrees with about half of

17    the shared principals, in brackets it says later

18    sounds as if Tony White is major objector.  Do you

19    see that?

20        A.    Yes.

21        Q.    Do you recall a discussion you had with

22    Dr. Collins where you indicated that Tony White had

23    major objections to any or all of the shared

24    principals?

                                                          111
25        A.    I don't recall that.  All I can assume is


1    that's based on emphasizing the, well, I don't want

2    to speculate on what it was.

3        Q.    Did you travel with anyone to the

4    December 29 meeting at -- near Dulles Airport?

5        A.    I don't have any idea.  I mean, this was

6    a relatively minor event in the scope of my duties

7    in trying to sequence the human genome, run a

8    business.  We viewed this as trying to lower the

9    public rhetoric, you know, but these were not the

10    most important events in our lives.

11        Q.    I'm going to move to strike that portion

12    of that answer that's not responsive to my question.

13            MR. BOURQUE:  Let me comment that there's

14    no need to move to strike anything on the record.

15    Your motions to strike are preserved.

16            MR. WEISS:  Okay.

17            MR. BOURQUE:  You can ignore that

18    comment, Dr. Venter.

19            BY MR. WEISS:

20        Q.    Did you have any discussions with Tony

21    White on December 28 or December 29 before the

22    meeting with members of the public effort?

23        A.    I don't recall specifically, but it would

24    have not surprised me if Arnie Levine and Tony and I
25    got together before going into the meeting.

                                                    112

1         Q.    But you have no recollection of that as
2    you sit here today?
3         A.    Nothing specific.  No.
4         Q.    How did the meeting start on December 29?
5         A.    If I recall, it started with
6    introductions.  And somewhere along the line early
7    on there were statements made, particularly by the
8    Wellcome Trust representative.
9         Q.    And that was Mr. Bobrow?
10        A.    I think that was his name.  Yes.
11        Q.    And what statements did he make?
12        A.    I recall something to the tune that, you
13    know, they were against any deviation from their
14    plan, and that he was only there at the request of
15    Francis or Harold Varmus, just something to that
16    tune.  It was that he was -- I think it was some
17    initial notion that he was against any business uses
18    of genomic information and, you know.  I remember it
19    as not being an overall positive statement.
20        Q.    Did you discuss at the beginning of the
21    meeting your disagreement with some of the shared
22    principals?
23        A.    I don't remember when they came up.
24        Q.    Did they come up during the meeting?
                                                    113

170

25      Q.    And was that -- was your attorney present

1    there as well?

2       A.    That's correct.

3       Q.    Would it be fair to say if I inquire

4    about those discussions your going to inquiry?

5             MR. BOURQUE:  That would be fair to say.

6             MR. GAFFNEY:  Yes.

7             MR. WEISS:  And you are going to instruct

8    him not to answer.

9             MR. BOURQUE:  Yes.

10            MR. WEISS:

11            MR. GAFFNEY:  As will I.

12      Q.    Do you remember appearing time magazine

13   with Dr. Collins?

14      A.    Yes.

15      Q.    How did that situation come about?

16      A.    Which aspect of it?

17      Q.    How did -- as part of -- was there a part

18   of the initiative where the government and Celera

19   declared that they were both finished with the

20   sequencing effort?

21      A.    I mean, it was around the white house

22   event.  Time magazine editor in fact informed me

23   that I was going to be sole person on the cover of

24   thyme.

171

25          Q.      What was the white house vent to which

1     you just referred to?

2          A.      The the public announcement that we

3     finish it had first assembly of the human genome.

4          Q.      When you say that we finished, who's we?

5          A.      Celera.

6          Q.      Was there any announcement at that same

7     time as to anything the goverment effort had

8     accomplished?

9          A.      They announced that they had finished

10    their rough draft.

11         Q.      Were you involved in any discussions

12    prior to that event as to the fact that there would

13    be those two announcements simultaneously?

14         A.      Extensive discussions.

15         Q.      And how did they start?

16         A.      They started with Ari Patrinos asking me

17    if I would be willing to sit down with him and

18    Francis at his house.

19         Q.      And did you agree?

20         A.      Tentatively.

21         Q.      And ultimately did you sit down with the

22    two of them?

23         A.      Yes.

24         Q.      At his house?  And what was discussed

172

25      during that meeting?

1          A.     Well, there were multiple meeting, but

2      what was discussed was basically what we had

3      discussed initially with Eric Lander about lowering

4      the rhetoric and having simultaneous publications.

5          A.     So finally went back to that model.

6          Q.     And did you agree that this should be

7      simultaneous publications?

8          A.     Ultimately.

9          Q.     And when you say ultimately, were

10     there -- was there more than one meeting regarding

11     that issue?

12         A.     There were multiple meeting.

13         Q.     Did you initially disagree?

14         A.     It was part of a package of agreements

15     that I was not going agree to that alone.

16         Q.     What else was part of the agreement?

17         A.     Lowering their rhetoric and their

18     attacks, which were still on going at that time.

19         Q.     What results was Celera going to publish

20     simultaneously with the government?

21         A.     Our analysis of the human genome

22     sequence.

23         Q.     And was that analysis the analysis that

24     was initially the purpose of Celera's sequencing

                                                    173

25     efforts?

1     A.   Well, there wasn't a single purpose of

2    it.  It was the scientific team's purpose of the

3    sequencing effort.

4     Q.   And at this time, at the time of the

5    government announcement had Celera completed the

6    sequencing effort that it had initially announced it

7    was going to accomplish?

8     A.   What do you mean by initially.

9     Q.   In other words was Celera, when similar

10   first began to sequence the human genome was there a

11   methodology that was, that similar discussed

12   publicly?

13     A.   Yes.

14     Q.   That it said it was going follow.  And

15   was that the methodology that Celera had completed

16   with at the time of this announcement?

17     A.   Well the methodology was constantly

18   improved.  The algorithm didn't exist when we

19   started Celera so we didn't know how powerful they

20   would be.  One thing that did change is we lowered

21   the amount of sequence that because of the power of

22   the algorithms.  So we did a 5. 3 or 5.4 X cover

23   reason.

24     Q.   And 10 K coverage did that mean

                                   174

25   sequencing the genome ten times roughly?

1     A.   It's X coverages are statistical argues,