9/26/2004 Levine, Arnold

```
 1
 2                UNITED STATES DISTRICT COURT
 3                  DISTRICT OF CONNECTICUT
 4   _____
                                          )
 5   IN RE PE CORPORATION SECURITIES      )
     LITIGATION                           )
 6                                        )
     Master File No. 3:00CV-705 (CFD)     )
 7   _____)
 8
 9              Videotaped Deposition of ARNOLD J.
10        LEVINE held at the offices of Milberg Weiss
11        Bershad & Schulman, One Pennsylvania Plaza,
12        New York, New York, on Thursday, August 26,
13        2004, commencing at 10:00 a.m., before Harris
14        Teran, Legal Video Specialist, and James W.
15        Johnson, Registered Professional Reporter and
16        a Notary Public of the State of New York.
17
18
19
20
21
22
23
24
25
```

9/26/2004 Levine, Arnold

1                         Levine

2        Q.    Do you recall having any telephone
3    conversations with anyone at Celera or The Human
4    Genome Project during that time period?
5              MR. REGAN:  Objection to the form.
6        A.    I don't recall it.
7        Q.    How did you come to attend the December
8    29th meeting?
9        A.    I was asked to attend.
10       Q.    Who asked you?
11       A.    I'm not sure, but the most likely people
12   would be either Tony White or Craig Venter or both.
13       Q.    Who else attended that meeting from
14   Celera?
15       A.    Tony White, Craig Venter and myself, and
16   Paul whose last name I forget, who --
17       Q.    Gilman?
18       A.    Gilman, that's correct.
19       Q.    Did the individuals from Celera who
20   attended the meeting, did you have a discussion
21   before the meeting as to what your, what you
22   intended to accomplish at the meeting?
23             MR. REGAN:  Objection to the form.
24       A.    It's my recollection, but it, but a
25   little vague, that we happened to meet, or we did

```
1                       Levine
2    meet, in the lobby before, in the hotel before we
3    went into the room, and may have spoken about the
4    various topics.  I don't have a strong recollection
5    of the content of the conversation.
6         Q.    Do you recall anything of the content of
7    that conversation in the lobby?
8         A.    The only thing that I can say for sure
9    is what I felt going into the meeting, which was
10   that the purpose of the meeting was to tone down
11   the rhetoric between The Human Genome Project and
12   the Celera group and to find ways to let each group
13   go about its own business of sequencing the human
14   genome.
15        Q.    The meeting was in Washington, DC or
16   outside Washington, DC?
17        A.    It was in Dulles, near Dulles Airport.
18        Q.    And do you recall if you went to
19   Washington the day of the meeting or you went the
20   night before?
21        A.    I think I went the morning of.
22        Q.    Did you fly down?  Did you fly to
23   Washington?
24        A.    I believe so.
25        Q.    Did you fly with anyone else who was
```

```
1                       Levine
2    attending the meeting?
3         A.    I can't remember that, whether I flew
4    down with Tony or whether I flew down commercially
5    by myself.
6         Q.    What time of day was the meeting?
7         A.    That's a good question.  I would infer
8    that it was in late morning, because I had to have
9    time to fly down, because I don't really remember
10   the exact time of the meeting.
11        Q.    Other than the discussion that occurred
12   in the hotel lobby, do you remember having any
13   discussion with anyone from Celera prior to the
14   meeting about the meeting?
15        A.    Yes, the day before I talked to Tony on
16   the phone.  I have a recollection of that.
17        Q.    What did you discuss with Tony?
18        A.    We discussed the goals of the meeting.
19        Q.    Was it just you and Tony on this
20   conversation?
21        A.    Yes, to the best of my knowledge, that's
22   correct, but --
23        Q.    What was discussed regarding the goals
24   for the meeting?
25        A.    I explained to him that I thought that
```

1        Levine

2   It could be, you could think of it being done

3   slightly differently, but in the aggregate, but,

4   first of all, a lot of sequence was in the GenBank,

5   so you can't take it back out.

6        So it was ill-formed what was meant by

7   delaying the sequence, and it wouldn't have, in my

8   opinion, wouldn't have advantaged anybody to delay

9   the sequence, because Celera was posting the

10  sequence or planned to post the sequence on its web

11  site, so I don't think that that was something they

12  would consider.

13       Q.   Well, thanks for making me feel better

14  about being confused.

15       Do you recall anything else you

16  discussed with Tony on this phone call?

17       A.   I don't recall any other subjects

18  that -- for me the major reason for this meeting

19  was a continuation of what was the major reason for

20  all discussions prior and afterwards for this

21  matter, and that was that it was doing neither the

22  public sequencing effort or the Celera sequencing

23  effort any good to have people sniping at each

24  other and saying that the other group couldn't do

25  it.

```
1                       Levine
2         Q.    Did you ever have any discussion with
3    anyone on the public effort side about the December
4    29th meeting prior to the meeting?
5         A.    No, I, my, I don't know exactly when I
6    found out about the meeting, but I don't think I
7    had a very long lead time.
8         Q.    Did you ever have any discussions with
9    anyone on the public effort side as to what the
10   public effort wanted to accomplish at the December
11   29th meeting?
12              MR. REGAN:  Objection to the form.
13        A.    The first time I had a sense of what
14   they wanted to accomplish was the day before, when
15   Francis Collins sent the "Shared Principles"
16   document and an agenda to us.
17        Q.    And you received that document by e-mail
18   on the 28th?
19        A.    I believe so.
20        Q.    What was your reaction when you saw the
21   agenda that Dr. Collins sent to you?
22        A.    Surprise.  I, I remember, because my
23   reaction was strong, that I, I didn't understand
24   who shared these principles.  They hadn't been
25   openly discussed with us, and I didn't understand
```

1           Levine
2  the agenda, because the agenda was much more, was
3  longer than the topic I thought was the topic of
4  the meeting.
5           The purpose of the meeting, the purpose
6  of the meeting was to work through a way to reduce
7  the rhetoric, and that agenda had lots of other
8  items.
9       Q.  Do you recall discussing any of those
10 other items with Dr. Varmus at any time prior to
11 the December 29th meeting?
12          MR. REGAN:  Objection to the form.
13      A.  Again, the rhetoric discussion I
14 remember with Dr. Varmus, and that was part of both
15 the "Shared Principles" and the agenda item, but it
16 was only part of it, and I don't have strong
17 recollections at all about other topics that I
18 discussed with him other than cooperation between
19 Sloan-Kettering and Rockefeller University.
20      Q.  Did you discuss the "Shared Principles"
21 and agenda with anyone at Celera prior to the
22 December 29th meeting?
23      A.  I don't remember, I don't remember if I
24 called anybody or anybody called me about the
25 "Shared Principles" or the agenda, but I did then

170

## CERTIFICATE

STATE OF NEW YORK )
                  ) Ss
COUNTY OF NEW YORK )

I, JAMES W. JOHNSON, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That ARNOLD J. LEVINE, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF I have hereunto set my hand this 6th day of August, 2004.

*[Signature: James W. Johnson]*

JAMES W. JOHNSON
Registration #01J05000925
Commission Expires 9/4/2006