1            UNITED STATES DISTRICT COURT

2              DISTRICT OF CONNECTICUT

3

4    - - - - - - - - - - - - - - - -

5    In Re                          )

6         PE Corporation            ) Master File No.

7         Securities Litigation     ) 3:00CV-705 (CFD)

8    - - - - - - - - - - - - - - - -

9

10                               September 24, 2004

11                               10:04 a.m.

12

13

14        Videotaped deposition of J. PAUL GILMAN,

15   held at 1920 L Street, N.W., Suite 400,

16   Washington, D.C., before Betty A. Chreky, Court

17   Reporter and Notary Public of the District of

18   Columbia.

19

20

21

22

23

24

25

1  exchange.
2          BY MR. WEISS:
3      Q    Do you recall Celera ever raising the
4  year 2005 as a deadline for exclusivity for any
5  type of data?
6      A    My recollection of the discussion was
7  not a calendar year discussion at all. My
8  recollection was that it was number of years.
9          And I have heard several accounts of
10 the meeting since that time. And my recollection
11 has probably been a little different than some of
12 those accounts.
13     Q    And what is your recollection?
14     A    I recollected that the initial number
15 discussed was a ten-year exclusivity and a
16 five-year exclusivity was sort of exchanged. I
17 don't remember whether that was a comment coming
18 from the Celera side or the NIH side.
19         And whether there were actually any
20 further responses from the NIH side after that or
21 not, in terms of actual years, I don't recollect.
22     Q    And you say your recollection is
23 different from what you have heard others have
24 recollected. What is the recollection that is
25 different from yours?

1     A     Well, the ten-year number.  And that
2  might just be my memory.  Most people say it was
3  a five-year discussion, but...
4     Q     And do you recall anyone on the NIH
5  side making a proposal that contained the period
6  of time in it?
7     A     I don't recollect specifically.  I do
8  recollect that I came away with a sense that
9  there was very little willingness on their part
10 to consider much of anything in that regard.
11    Q     Was Celera at this time willing to
12 consider such a proposal?
13          MR. BOURQUE:  Objection.
14          BY MR. WEISS:
15    Q     When I say such a proposal, I mean, a
16 proposal of any time, you know, where there would
17 be a time period for exclusivity but it would
18 expire at some point.
19    A     I actually think the discussions that
20 were taking place in that room were probably the
21 first time we had ever had those discussions.
22    Q     What else do you recall being
23 discussed at the meeting other than joint
24 publication and data release and the report on
25 the sequencing efforts that you have already

1  discussed?

2      A    And, again, I think the principal
3  focus of the NIH was on an attempt to create a
4  joint publication.

5           The meeting broke up immediately after
6  the discussion of exclusivity. And off the top
7  of my head, I don't recollect that anything else
8  was included in the discussion prior to that.

9      Q    How long was the meeting?

10     A    I would guess it was a little more
11 than an hour, but I -- that's a guess.

12     Q    And do you recall what discussions, if
13 any, Mr. White participated in at the meeting?

14     A    He was the principal lead person in
15 the discussion of the exclusivity for derivative
16 products.

17     Q    And what do you recall Mr. White
18 saying about exclusivity regarding derivative
19 products at the meeting?

20     A    I remember that he said that there was
21 an expectation that there would be such an
22 exclusivity for the -- obviously for the work
23 that Celera contributed and for the collaborative
24 work, as well.

25     Q    Do you remember anything else he said

1       CERTIFICATE OF NOTARY PUBLIC

2           I, Betty A. Chreky, the officer before

3  whom the foregoing deposition was taken, do

4  hereby certify that the witness whose testimony

5  appears in this transcript was duly sworn by me;

6  that the testimony of said witness was recorded

7  stenographically by me and that this transcript

8  is a true record of that testimony; that I am

9  neither counsel for, related to, nor employed by

10 any of the parties to this action; and, that I am

11 neither related to nor employed by any attorney

12 or counsel employed by the parties hereto, nor in

13 any way interested in the outcome of this action.

14

15                       _____

16                       Notary Public in and for

17                       the District of Columbia

18 My commission expires:

19 July 31, 2009

20

21

22

23

24

25