Mtg. c̄ Celera                                          12/29/99

I.  Intros
II. Goals in a cooperative arrangement
   HGP: 1. Get it done sooner
        2. Explore the complementary nature of WGS/BACs  ⎤
        3. Save $                                         ⎥ FC
        4. Aid in finishing                               ⎦
        5. Showing that a public-private partnership can work here  HV

Craig complains about about Morgan comments

Celera: Principle of public availability was
        established at the outset. To scientists.
Production: 10⁶ "good reads"/week (≥ 99% accuracy)
            Still scaling up
            Shift to mouse next year.
            Have requests for > 36 other organisms
Motivations:
   (Tony self-congratulates for supplying machines to HGP)
         Craig says he would have preferred that not happening
   Celera is an information company, subscription model
   $200M in committed income
   $4B corporation.         PE-Bio is $12B
      Pharmas are signing up for 5 yrs.
   → 1. Press harangues aren't good for business
      2. Collab. on Drosophila
             HV points out press reports undervalued Celera's Rubin's
             Final product will be ~ spring 6/0             role

FC 00128

3. Approaches are complementary
    Do have clones from 22 that aren't in published papers

Craig says "I talked Vanderbilt out of a subscription"
+ heads/pts of major univ. have expressed fear of
    NIH retaliation if they subscribe to Celera

Tony —
    Collab. would come under scrutiny
    Ab+onic has been positive for stock value
    Not convinced we should do this
    Doesn't care about co-authorship
    Goes to notion of restriction on data release
        Harold says he's sympathetic
        Martin — not able to endorse a single Co.

V: St. Louis Post-Dispatch said Celera would have to do daily release

Tony —
FC — Would have to be time-limited
    Tony — If it was the same timing as HGP, what did
        they get?   A: A better product
    He says govt. would be ill-advised to duplicate
        the effort to benefit Celera's competitors

Current accessibility plan:
    DVD of complete sequence, not to redistribute
    Internet c click license? Not decided against yet
        ⊗ Would need a group to look at this

(2)

What *is* the business plan?
  Lexus-Nexus — several million SNPs" in database
  Service, not the proprietary base pairs
  Pfizer says 85% of Celera filings are novel
  Celera would be delighted if genes weren't patentable
Euchromatin is ~3.2Gb — they have 90%, one exon of
  vast majority
Will not enable a competitor, even for a day
    Affy — gene chip
    Incyte

They're ordering our data now
FC: Value of competition
W/TW: Willing to license data to Incyte, etc.
TW: Haven't developed univ. model — two levels
      — free
      — cost (mouse is here)
TW: wants permanent block to access
CV: might consider
        BW pushed on terms, was resisted

CV: NIH & Wellcome should pay for granter
      access in academia
API to help interface development

TW: Think they'll have a virtual monopoly on the
      basis of the quality of the product

Morton: How do you justify to charities?
TW: Save money →
   Get it sooner
   Equivalent release time — not a win for Celera —
      what do they get?
         — Better product

## How to collaborate?

CV: Several parts of genome are going to be refractory
   Euchromatin is relatively easy to put together (c/w fly)
   Holes in the BAC libs?
   lymphocytes/sperm differences in same person
   ? chromosome rearrangements
BW: Have to share reads      ⊛ Action — understanding
   CV doesn't seem to agree about traces     assembly process at
CV: Brings up Drosophila annotation             Celera
   uncomfortable posting data to other sites

⊛ HGP to reconsider position on limits of exclusive access

CV: Would we submit to all plasmid sequencing
   A: No
CV: What's the product — finished? draft?
   Is another site for science or PR?
   Trivial to provide as virtual network — they're doing
      this for partners. Could apply to 5 sites as
      easily as one

(3)

Tony objects to our using Celera data to develop additional data by HGP that goes into public database

CV: Set the goal as "finished" instead of setting a time line?

Celera: "Finish" human in June (5x) <1 seq. gap/10000 for fly
1 person up to 3x
Mixing + libs from ♀
Would not expect to do more reads after that

↳ Then go to mouse (3x)
Would be accessible to academics, but not for free (subscription model)
$5-20K/lab/yr for this  (< DNASTAR)

SNPs - will file provisional patents on all of them
Would be disappointed if they're denied

F/u: Worth having further discussions
Statement? Rewrite
What's the HGP appetite for collab.
If it's large → scientific mtg.

TW does buy possibility of a better product but sees advantage of monopoly as crucial