99 12 29

Gilman, Venter, White, Levine        Olson
                                     Clinical Genetics
                                     [80]

Intros

Francis reviews of GS, H&P.
 - multiple Craig digs about data.
 - reasons for cooperation.
    - get the sequence done faster.
      Access to data.
    - scientific basis - complementary. Genuine collaboration.
        & implications for other genomes.
    - reduce the cost of enterprise
    - going on to publish: aided by breaking down
        firewall.
 Harold - business plan.
 Craig - neg. PR from Wellcome. on C. business plan
 Levine - lets go forward. - different goals
        of 2 organizations.

───────────

Celera - Craig       commitment to
 hx - 18 mos ago. of genome publicly available -
        for free to scientists
 Celera - 1 million good sequences a week.
         still scaling up
         shift to mouse next year.
         3 dozen genome requests

                                        5

RW   00160

(2) ~~[crossed out]~~ materials →

1) PE Biosystems serves academic interest.
   White - moved heaven & earth. (very strong statement)
   subscription model - compute power.
   $200M in committed revenue
         in ~4 billion worth. PE @ 12M.
   Providing research tools.
   P~~ossessive~~ taking up time
         US News & World Report.
         Leslie R. on genome effort.
   Not good for science, not good for business.

2) × Drosophila model, very successful.
   Writing up papers now.
   3rd good sequences for D.m. genome.
         Gerry is first author on 1 of 2 papers.
   Agreement after fly papers.
   Last major academic customer - talked Vanda out of subscription

2) better product.
   - when to do it + how.


White - big stake in outcome -
        scrutiny by shareholders - agreements.
        some to ask theirs is helpful.
              intimidated by perceived threat
        why should they do it.
        Cordial meeting with Eric

RW    00161

Responsibility to explore.
<u>Not</u>
What do we get in return.
  Attribution, paper not entirely to shareholders.
  without compromising goals
- not commercially available →
    Serious protections for their interest
      pay for other entry.
      <u>co portal</u>:
___
How
___

<u>Craig</u> → what's in database
  raw sequence is not fundamental.

Acrimony about <u>database accessibility</u>.
Craig: NIH Wellcome → paying for license

Do something stupid to lose investment & advantage.

The way to justify looking —
    Genome sooner into hands that can use it.
    money would be saved — redirect to other affairs
    etc

RW    00162

Arnie - PR on statement

Craig

Collaboration
    heterochromatin junctions

Changing what we are doing.
→ BACs at low coverage
→ double ended sequencing.

Craig views it as a finished product for the merged product.

full shift to mouse after June
1 sequence gap per 200kb in fly.

3x from 1 mule      would do 10x in human
    mouse will 3x
    all sequences after human
    will be through subscription
    $5-$25/lab

University wide as induced cost up time
less than DNA Star per lab.
provisionals on all SNPs

RW    00163

(1) Worth having further discussion
  (a) Announcement to having talks

<u>Don't have much flexibility</u>
  <u>One fin product</u>
    Who will charge
C.V.  for laying on morsal

1) better product
2) restricted access.

Think of exit strategy
→ would this move Tony?

<u>Applications - levels</u>

RW   00164

Full blown collaboration · ~~loosening~~ cooperation

<u>data sharing</u>
  3rd site (?) resistance — scientific reason
  denial <u>virtual</u> private network.

· product - ~~secret~~
    what could be achieved from
      existing data
        — still deeper - changing strategies    /d.a. plasmid
    → how complete - chr 22 <u>standard</u>
  data ~~access~~ restriction        1 seq. gap / 200kb in
    1) new data generation ceases,              <u>Drosophila</u>
       or is to be incorporated into product.
    ~~2)~~   & would not be public   ↳ constraints on release
    2) Merged data .                    of publicly generated
       freely available to all audiences.  <u>sequ—</u>
         commercial users
         but exclusive rights of redistribution
       { — access to data through their portal ·
       { — on DVD / other sale
       [API] - interface to allow merging of
               tools with databases
  <u>PR</u> avoid neg. on business plan
         <u>Annie</u> is being manipulated by Craig !
    <u>Licensing of users for</u> ~~chips~~ ~~the~~ primer set etc