UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

:
IN RE: PE CORPORATION SECURITIES      :      Master File No. 3:00CV704(CFD)
     LITIGATION      :
                              :      November 2, 2004

---

## UNITED STATES' MOTION FOR EXTENSION OF TIME

The United States, a non-party to this litigation, hereby requests a one week extension of time to file a response to the Plaintiff's Motion to Compel the deposition testimony of Dr. Francis Collins in the above-referenced matter. The Plaintiff's Motion to Compel was filed with this Court on October 12, 2004 and a response was due on November 2, 2004. The undersigned counsel only recently received a complete copy of all of the exhibits attached to the Motion to Compel. A proper response requires additional time to review the several deposition transcripts which are referenced.

This is the Government's first motion for extension of time with regard to the Motion to Compel. Pursuant to Rule 7(b) of the Local Civil Rules for the District of Connecticut, the undersigned contacted Plaintiff's counsel, Carlos Ramirez, and the Defendant's counsel, William Regan, who had no objection to the one week extension and also agreed that the Plaintiffs reply to both the Defendant's Response and Partial Opposition and the United States' Response should be filed on or before November 19, 2004.

2

The Government will file its response on or before November 9, 2004,

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN B. HUGHES
CHIEF, CIVIL DIVISION
FEDERAL BAR #ct05289
U.S. ATTORNEY'S OFFICE
P.O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3700

3

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing Motion for Extension of Time was

mailed on November 2, 2004 to the following:

Sanford P. Dumain, Esq.
Lee A. Weiss, Esq.
Carlos A. Ramirez, Esq.
Milberg Weiss Bershad & Schulman LLP
One Penn Plaza - 49th Floor
New York, NY 10119

David A. Slossberg
Brian C. Fournier
147 North Broad Street
P.O. Box 112
Milford, CT   06460

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Laura D. Murphy, Esq.
Simpson, Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY   10017

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT   06901

_____
John B. Hughes
Chief, Civil Division
Federal Bar #Ct05289
U.S. Attorney's Office
P.O. Box 1824
New Haven, CT 06510
(203) 821-3700