UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

IN RE:   PE CORPORATION SECURITIES : Master File No. 3:00CV-705 (CFD)
LITIGATION
: November 19, 2004

---

## AFFIDAVIT OF BRIAN C. FOURNIER IN SUPPORT OF REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE TESTIMONY OF DR. FRANCIS COLLINS

Brian C. Fournier, being duly sworn, deposes and says:

1. I am associated with the law firm of Hurwitz, Sagarin & Slossberg, LLC, attorneys for Lead Plaintiffs David Berlin and Vinh Vuong, and I submit this affidavit in support of Plaintiffs Reply Memorandum in Further Support of Plaintiffs' Motion to Compel the Testimony of Dr. Francis Collins.

2. Annexed hereto as Exhibit A is a true and correct copy of an excerpt from the book *The Genome War, How Craig Venter Tried to Capture the Code of Life and Saved the World* by James Shreeve.

3. Annexed hereto as Exhibit B is an e-mail produced in this litigation by Dr. Robert Waterston, M.D., Ph. D., Bates stamped RW 00335-00337.

4. Annexed hereto as Exhibit C is an e-mail produced in this litigation by Dr. Francis Collins M.D., Ph. D., Director, National Human Genome Research Institute Bates stamped FC 00122-00124.

5. Annexed hereto as Exhibit D is an e-mail produced in this litigation by Dr. Robert Waterston, M.D., Ph. D., Bates stamped RW 00270.

DOCS\231596v3

6.  Annexes hereto as Exhibit E are handwritten notes produced in this litigation by Dr. Robert Waterson, M.D., Ph. D., Bates stamped RW 00160-00165.

7.  Annexed hereto as Exhibit F is an e-mail produced in this litigation by Dr. Robert Waterston, M.D., Ph. D., Bates stamped RW 00338-00340.

8.  Annexed hereto as Exhibit G is a collection of e-mails produced in this litigation by Dr. Robert Waterston, M.D., Ph. D., Bates stamped RW 00238-00239.

9.  Annexed hereto as Exhibit H are excerpts from the deposition transcript of Dr. Harold Varmus dated Wednesday, September 15, 2004.

_____
BRIAN C. FOURNIER

Sworn to before me this
19 day of November, 2004

_____
Commissioner of the Superior Court
Notary Public

DOCS\231596v3

2

## Certificate of Service

This is to certify that a copy of the foregoing was sent by facsimile and mailed, first class mail on November 19, 2004 to:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Brian C. Fournier