# THE GENOME WAR

How Craig Venter Tried to Capture the
Code of Life and Save the World

## JAMES SHREEVE

Alfred A. Knopf    New York  2004

This Is a Borzoi Book Published by Alfred A. Knopf

Copyright © 2004 by James Shreeve

All rights reserved under International and Pan-American Copyright Conventions. Published in the United States by Alfred A. Knopf, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto. Distributed by Random House, Inc., New York.

www.aaknopf.com

Knopf, Borzoi Books, and the colophon are registered trademarks of Random House, Inc.

Grateful acknowledgment is made to Oxford University Press for permission to reprint an excerpt from *Faust, Part 1* by Goethe, edited by David Luke (OWC, 1987). Reprinted by permission of Oxford University Press.

Library of Congress Cataloging-in-Publication Data

Shreeve, James.

The genome war : how Craig Venter tried to capture the code of life and save the world / James Shreeve.

p.  cm.

ISBN 0-375-40629-8 (alk. paper)

1. Human Genome Project.   2. Venter, J. Craig.   I. Title.

QH431.S5577 2004

611'.01816—dc21      2003047580

Manufactured in the United States of America

First Edition

"I can't tell you that," Venter replied. "I don't mean to sound coy. I'm just not authorized to talk about it yet."

The two men had known each other for over a decade. When they were first introduced, Craig Venter was an obscure forty-year-old researcher in the National Institute for Neurological Diseases and Stroke, also part of the NIH. He had not attended college until after service in Vietnam, and thus had begun his career in academic science relatively late. Francis Collins was several years younger but well on his way to becoming perhaps the most famous gene hunter in the world. Soon he would claim a share of the credit for the discovery of five disease-related genes, including two of the most important ones yet found, those responsible for cystic fibrosis and Huntington's disease. In 1994, his success took him to one of the most prominent scientific posts in the country. At the age of forty-three, he was enticed by the secretary of health and human services to leave his large, heavily funded laboratory at the University of Michigan and come to Bethesda, Maryland, to assume leadership of the Human Genome Project, then in its fourth year. The job change meant a cut in pay and much less time for research, but Collins would be in charge of a $200 million annual budget earmarked for an historic enterprise. The decision was a no-brainer. "There is only one human genome program," Collins said when he took the post. "It will only happen once, and this is that moment in history. The chance to stand at the helm of that project and put my own personal stamp on it is more than I could imagine."

Now, four years later, Collins still saw himself as the captain of a great ship moving steadily toward its destination. It would be easy to imagine him at the helm, eyes trained on the horizon off the bow. A gangly six-foot-four, he had a long, broad face with features that competed for attention—nose and ears commandingly prominent, an ample but neat mustache, and sharp blue eyes magnified slightly by oversize glasses. He was in the habit of combing his hair forward, which gave him a kind of folksy, unpolished look. While outwardly easygoing—he often rode a motorcycle to work and occasionally played electric guitar with other scientists in a middle-aged rock band—there was a deliberate resoluteness in the line of his mouth and in the way he drove home a point with his chin up high.

The Human Genome Project was a command requiring a great deal of confidence and political will. To keep the money flowing into the program from Congress, Collins needed to constantly reassure lawmakers