**Collins, Francis (NHGRI), 12/27/99 5:40 PM -0500, IMPORTANT -- Plans for Dec. 29 me**          1

From: "Collins, Francis (NHGRI)" <francisc@exchange.nih.gov>
To: "Varmus, Harold (OD)" <Harold_Varmus@nih.gov>,
        "'Robert Waterston'"
           <bwaterst@watson.wustl.edu>,
        "'Martin Bobrow'" <mb238@cam.ac.uk>
Subject: IMPORTANT -- Plans for Dec. 29 meeting
Date: Mon, 27 Dec 1999 17:40:12 -0500

Hi folks,
        You will find several things below:
1)  A proposed agenda for the meeting
2)  A slightly revised "Shared Principles" document, taking into account the
suggested revisions we just talked about.  Changes from the 12/23 version are in
CAPITALS.
3)  Instructions about location of the meeting, including (for Harold) driving
directions.  We will meet in Bob's room at 9:45 AM.
        If you are OK with the first two items, I will forward them to Celera
tomorrow morning.  Please send any suggested revisions before 10 AM EST.
        I will send you as a separate document the "Important Issues to be
Negotiated".  This is of course NOT for distribution to Celera.  Please discard
previous versions.
        Thanks.
                FC


PROPOSED AGENDA
MEETING BETWEEN PUBLIC HGP NEGOTIATORS AND CELERA GENOMICS
10:30 AM December 29, 1999 -- Hyatt Dulles, Herndon, VA

1) Introductions
2) Logistics of negotiations
        -- Public project involves many groups, need for consultation before
decision-making
        -- Keeping of minutes
2) Discussion of "Shared Principles" document
3) Review of current sequence production and data access schedule
        -- Celera (Venter)
        -- The international consortium (Collins)
4) Nature of possible collaborative effort and logistics of merging data sets
5) Possible limitations on use of merged data
6) Recess for parties to confer amongst themselves
7) Next steps
8) Discussion of how to handle media inquiries about these negotiations


December 27, 1999
Shared Principles

There seems to be general agreement that:
o The public HGP and Celera Genomics each have the capacity to generate
substantial coverage of the sequence of the human genome.
o Humankind will be better served if we can find a viable way to join forces to
produce a better product in a more timely fashion.
o The methods being used (clone-based and whole-genome shotgun) are, in fact,
complementary.  They provide much opportunity for cross-checking.
o A collaboration would offer the opportunity for joint optimization of
experimental strategy and analytical methods.
o The current antagonism and excessive competition should be replaced with a
more collaborative spirit.
o The public HGP is committed to the complete sequence of the human genome being
freely available in the public domain.

RW      00335

o THE PUBLIC HGP UNDERSTANDS THAT Celera Genomics WILL BE MAKING its consensus
sequence of the human genome broadly available.
o Celera Genomics is able to see assembled data generated by the public labs and
is free to use it for its proprietary databases, but a scientific publication
that combines substantial data from both sources should, according to accepted
scientific practice, be a joint publication involving authors from both groups.

The outline of a collaborative effort might be as follows:

        1. Joint Publication.
The two sides would agree to joint publication OF A collaborative paper
reporting joint analysis of both the public and Celera data, co-authored by
appropriate scientists from both sides. AN ADDITIONAL PAPER REPORTING ANALYSIS
OF THE PUBLIC DATA FROM THE PUBLIC HGP LABS MIGHT ALSO BE SIMULTANEOUSLY
SUBMITTED.
        The collaborative paper would necessarily involve that co-authors from
the public side have sufficient access to the Celera data and any joint analysis
during the preparation of a paper to be able to comfortably sign their names to
a paper.
        There is some concern about the appearance of public HGP scientists
having access to Celera's data before it is made public. The best solution might
be to limit the period of access, perhaps to 90 days before submission of a
paper.
        The most realistic timeframe would be to aim for the paper(s) to appear
near the end of 2000 (perhaps in Science), which would require submission in
October and would involve collaboration beginning in the late spring or summer.
        It is important that the public consortium's participation in this
collaboration does not contribute directly to development of intellectual
property for Celera, whether in terms of sequence or SNPs.

2. Data Release.
The public HGP will continue to release their data immediately.
Celera and other companies would continue to be free to use these data to create
and sell databases.
        Upon publication of the papers, the human sequence produced from the
analysis of the public and Celera data will also be released in accessible
"media". The ideal medium (because of its universal accessibility) would be an
internet-accessible database. Access solely through Celera's database has
substantial disadvantages from the public consortium's perspective.

3. Public Relations
        The two sides will immediately release a brief statement indicating that
the possibility of collaboration is being explored. During the negotiations no
information will be provided to the press by either party. If agreement is
reached, the two sides will prepare a document and press releases describing the
rationale for and nature of the collaboration.
        Both sides will make all efforts to support this agreement. This
includes HONEST AND STRAIGHTFORWARD RESPONSES TO SCIENTIFIC INQUIRIES, BUT
avoiding disparaging the other party, sowing discord or undermining the
collaborative spirit. It will require a generosity of spirit in acknowledging
the legitimate and important role of both parties.



        Instructions about meeting logistics:
        The meeting scheduled for Wednesday, December 29th will be held at the
following location:

        Time:            10:30 AM
        Location: Conference Room - Loudon Room
                 Hyatt Dulles - Herndon
                 2300 Dulles Corner Boulevard

**Collins, Francis (NHGRI), 12/27/99 5:40 PM -0500, IMPORTANT -- Plans for Dec. 29 me**          3

```
                        Herndon, VA
                        Telephone:  703-713-1234

        Driving Directions from DC:  Take Dulles Toll Road to Exit 10
(Herndon/Chantilly).  From the exit ramp make a left onto Centerville Road.  At
the 2nd traffic light make a right onto Fox Mill Road.  The hotel is about 1.5
miles on the right.
```