99 12 29

Gilman, Venter, White, Levine                Chu
                                              Annual Quitcost
                                              /,80p

Intros

Francis reviews of G5, H6P.
  – multiple Craig digs. about data.
  – reasons for cooperation.
      – get the sequence done faster.
          Access to data.
      – scientific basis – complementary. genomic collaborat.
          & implications for other genomes.
      – reduce the cost of enterprise
      – going on to pushing – aided by breaking down
          firewall.
  Harold – business plan.
  Craig – neg. PR from Wellcome. on C. business plan
  Levine – lets go forward. – different goals
          of 2 organizations.

Celera – Craig        commitment to
    hx – 18 mos ago. of genome publicly available –
            for free to scientists
    Celera – 1 million good sequences a week.
            still scaling up
            shift to mouse next year –            5.
            3 dozen genome requests

2) (Paul) materiation →

1) PE Biosystems serves academic interest.
   White - moved heaven & earth. (very strong statement)
   subscription model. - compute power.
   $200M in committed revenue
       on $4 billion worth. PE @ 12M.
   Providing research tools.
   P'ss essue tahy up time
       US News & World Report.
       Leslie R, on genome effort.
   Not good for science, not good for business.
2) × Drosophila model, very successful.
   Writing up papers now.
3) "good sequences for D.m. genome.
   Gerry is first author on 1 of 2 papers.
   Agreement after fly papers.
   Lost major academic customer - talked Vanden out of subscription

2) better product.
   - When to do it + how.

White — by stake in outcome -
   scrutiny by shareholders. - agreements.
   some Ṛ rich rhetoric is helpful.
       intimidates by personal threat
   why should they do it.
   Cordial meeting with Eric

RW    00161

Responsibility to explore.
<u>Not</u>
What do we get in return.
   Attribution, papers not interesting to shareholders.
   without compromising goals
- not commercially available →
    Serious protections for their interest
      pay for other entry.
      <u>cu portal</u>;

How
———

<u>Craig</u> → whats in database
   raw sequence is not fundamental.

Acrimony about <u>database accessibility</u>.
Craig: NIH Wellcome → paying for license

Do something stupid to lose investment & advantage.

The way to justify looking —
   Genome sooner into hands that can use it.
   money would be saved — redirect to other efforts
   you

Arnie - PR see abatement

Craig

<u>Collaboration</u>

    heterochromatin finishing

Changing what the we are doing.
→ BACs at low coverage
→ double ended sequencing.

Craig views it as a finished product for the merged product.

full shift to mouse after June
1 sequence gap per 200kb in fly.

    3x frame 1 mole    would do 10x in human
                       mouse will 3x
                     all sequences after human
                        will be through subscription
    $5-$25/lab

<u>University wide as indirect cost up price</u>
    less than DNA Star per lab.
provisionals on all SNPs

(1) Worth having further discussion
   (a) Announcement to have talks

<u>Don't have much flexibility</u>
    <u>On fin product</u>
       Who will charge

C.U.    for laying on morose

---

1) better product
2) restricted access.

===

Think of exit strategy
   → would this move Tony?

---

<u>Applications - levels</u>

Full blown collaboration · ~~for using~~ cooperation

<u>data sharing</u>
  3rd site (?) resistance — scientific reason
  Verbal
  ~~devel~~ private network.

product — ~~scient~~
  what could be achieved from
    existing data
    — still deeper - changing strategy? / d.e. plasmid
  → how complete - chr 22 standard
  data ~~access~~ restriction          1 seq. gap / 200 kb in
    1) new data generation ceases,                <u>Drosophila</u>
         or is to be incorporated into product.
    2)   & would not be pub'ed   ↳ constraints on release
    2) merged data -                     of publicly generated
         freely available to all academics.   sequen—
         commercial users
         but exclusive rights of redistribution
       ⎰ — access to data through their portal
       ⎱   or DVD / other site
       [API] — interface to allow merger of
              tools with databases
  <u>PR</u> avoid neg. on business plan
      <u>Annie</u> is being manipulated by Craig!
  <u>Licensing</u> of users for ~~chips~~ ~~the~~ primer sets etc