**Collins, Francis (NHGRI), 12/23/99 12:54 PM -0500, Follow-up** 1

```
From: "Collins, Francis (NHGRI)" <francisc@exchange.nih.gov>
To:   "'bwaterst@watson.wustl.edu'" <bwaterst@watson.wustl.edu>,
      "'lander@wi.mit.edu'" <lander@wi.mit.edu>,
      "'jes@sanger.ac.uk'"
         <jes@sanger.ac.uk>,
      "'agibbs@bcm.tmc.edu'" <agibbs@bcm.tmc.edu>,
      "'branscomb1@llnl.gov'" <branscomb1@llnl.gov>,
      "'michaelmorgan1@compuserve.com'" <michaelmorgan1@compuserve.com>,
      "'mb238@cam.ac.uk'" <mb238@cam.ac.uk>,
      "Varmus, Harold (OD)"
         <Harold_Varmus@nih.gov>,
      "'Ari Patrinos (E-mail)'"
         <ari.patrinos@mailgw.er.doe.gov>,
      "'Michael Morgan (E-mail)'"
         <m.morgan@wellcome.ac.uk>
Subject: Follow-up
Date: Thu, 23 Dec 1999 12:54:56 -0500
```

Dear folks,

Thanks for your participation in yesterday's conference call about possible next steps in exploring a collaborative effort with Celera. Following the call, Harold spoke with both Arnie Levine and Craig Venter. The first negotiation meeting has been scheduled for 10:30 AM EST on Wednesday Dec. 29, at the Hyatt Dulles Airport near Washington. Celera is sending Levine, Venter, and White. As we agreed, participants representing the public consortium will include Bobrow, Collins, Varmus, and Waterston. The four of us will have a pre-meeting conference call to discuss strategy on Monday Dec. 27 at 4 PM.

Responding to the concerns of the group, Harold has postponed his visit to Celera until after the negotiation meeting -- potentially he will visit them Wednesday afternoon or Thursday of next week. Other members of the negotiating team may or may not accompany him, depending on considerations of schedule and appearances.

It is agreed that we should plan to make available a statement following the meeting on Wednesday that simply says the possibility of a collaboration is being explored. We will have to decide whether we want to actively send this out to the press, or simply have it ready if inquiries are received. Here is a possible model:

DRAFT STATEMENT
DATE: December 29, 1999
Today, representatives of the public international Human Genome Project and Celera Genomics Corp. met to explore models of possible scientific collaboration on sequencing the human genome. No further information about these discussions will be made available until they have concluded.

My assistant Patti is in the process of trying to find the best time for a post-meeting conference call amongst all of us on Thursday Dec. 30. Given the constraints of multiple time zones, we are aiming for 11 AM or noon, please keep those times available.

Finally, but importantly, here is my attempt to revise the "Shared Principles" document in a way that makes the sections on Joint Publication, Data Release, and Public Relations less focussed on implementation details. No doubt we will get to those early on, if the principles can be agreed on -- do not be concerned that they will get lost in the process. But the sense of the group was that this initial document, which is intended to be sent to Celera a day or two ahead of the meeting, should be more focussed on general principles. I would like your suggestions about edits, by Monday noon. Please copy those responses to this entire list, so that everyone can see them.
       Many thanks, and Happy Holidays to all.
              Francis

---

December 23, 1999
Shared Principles

There seems to be general agreement that:
o The public HGP and Celera Genomics each have the capacity to generate substantial coverage of the sequence of the human genome.
o Humankind will be better served if we can find a viable way to join forces to produce a better product in a more timely fashion.
o The methods being used (clone-based and whole-genome shotgun) are, in fact, complementary. They provide much opportunity for cross-checking.
o A collaboration would offer the opportunity for joint optimization of experimental strategy and analytical methods.
o The current antagonism and excessive competition should be replaced with a more collaborative spirit.
o The public HGP is committed to the complete sequence of the human genome being freely available in the public domain, with the sequencing centers placing no restrictions on its use.
o Celera Genomics is willing to make its consensus sequence of the human genome broadly available, but, inasmuch as it has made a substantial private investment in its data, it wishes to prevent commercial competitors from immediately repackaging this information in competing databases.
o Celera Genomics is able to see assembled data generated by the public labs and is free to use it for its proprietary databases, but a scientific publication that combines substantial data from both sources should, according to accepted scientific practice, be a joint publication involving authors from both groups.

The outline of a collaborative effort might be as follows:

    1. Joint Publication.
The two sides would agree to joint publication, which might take the form of two simultaneous papers: (i) one paper reporting analysis of the public data from the public HGP labs, and (ii) another collaborative paper reporting joint analysis of both the public and Celera data, co-authored by appropriate scientists from both sides.
    The collaborative paper would necessarily involve that co-authors from the public side have sufficient access to the Celera data and any joint analysis during the preparation of a paper to be able to comfortably sign their names to a paper.
    There is some concern about the appearance of public HGP scientists having access to Celera's data before it is made public. The best solution might be to limit the period of access, perhaps to 90 days before submission of a paper.
    The most realistic timeframe would be to aim for the papers to appear near the end of 2000 (perhaps in Science), which would require submission in October and would involve collaboration beginning in the late spring or summer.
    It is important that the public consortium's participation in this collaboration does not contribute directly to development of intellectual property for Celera, whether in terms of sequence or SNPs.

2. Data Release.
The public HGP will continue to release their data immediately.
Celera and other companies would continue to be free to use these data to create and sell databases.
    Upon publication of the papers, the human sequence produced from the analysis of the public and Celera data will also be released in accessible "media". The ideal medium (because of its universal accessibility) would be an internet-accessible database. Access solely through Celera's database has substantial disadvantages from the public consortium's perspective.

3. Public Relations
    The two sides will immediately release a brief statement indicating that the possibility of collaboration is being explored. During the negotiations no

**Collins, Francis (NHGRI), 12/23/99 12:54 PM -0500, Follow-up** 3

information will be provided to the press by either party. If agreement is reached, the two sides will prepare a document and press releases describing the rationale for and nature of the collaboration.

Both sides will make all efforts to support this agreement. This includes avoiding disparaging the other party, sowing discord or undermining the collaborative spirit. It will require a generosity of spirit in acknowledging the legitimate and important role of both parties.