**Collins, Francis (NHGRI), 1/23/00 7:58 PM -0500, Phone call with Tony White**    1

```
From: "Collins, Francis (NHGRI)" <francisc@exchange.nih.gov>
To:   "'Martin Bobrow'" <mb238@cam.ac.uk>,
      "Varmus, Harold (OD)"
          <Harold_Varmus@nih.gov>,
      "'Robert Waterston'" <bwaterst@watson.wustl.edu>
Subject: Phone call with Tony White
Date: Sun, 23 Jan 2000 19:58:10 -0500
```

Hi Martin, Harold, and Bob,
    As you have heard, Ruth Kirschstein OK'd our moving forward with the current negotiating team, and sent a message to Craig Venter to that effect last Tuesday:

```
-----Original Message-----
From:    Kirschstein, Ruth (OD)
Sent:    Tuesday, January 18, 2000 6:51 PM
To:      'craig.venter@celera.com'
Subject:
```

Dear Craig,

    After careful study, I have determined that the group of individuals who have been meeting with you and your colleagues are representing the international human genome sequencing effort and not any one organization. Therefore, the NIH cannot unilaterally decide who should or should not attend those meetiings.  You will be hearing from Francis reprsenting the group about another meeting


Ruth

Accordingly, I called Craig. He was in Board meetings, and then I was told he was leaving the country and would not have time to call. I was instructed to call Tony White -- and subsequently spoke to him for more than an hour on Saturday.

My goal in the phone call was to explore possible dates for a second face-to-face meeting, not to get involved in any actual negotiations. But Tony was in a bearish mood. He was upset about an article in the Jan. 20 Nature (which I have still not seen), and not at all convinced that there was any point in another meeting. He said such a discussion would only make sense if the public consortium could be made to understand the need for Celera to gain commercial protection for the sequence in their database well beyond the time it would have taken us to generate an equivalent product. He would expect at least 3 to 4 years; and preferably longer. He also held fast to the demand that finishing efforts by the public consortium, carried out after the merge, would need to be under the same restrictions. I pointed out that this was particularly puzzling, since if there were no collaboration we could presumably use their DVD to aid finishing and then place those additional reads in public databases. He indicated that they were rethinking their DVD plans, and that the sequence data might only be available on their web site, perhaps with some restriction on this sort of finishing activity by others.

I asked about the extent to which Celera would see their restrictions applying to uses of the genome sequence other than commercial databases, and he reiterated that they would expect chip companies to pay a license for this use. He expressed anger that Affymetrix is planning to market a Drosophila genome chip (though I can hardly see how this is inappropriate, since the data is in GenBank), and says that Celera has "a surprise" for them (which he would not further reveal). As to other genome-wide uses of the human sequence, he said that Celera has not yet defined which types of experiments would require a license, but left the door open to that being broader than just chips.

**Collins, Francis (NHGRI), 1/23/00 7:58 PM -0500, Phone call with Tony White**  2

I expressed the hope, from the public side, that the stipulations he had outlined on Dec. 29 were opening positions, and that there was some continued flexibility. He did not particularly encourage that view. He continues to argue that a collaboration doesn't give Celera very much.

So in my view we are quite close to arriving at a conclusion that no collaboration can be achieved. But if that is the case, I want us to be absolutely sure why. I asked Tony to write down a set of bullets describing the Celera position, so that we could be sure we understood them, and he refused -- arguing that they would probably appear in next week's Nature. I made it quite clear that I did not feel comfortable representing the views of you three, and that you might have your own set of questions. After some discussion, he did agree to another conference call between the public negotiating team and Celera.

I suspect that Martin is not reading e-mail this week. I will try to set up a phone call for the following week. Meanwhile, I will inform the G5 of the nature of this conversation in next Friday's conference call, unless you think that is a bad idea. If collaboration is not to be possible, we must still pursue the possibility of a cooperative effort which would at least attempt to reduce animosities and coordinate publications -- though the latter may not be easy. Your thoughts on this would be much appreciated.

                         Francis