UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re PE Corporation Securities Litigation | : Case No. 3:00 CV 705 (CFD)<br>:<br>: NOVEMBER 24, 2004<br>:<br>: |

## MOTION ON CONSENT FOR EXTENSION OF EXPERT DISCOVERY SCHEDULE

Plaintiffs David Berlin and Vinh Vuong ("plaintiffs"), through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 6(b) for an extension of the expert discovery and briefing schedules. In support of this motion, plaintiffs represent:

1. On May 21, 2003, the parties submitted their Report of Planning Meeting pursuant to Rule 26(f) (the "Report"). The Report set forth, among other things, the fact and expert discovery schedule. The Report was approved and ordered by the Court on June 12, 2003.

2. Fact discovery ended on October 20, 2004. Paragraph E.7 of the Report and this Court's Order of October 4, 2004, which set the present fact and expert discovery schedule, contemplate that (i) plaintiffs will designate all trial experts and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) by December 6, 2004, (ii) defendants will designate all trial experts and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) by January 20, 2005, (iii) and that plaintiffs will designate all rebuttal experts, if any, and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) by March 7, 2005.

3. Plaintiffs' expert will be traveling outside of the country on business for one week during which time he will be unable to work on the preparation of his Rule 26(a)(2) report. Plaintiffs' expert witness scheduled this trip prior to being retained as a trial expert in this matter. Accordingly, in light of the pre-scheduled business trip, and the upcoming holiday, plaintiffs respectfully request an extension of the time by which they are required to designate and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) to December 20, 2004.

4.      Plaintiffs' counsel have conferred with defendants' counsel concerning the request to extend the expert discovery schedule and defendant's counsel have consented to the request.

## RELIEF REQUESTED

Based on the foregoing, plaintiffs respectfully request that the Court issue an Order extending the time by which plaintiffs must designate their trial witnesses and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) to December 20, 2004.  Consequently, (i) defendants shall designate all trial experts and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) by February 3, 2005, (ii) plaintiffs shall designate all rebuttal experts, if any, and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) by March 21, 2005, and (iii) depositions of any such trial experts will commence 30 days after designation and service of an expert report and will be concluded within 60 days of such designation.

PLAINTIFFS DAVID BERLIN AND VINH VUONG,

By: _____
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
P.O. Box 112
Milford, CT  06460
(203) 877-8000

Liaison Counsel for Lead Plaintiffs

-and-

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Carlos F. Ramirez (*pro hac vice*)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300

Lead Counsel for Lead Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion on Consent for Extension of Expert Discovery Schedule was served by first class mail, on November 24, 2004, on the following:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Counsel for Defendants

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Laura D. Murphy, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Counsel for Defendants



Brian C. Fournier