UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re PE Corporation Securities Litigation | : <br> : Master File No. 3:00 CV 705 (CFD) <br> : <br> : DECEMBER 21, 2004 <br> : |

## MOTION FOR SUMMARY JUDGMENT

Defendants PE Corporation (now know as Applera Corporation), Tony L. White, Dennis L. Winger and Vikram Jog (collectively "Defendants"), hereby move pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Court's April 1, 2003 Order, and the Parties' Rule 26(f) Report, so ordered by the Court on June 12, 2003, for summary judgment, dismissing plaintiffs' First Amended Consolidated Class Action Complaint, dated August 20, 2001.

In support of their Motion For Summary Judgment, Defendants state as follows: (i) Plaintiffs cannot identify a false or misleading statement or a material omission in the Prospectus as required by Section 11 and Section 12, 15 U.S.C. §§ 77k, 77l(a)(2) (2004); (ii) the statements in the Prospectus challenged by Plaintiffs are protected under the Private Securities Litigation Reform Act safe harbor (15 U.S.C. § 77z-2 (2004)) and the "bespeaks caution" doctrine; (iii) Plaintiffs cannot demonstrate that Defendants are "sellers" under Section 12; and (iv) Plaintiffs Section 15 claim is deficient as a matter of law because Plaintiffs' cannot demonstrate a violation of Section 11 or 12 (15 U.S.C. § 77o (2004)).

**ORAL ARGUMENT REQUESTED**

2

WHEREFORE, for the reasons set forth above and in Defendants' accompanying memorandum of law, Local Rule 56(a)(1) Statement of Material Facts as to Which There is No Genuine Issue to be Tried, and the exhibits thereto, Defendants respectfully request the Court grant the Motion For Summary Judgment.

DEFENDANTS PE CORPORATION,
TONY L. WHITE, DENNIS L. WINGER
and VIKRAM JOG


By: _____
   Stanley A. Twardy, Jr. (ct05096)
   Thomas D. Goldberg (ct04836)
   Terence J. Gallagher (ct22415)
   Day, Berry & Howard LLP
   One Canterbury Green
   Stamford, CT 06901
   phone: (203) 977-7300
   fax: (203) 977-7301
   e-mail: tdgoldberg@dbh.com

   Michael J. Chepiga (ct01173)
   Robert A. Bourque (ct05269)
   William M. Regan (ct25100)
   Simpson Thacher & Bartlett LLP
   425 Lexington Avenue
   New York, NY  10017
   phone: (212) 455-2000
   fax: (212) 455-2502
   e-mail: mchepiga@stblaw.com

Their Attorneys

3

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent by first class mail this 21st day of December, 2004, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>P.O. Box 112<br>Milford, CT 06460 | Sanford P. Dumain, Esq.<br>Carlos F. Ramirez, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Penn Plaza – 49th Floor<br>New York, NY 10119 |
|    Liaison Counsel |    Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher