UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| | : |
| | : Master File No. 3:00 CV 705 (CFD) |
| In re PE Corporation Securities Litigation | : |
| | : DECEMBER 21, 2004 |
| | : |

**NOTICE OF MANUAL FILING**

Please take notice that Defendants PE Corporation (now known as Applera Corporation), Tony L. White, Dennis L. Winger and Vikram Jog have manually filed the following exhibits to Defendants' Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried:

1)      Exhibit 3, excerpts from the deposition of Dr. Craig Venter;

2)      Exhibit 4, excerpts from the deposition of Dr. Arnold Levine;

3)      Exhibit 5, excerpts from the deposition of Dr. Paul Gilman;

4)      Exhibit 6, excerpts from the deposition of Dr. Harold Varmus;

5)      Exhibit 7, excerpts from the deposition of Dr. Robert Waterston;

6)      Exhibit 45, J. Craig Venter, et al., *The Sequence of the Human Genome*, 291 SCI. 1304 (2001); and

Also, Exhibit 3 to the Compendium of Unreported Authority will be manually filed.

These documents have not been filed electronically because

☐      the document or thing cannot be converted to an electronic format
☒      the electronic file size of the document exceeds 1.5 megabytes
☐      the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐      Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS PE CORPORATION,
TONY L. WHITE, DENNIS L. WINGER
and VIKRAM JOG

By: _____
      Stanley A. Twardy, Jr. (ct05096)
      Thomas D. Goldberg (ct04836)
      Terence J. Gallagher (ct22415)
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, CT 06901
      (203) 977-7300
      (203) 977-7301 (fax)
      tdgoldberg@dbh.com(e-mail)

      Michael J. Chepiga (ct01173)
      Robert A. Bourque (ct05269)
      William M. Regan (ct25100)
      Simpson Thacher & Bartlett LLP
      425 Lexington Avenue
      New York, NY  10017
      (212) 455-2000
      (212) 455 2502 (fax)
      mchepiga@stblaw.com (e-mail)

Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first class mail this 21st day of December, 2004, to:


J. Daniel Sagarin, Esq.     Sanford P. Dumain, Esq.

Hurwitz & Sagarin, LLC     Carlos F. Ramirez, Esq.

147 N. Broad Street      Milberg Weiss Bershad & Schulman LLP

P.O. Box 112        One Penn Plaza – 49th Floor

Milford, CT 06460      New York, NY 10119


  Liaison Counsel       Lead Counsel for Plaintiffs



_____

    Terence J. Gallagher