UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re PE Corporation Securities Litigation

Case No. 3:00 CV 705 (CFD)

JANUARY 10, 2005

**MOTION ON CONSENT FOR EXTENSION OF**
**<u>SUMMARY JUDGMENT BRIEFING SCHEDULE</u>**

Plaintiffs David Berlin and Vinh Vuong ("plaintiffs"), through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 6(b) for an extension of the summary judgment motion briefing schedule. In support of this motion, plaintiffs represent:

1. On December 21, 2004, defendants filed their motion for summary judgment, which plaintiffs intend to oppose. Pursuant to Local Rule 7(a), plaintiffs' memorandum in opposition to defendants' motion is due to be filed with the Court by January 11, 2005.

2. Defendants' motion for summary judgment is 40 pages in length and raises numerous factual and legal issues. In addition, defendants have referenced 55 exhibits in their motion, totaling hundreds of pages of documentary evidence, which require careful analysis by plaintiffs' counsel. In order for plaintiffs to properly address the arguments raised in defendants' motion, plaintiffs require additional time to file their opposition. Accordingly, plaintiffs request an extension to, and including, February 11, 2005, to file their memorandum in opposition to defendants' motion. Defendants' reply brief will be filed on March 18, 2005.

3. Plaintiffs' counsel have conferred with defendants' counsel concerning the request to extend the time by which plaintiffs must file their opposing memorandum and defendants' counsel have consented to the request. Moreover, in light of the summary judgment motion, the parties have agreed to a new expert discovery schedule.

**RELIEF REQUESTED**

Based on the foregoing, plaintiffs respectfully request that the Court issue an Order extending the time by which plaintiffs must file their memorandum in opposition to defendants' motion for summary judgment to, and including, February 11, 2005, and the time by which defendants must file their reply brief to, and including, March 18, 2005. Consequently, (i) defendants shall designate all trial experts and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) by February 11, 2005, (ii) defendants shall depose plaintiffs' experts during the week of February 21, 2005, (iii) plaintiffs shall designate all rebuttal experts, if any, and serve their reports pursuant to Fed. R. Civ. P. 26(a)(2) by March 21, 2005, (iv) plaintiffs shall depose defendants' experts during the week of April 4, 2005, and (v) defendants shall depose plaintiffs' rebuttal experts during the week of April 18, 2005.

PLAINTIFFS DAVID BERLIN AND VINH VUONG

By: /s/ Brian C. Fournier
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460
(203) 877-8000

Liaison Counsel for Lead Plaintiffs

-and-

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Carlos F. Ramirez (*pro hac vice*)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Lead Counsel for Plaintiffs

## CERTIFICATION

This is to certify that a copy of the foregoing Motion on Consent for Extension of Summary Judgment Briefing Schedule was served by facsimile, and first class mail, on January 10, 2005, on the following:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Counsel for Defendants

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Counsel for Defendants

_____
Brian C. Fournier