**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| In re PE Corporation Securities Litigation | : <br> : <br> : Master File No. 3:00 CV 705 (CFD) <br> : <br> : FEBRUARY 2, 2005 <br> : <br> : |

**DEFENDANTS' MOTION TO STRIKE**
**EXPERT REPORT OF IVOR R. ELRIFI**

      Defendants PE Corporation, Tony L. White, Dennis L. Winger, and Vikram Jog respectfully move this Court for an order striking the expert witness report of Ivor. L. Elrifi recently submitted by plaintiffs, ("Elrifi Report"), on the ground that the Elrifi Report is irrelevant to the facts in issue in this litigation. Pursuant to Local Rule of Civil Procedure 7 a written memorandum of law with attached exhibits setting forth the grounds for this motion in more detail is filed herewith.

**ORAL ARGUMENT REQUESTED**

DEFENDANTS PE CORPORATION,
TONY L. WHITE, DENNIS L. WINGER
and VIKRAM JOG

By: _____
Stanley A. Twardy, Jr. (ct05096)
Thomas D. Goldberg (ct04836)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300
(203) 977-7301 (fax)

and

Michael J. Chepiga (ct01173)
Robert A. Bourque (ct05269)
William M. Regan (ct25100)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
(212) 455-2000

Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first class mail this 2nd day of February, 2005, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq.<br>Hurwitz, Sagarin & Slossberg, LLC<br>147 N. Broad Street<br>P.O. Box 112<br>Milford, CT 06460 | Sanford P. Dumain, Esq.<br>Carlos F. Ramirez, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Penn Plaza – 49th Floor<br>New York, NY 10119 |
| Liaison Counsel | Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher