UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re PE Corporation Securites Litigation. ) | Case No. 3:04:CV-1624 (MRK) |
| ) | |
| ) | February 2, 2005 |
| ) | |
| ) | Notice of Manual Filing |

    Please take notice that Defendants' (PE Corporation, Tony L. White, Dennis L. Winger, and Vikram Jog) Motion to Strike Expert Report of Ivor R. Elrifi have manually filed the following documents:

    Motion to Strike – Exhibit B-3 – Index to Deposition Transcript of Arnold J.Levine

    Motion to Strike – Exhibit B-4 – Index to Deposition Transcript of Dr. J. Craig Venter

    These documents have not been filed electronically because

- ☐ the document or thing cannot be converted to an electronic format
- ☒ the electronic file size of the documents exceed 1.5 megabytes
- ☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                        Respectfully submitted,

                                        /s/
                                        Terence J. Gallagher (ct22415)
                                        Day, Berry & Howard LLP
                                        One Canterbury Green
                                        Stamford, Connecticut 06901
                                        (203) 977-7300
                                        (203) 977-7301 (fax)

-2-

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by first-class mail this 2nd day of February, 2005, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq.<br>Hurwitz, Sagarin & Slossberg, LLC<br>147 N. Broad Street<br>P.O. Box 112<br>Milford, CT 06460 | Sanford P. Dumain, Esq.<br>Carlos F. Ramirez, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Penn Plaza – 49th Floor<br>New York, NY 10119 |
| Liaison Counsel | Lead Counsel for Plaintiffs |

/s/
Terence J. Gallagher