UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | : : : : :     Civil Action No. 3:00CV 705 (CFD) |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

**X** A ruling on the following motions which are currently pending: **[111] Plaintiff's Motion for Expedited Proceedings and [112] Motion to Compel the Testimony of Dr. Francis Collins** (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 4th day of February, 2005 at Hartford, Connecticut.

                                                                                      /s/ CFD
                                                                                      Christopher F. Droney
                                                                                       United States District Judge