UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re PE Corporation Securities Litigation

: Case No. 3:00 CV 705(CFD)
:
: FEBRUARY 9, 2005
:
:
:

**JOINT MOTION FOR EXTENSION OF SUMMARY
JUDGMENT AND EXPERT DISCOVERY SCHEDULES**

Plaintiffs David Berlin and Vinh Vuong ("plaintiffs"), and defendants PE Corporation (n/k/a Applera Corporation), Tony L. White, Dennis L. Winger and Vikrom Jog ("defendants"), through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 6(b) for an extension of the summary judgment motion briefing schedule and expert discovery schedule. In support of this motion, the parties represent:

1.   On December 21, 2004, defendants filed their motion for summary judgment, which plaintiffs intend to oppose. Plaintiffs' memorandum in opposition to defendants' motion is due to be filed with the Court by February 11, 2005.

2.   Defendants' motion for summary judgment is 40 pages in length and raises numerous factual and legal issues. In addition, defendants have referenced 55 exhibits in their motion, totaling hundreds of pages of documentary evidence, which require careful analysis by plaintiffs' counsel. In order for plaintiffs to properly address the arguments raised in defendants' motion, plaintiffs require additional time to file their opposition. Accordingly, plaintiffs request an extension to, and including, February 16, 2005, to file their memorandum in opposition to defendants' motion. Defendants' reply brief will be filed on March 23, 2005.

3.   Defendants are currently scheduled to designate all of their experts and serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) by February 10, 2005. Defendants request an extension to, and including, February 17, 2005, to designate their patent law expert and serve that expert's report pursuant to Fed. R. Civ. P. 26(a)(2).

4.      On February 2, 2005, defendants filed their Motion to Strike Expert Report of Ivor R. Elrifi, which plaintiffs intend to oppose. The deposition of Dr. Elrifi is scheduled to be taken by defendants during the week of February 21, 2005, while the deposition of defendants' patent law expert is scheduled to be taken by plaintiffs during the week of April 4, 2005. Should the Court grant defendants' motion to strike, the depositions of Dr. Elrifi and defendants' patent law expert would be moot. Thus, in light of the pending motion, the parties request that the depositions of Dr. Elrifi and defendants' patent law expert be deferred until defendants' motion is resolved. Additionally, due to a scheduling conflict, which includes the deposition of plaintiffs' damages expert, plaintiffs request that their opposition to defendants' motion to strike, which is currently due February 24, 2005, be due March 11, 2005 and defendants' reply be due April 1, 2005.

## RELIEF REQUESTED

Based on the foregoing, the parties respectfully request that the Court issue an Order extending the time by which plaintiffs must file their memorandum in opposition to defendants' motion for summary judgment to, and including, February 16, 2005, and the time by which defendants must file their reply brief to, and including, March 23, 2005. Defendants shall designate their patent law expert and serve that expert's report pursuant to Fed. R. Civ. P. 26(a)(2) by February 17, 2005. Plaintiffs' opposition to Defendants' Motion to Strike Expert Report of Ivor R. Elrifi will be due March 11, 2005. Defendants shall file their reply in further support of their Motion to Strike Expert Report of Ivor R. Elrifi on April 1, 2005. The depositions of Dr. Ivor R. Elrifi and defendants' patent law expert, if necessary, shall be scheduled upon resolution of Defendants' Motion to Strike Expert Report of Ivor R. Elrifi. All other expert discovery dates remain the same as in the Court's Order dated January 21, 2005.

Respectfully submitted,

By: /s/ *[signature]*
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
**HURWITZ, SAGARIN & SLOSSBERG, LLC**
147 North Broad Street
P.O. Box 112
Milford, CT 06460
(203) 877-8000

**Liaison Counsel for Lead Plaintiffs**

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Carlos F. Ramirez (*pro hac vice*)
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**Lead Counsel for Lead Plaintiffs**

By: /s/ Thomas D. Goldberg/bcf
Stanley A. Twardy, Jr. (CT05096)
Thomas D. Goldberg (CT04836)
Terence J. Gallagher (CT22415)
**DAY, BERRY & HOWARD LLP**
One Canterbury Green
Stamford, CT 06901
(203) 977-7300

Michael J. Chepiga (CT01173)
Robert A. Borque (CT05269)
William M. Regan (CT25100)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
**Counsel for Defendants**

## CERTIFICATION

This is to certify that a copy of the foregoing Joint Motion for Extension of Summary Judgment and Expert Discovery Schedules was served by facsimile, and first class mail, on February 9, 2005, on the following:

| | |
|---|---|
| Stanley A. Twardy, Jr., Esq. | Michael J. Chepiga, Esq. |
| Thomas D. Goldberg, Esq. | Robert A. Bourque, Esq. |
| Terence J. Gallagher, Esq. | William M. Regan, Esq. |
| Day, Berry & Howard LLP | Simpson Thacher & Bartlett LLP |
| One Canterbury Green | 425 Lexington Avenue |
| Stamford, CT 06901 | New York, NY 10017 |
| | |
| Counsel for Defendants | Counsel for Defendants |

_____
Brian C. Fournier