IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PE CORPORATION<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>) | Master File No. 3:00CV-705 (CFD)<br><br>February 16, 2005 |

**CONSENTED TO MOTION FOR LEAVE TO INCREASE PAGE LIMITS**

Plaintiffs David Berlin and Vinh Vuong ("plaintiffs") hereby move pursuant to Local Rule 7(a) for an increase to the page limits for plaintiffs' memorandum in opposition to Defendants' Motion for Summary Judgment ("defendants' motion") and defendants' reply memorandum in further support of defendants' motion. Defendants PE Corporation et al consent to the granting of this motion. In support of this motion, the parties represent:

1. On December 21, 2004, defendants filed their motion for summary judgment, which plaintiffs intend to oppose. Plaintiffs' memorandum in opposition to defendants' motion is due to be filed with the Court by February 16, 2005.

2. Defendants' motion for summary judgment is 40 pages in length and raises numerous factual and legal issues. In addition, defendants have referenced 55 exhibits in their motion, totaling hundreds of pages of documentary evidence. In order for plaintiffs to properly address the arguments raised in defendants' motion, plaintiffs require a short extension of the page limit set forth in Local Rule 7(a). Accordingly, plaintiffs request leave to file a 46-page memorandum in opposition to defendants' motion. Defendants' reply brief, which is due to be filed on March 23, 2005, will be no longer than 15 pages.

3.  Plaintiffs' counsel contacted defendants' counsel concerning this motion and they have consented to the granting of such motion.

## RELIEF REQUESTED

Based on the foregoing, the plaintiffs respectfully request that the Court issue an Order permitting plaintiffs to file a memorandum in opposition to defendants' motion for summary judgment of up to 46 pages and permitting defendants to file a reply memorandum that is no longer than 15 pages.

Respectfully submitted,

By: _____
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
**HURWITZ, SAGARIN & SLOSSBERG, LLC**
147 North Broad Street
P.O. Box 112
Milford, CT 06460
(203) 877-8000

**Liaison Counsel for Lead Plaintiffs**

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Carlos F. Ramirez (*pro hac vice*)
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**Lead Counsel for Lead Plaintiffs**

## CERTIFICATION

This is to certify that a copy of the foregoing Consented to Motion for Leave to Increase Page Limits was served by federal express, on February 16, 2005, on the following:

| | |
|---|---|
| Stanley A. Twardy, Jr., Esq.<br>Thomas D. Goldberg, Esq.<br>Terence J. Gallagher, Esq.<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br><br>Counsel for Defendants | Michael J. Chepiga, Esq. Robert A. Bourque, Esq.<br>William M. Regan, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>Counsel for Defendants |

_____
Brian C. Fournier