3,800,000 Shares



CELERA
A PE Corporation Business

# PE Corporation
# Celera Genomics Group
## COMMON STOCK

*PE Corporation is offering 3,800,000 shares of its Celera Genomics stock. Celera Genomics stock is a class of our common stock intended to reflect the performance of our Celera Genomics business.*

*PE Corporation's Celera Genomics stock is listed on the New York Stock Exchange under the symbol "CRA." On February 29, 2000, the reported last sale price of the Celera Genomics stock on the New York Stock Exchange was $244 per share.*

*Investing in the Celera Genomics stock involves risks. See "Risk Factors" beginning on page 8.*

PRICE $225 A SHARE

|  | Price to Public | Underwriting Discounts and Commissions | Proceeds to Celera Genomics |
|---|---|---|---|
| Per Share | $225.000 | $8.865 | $216.135 |
| Total | $855,000,000 | $33,687,000 | $821,313,000 |

*PE Corporation has granted the underwriters the right to purchase up to an additional 570,000 shares to cover over-allotments.*

*The Securities and Exchange Commission and state securities regulators have not approved or disapproved these securities, or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.*

*Morgan Stanley & Co. Incorporated expects to deliver the shares to purchasers on March 6, 2000.*

MORGAN STANLEY DEAN WITTER                GOLDMAN, SACHS & CO.

SG COWEN

ING BARINGS

BEAR, STEARNS & CO. INC.

February 29, 2000


PLAINTIFF'S EXHIBIT
10-20-04
NO. 16 D

**Celera could incur liabilities relating to hazardous materials that it uses in its research and development activities**

Celera Genomics' research and development activities involve the controlled use of hazardous materials, chemicals and various radioactive materials. In the event of an accidental contamination or injury from these materials, Celera could be held liable for damages in excess of its resources.

**Celera Genomics' sales cycle is lengthy and it may spend considerable resources on unsuccessful sales efforts or may not be able to complete deals on the schedule anticipated**

The Celera Genomics group's ability to obtain new customers for genomic information products and value-added programs depends on its customers' belief that the Group can help accelerate their drug discovery efforts. The Celera Genomics group's sales cycle is typically lengthy because the Group needs to educate potential customers and sell the benefits of its products and services to a variety of constituencies within such companies. In addition, each agreement involves the negotiation of unique terms. Celera may expend substantial funds and management effort with no assurance that an agreement will result. Actual and proposed consolidations of pharmaceutical companies have affected and may in the future affect the timing and progress of the Group's sales efforts.

**Scientific and management staff have unique expertise which is key to Celera Genomics' commercial viability and which would be difficult to replace**

The Celera Genomics group is highly dependent on the principal members of its scientific and management staff, particularly Dr. Venter, its President. For the sequencing and assembly of the human genome, the Celera Genomics group believes the following members of its staff are essential: Dr. Venter; Dr. Mark Adams, Vice President for Genome Programs; and Dr. Eugene Myers, who is responsible for the group assembling the genome. None of these individuals are party to employment agreements, non-competition agreements or non-solicitation agreements with the Celera Genomics group. Additional members of the Celera Genomics group's medical, scientific and bioinformatics staff are important to the development of information, tools and services required for implementation of its business plan. The loss of any of these persons' expertise would be difficult to replace and could have a material adverse effect on the Celera Genomics group's ability to achieve its goals.

**Celera Genomics' competitive position may depend on patent and copyright protection, which may not be sufficiently available**

The Celera Genomics group's ability to compete and to achieve profitability may be affected by its ability to protect its proprietary technology and other intellectual property. While Celera Genomics is currently primarily dependent on revenues from access fees to its databases and discovery and information systems, obtaining patent protection is likely to become more important to its business as it expands into the area of functional genomics, in that Celera Genomics would be able to prevent competitors from making, using or selling any of its technology for which it obtains a patent. Patent law affecting Celera Genomics' business, particularly gene sequences, polymorphisms and protein expression, is uncertain, and as a result, the Group is uncertain as to its ability to prevent competitors from developing similar subject matter. Patents may not issue from patent applications that the Group may own or license. In addition, because patent applications in the United States are maintained in secrecy until patents issue, third parties may have filed patent applications for technology used by Celera Genomics or covered by Celera Genomics' pending patent applications without Celera Genomics being aware of such applications.

Moreover, the Celera Genomics group may be dependent on protecting, through copyright law or otherwise, its databases to prevent other organizations from taking information from such databases and copying and reselling it. Copyright law currently provides uncertain protection regarding the copying and resale of factual data. As such, Celera Genomics is uncertain whether it could prevent such copying or

11

CG 000041

resale. Changes in copyright and patent law could either expand or reduce the extent to which the Celera Genomics group and its customers are able to protect their intellectual property.

### Celera Genomics' position may depend on its ability to protect trade secrets

The Celera Genomics group relies on trade secret protection for its confidential and proprietary information and procedures, including procedures related to sequencing genes and to searching and identifying important regions of genetic information. The Celera Genomics group currently protects such information and procedures as trade secrets. The Celera Genomics group protects its trade secrets through recognized practices, including access control, confidentiality agreements with employees, consultants, collaborators, and customers, and other security measures. These confidentiality agreements may be breached, however, and the Group may not have adequate remedies for any such breach. In addition, the Group's trade secrets may otherwise become known or be independently developed by competitors.

### Public disclosure of genomics sequence data could jeopardize Celera's intellectual property protection and have an adverse effect on the value of our products and services

The Celera Genomics group, the federally funded Human Genome Project and others engaged in similar research have committed to make available to the public basic human sequence data. Such disclosures might limit the scope of the Celera Genomics group's claims or make subsequent discoveries by Celera or its customers related to full-length genes unpatentable. While the Celera Genomics group believes that the publication of sequence data will not preclude it or others from being granted patent protection on genes, there can be no assurance that such publication has not affected and will not affect the ability of Celera or its customers to obtain patent protection. Customers may conclude that uncertainties of such protection decrease the value of the Celera Genomics group's information products and services and as a result, Celera may be required to reduce the fees it charges for such products and services.

### Celera Genomics may infringe the intellectual property rights of third parties and may become involved in expensive intellectual property litigation

The intellectual property rights of biotechnology companies, including Celera Genomics, are generally uncertain and involve complex legal, scientific and factual questions. Celera Genomics' success in the functional genomics field may depend, in part, on its ability to operate without infringing on the intellectual property rights of others and to prevent others from infringing on its intellectual property rights.

There has been substantial litigation regarding patents and other intellectual property rights in Celera Genomics' industry. The Group may become a party to patent litigation or proceedings at the U.S. Patent and Trademark Office to determine its patent rights with respect to third parties which may include subscribers to Celera Genomics' database information services. Interference proceedings may be necessary to establish which party was the first to discover such intellectual property. Celera Genomics may become involved in patent litigation against third parties to enforce the Group's patent rights, to invalidate patents held by such third parties, or to defend against such claims. The cost to Celera Genomics of any patent litigation or similar proceeding could be substantial, and it may absorb significant management time. If an infringement litigation against Celera Genomics is resolved unfavorably to Celera Genomics, Celera Genomics may be enjoined from manufacturing or selling certain of its products or services without a license from a third party. Celera Genomics may not be able to obtain such a license on commercially acceptable terms, or at all.

The U.S. Patent and Trademark Office has issued at least one patent to a third party relating to a SNP. If patents are issued to others with respect to other important SNPs, Celera Genomics will need to obtain

systems. The agreement includes up front fees as well as milestones and royalties to Celera in connection with the commercialization of any drugs resulting from this collaboration. This agreement was entered into prior to Celera's database subscription offerings, and as such is strictly a collaborative research agreement without access to Celera's proprietary information.

*RhoBio.* Celera has formed a three-year agreement with RhoBio S.A, a joint venture between Rhone Poulenc Agro and Biogemna, to use expression studies to discover genes related to traits of importance in maize. This agreement provides Celera with a combination of technology access fees, research and development milestone payments and royalties resulting from sales of any products developed through this research-based alliance.

*Strategic Alliances and Acquisitions*

*Paracel.* Celera has acquired or entered into arrangements which will enhance our bioinformatic capabilities. The Group will collaborate with Paracel Inc. on the development of high-resolution informatics tools. Scientists from both companies will focus on EST clustering and whole genome data mining capabilities, while leveraging technology for sequencing quality estimation and similarity searching. These tools and hardware provided by Paracel are used in our scaled up gene discovery process.

*Panther technology.* Celera has acquired the Panther technology from the Molecular Applications Group. Panther is a software tool designed for rapid and accurate determination of gene and protein function. As a part of the agreement, a key group of bioinformatics experts who developed the technology have joined Celera.

*Shanghai Genecore.* Celera acquired a 47.5% equity interest in Shanghai Genecore Biotechnologies Co. Ltd. Shanghai Genecore is a genomic service company providing services in China in the areas of nucleotide synthesis, DNA sequencing, bioinformatics analysis and mutation detection. This acquisition provides Celera with access to ongoing research collaborations with government agencies and research institutions and access to a broad customer base of academic institutions and biopharmaceutical companies.

Raw Materials

The Celera Genomic group's operations require a variety of raw materials, such as chemical and biochemical materials, and other supplies, some of which are occasionally in short supply. The Celera Genomics group depends on the PE Biosystems group for several critical materials, including reagents and capillary arrays, required for sequencing. For certain of these materials, the PE Biosystems group is the sole supplier, and for other materials the Celera Genomics group believes that the PE Biosystems group provides the highest quality materials available. Any interruption in the availability of these materials could adversely affect and, in some cases, shut down sequencing operations.

Patents, Licenses and Franchises

The Celera Genomics group's business and competitive position is dependent, in part, upon its ability to protect its database information, proprietary gene sequence methods, software technology and the novel genes it identifies. The Celera Genomics group's commercial success will be affected by, but is not directly dependent on, the ability to obtain patent protection on genes, polymorphisms and proteins discovered by it and/or by the Celera Genomics group's customers on their own behalf and by collaborators. The Celera Genomics group plans to seek intellectual property protection, including copyright protection, for the information and discovery system including its content; the software and methods it creates to manage, store, analyze and search novel information.

CG 000077

The Celera Genomics group's current plan is to apply for patent protection upon the identification of candidate novel genes, novel gene fragments and their biological function or utility. Although obtaining patent protection based on partial gene sequences might enhance the Celera Genomics group's business, the Celera Genomics group does not believe that its commercial success will be materially dependent on its ability to do so. Depending on the nature of the arrangement, when gene discovery or analysis is performed on behalf of customers or collaborators, any resulting patent rights will be owned solely by Celera, jointly owned by the Celera Genomics group and the customer or collaborator, or owned solely by the customer or collaborator. If a gene product is developed, the Celera Genomics group anticipates it will receive various forms of consideration including license fees, milestone payments and royalty payments on sales of the gene product and related products.

Celera will use a combination of strategies in order to protect its intellectual property assets involving SNP discovery, validation and functionation. Celera recognizes that many of the intellectual property laws are directly suitable for application to SNP discoveries while other protections may not be available or extend to cover SNP-based discoveries.

During sequencing and early assembly phase of human genome, Celera will maintain proprietary protection of its SNP discoveries using a combination of confidential treatment of the information /access control and establishing the beginning of a patent portfolio. During later stages of assembly and gene annotation, Celera may seek broader patent protections of its discoveries. Such an approach will be utilized to establish commercial applications and patentable utility for such SNP discoveries.

The granting of patents on genomic discoveries is uncertain worldwide and is currently under review and revision in many countries. Moreover, publication of information concerning partial gene sequences prior to the time that the Celera Genomics group applies for patent protection based on the full-length gene sequences or different partial gene sequences in the same gene may affect the Celera Genomics group's ability to obtain patent protection. Certain court decisions suggest that disclosure to the applicable agency of a partial sequence may not be sufficient to allow or support the patentability of a full-length sequence and that patent claims to a partial sequence may not cover a full-length sequence inclusive of that partial sequence. Currently, the U.S. Patent and Trademark Office requires an adequate disclosure of a specific and substantial utility, such as gene function, in order to support the patentability of a gene sequence.

In January 1997, TIGR, in collaboration with the National Center for Biological Information, disclosed full-length DNA sequences assembled from ESTs available in publicly accessible databases or sequenced at TIGR. The National Human Genome Research Institute also plans to release sequence information to the public. Such disclosures might limit the scope of the Celera Genomics group's claims or make subsequent discoveries related to full-length genes unpatentable. While the Celera Genomics group believes that the publication of sequence data will not preclude it or others from being granted patent protection on genes, there can be no assurances that such publication has not affected and will not affect the ability to obtain patent protections.

The Celera Genomics group can not ensure that any changes to, or interpretations of, the patent laws will not adversely affect its patent position. The Celera Genomics group anticipates that there will be significant litigation in the industry regarding genomic patent and other intellectual property rights. If the Celera Genomics group becomes involved in such litigation, it could consume a substantial portion of the Celera Genomics group's resources, and Celera Genomics may not prevail ultimately. If Celera Genomics does not prevail in a patent litigation dispute, it may be required to pay damages or royalties or to take measures to avoid any future infringement, or Celera may not be able to stop a competitor from making, using, or selling similar products or technology.

The Celera Genomics group also intends to rely on trade secret protection for its confidential and proprietary information. The Celera Genomics group believes it has developed proprietary procedures for sequencing and analyzing genes and for assembling the genes in their naturally occurring order. In addition, the Celera Genomics group believes it has developed novel methods for searching and identifying

-48-