```
                                                                    1

 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF CONNECTICUT

 3

 4     In re PE Corporation Securities Litigation

 5                         Master File No. 3:00CV705(CFD)
       _____

 6

 7     DEPOSITION OF ROBERT H. WATERSTON, M.D., Ph.D.

 8

 9     Taken on behalf of the Plaintiff

10     August 17, 2004

11

12     BE IT REMEMBERED THAT, pursuant to the Washington Rules of

13     Civil Procedure, the deposition of ROBERT H. WATERSTON,

14     M.D., Ph.D. was taken before Kathleen Knowlton, a

15     Certified Shorthand Reporter, # 29906, and a Notary Public

16     for the State of Washington, on August 17, 2004,

17     commencing at the hour of 9:22 a.m., the proceedings being

18     reported at 1001 Fourth Avenue, Suite 2550, Seattle,

19     Washington.

20

21

22

23

24

25
```

**Page 2**

```
 1   APPEARANCES
 2   LEE A. WEISS
     MILBERG WEISS
 3   One Pennsylvania Plaza
     New York, New York 10119
 4   (212) 594-5300
     Appearing on behalf of the Plaintiff
 5
 6   WILLIAM M. REGAN &
     ROBERT A. BOURQUE
 7   SIMPSON THACHER & BARTLETT, LLP
     425 Lexington Avenue
 8   New York, New York 10017
     (212) 455-2205
 9   Appearing on behalf of the Defendants
10
     ALSO PRESENT: TONY TIBBETTS, Videographer
11
```

**Page 3**

```
INDEX
NUMBER   DESCRIPTION                                    PAGE
 1   E-mail from John Sulston to                         24
     bwaterst@watson.wustl.edu sent
     30 Jan 1999
 2   Note to Dr. Francis Collins dated                   28
     March 18, 1999
 3   E-mail from John Sulston to                         29
     bwaterst@watson.wustl.edu sent
     10/2/99
 4   Memo re: Summary of Conversations                   33
     dated November 14, 1999
 5   E-mail from Harold Varmus to                        36
     bwaterst@watson.wustl.edu sent
     19 Nov 1999
 6   E-mail from Bob Waterston to                        40
     jes@sanger.ac.uk sent 11/21/99
 7   E-mail from Bob Waterston to                        45
     jmcphers@alu sent 11/24/99
 8   E-mail from Francis Collins to Bob                  48
     Waterston sent 24 Nov 1999
 9   E-mail from John Sulston to                         53
     bwaterst@watson.wustl.edu sent
     11/25/99
10   E-mail from Bob Waterston to Francis                55
     Collins sent 11/26/99
11   E-mail from Bob Waterston to Eric                   57
     Lander sent 11/27/99
12   E-mail from Bob Waterston to Francis                60
     Collins sent 12/3/99
13   E-mail from Francis Collins to Francis              63
     Collins, et al. sent 12/13/99
14   E-mail from Francis Collins to Francis              65
     Collins, et al. sent 12/23/99
```

**Page 4**

```
INDEX (CONTINUED)
NUMBER   DESCRIPTION                                    PAGE
15   E-mail from Francis Collins to Harold               69
     Varmus sent 27 Dec 1999
16   Shared Principles document dated                    70
     December 28, 1999
17   E-mail from Francis Collins to Bob                  72
     Waterston sent 28 Dec 1999
18   E-mail from Francis Collins to Bob                  72
     Waterston sent 12/28/99
19   E-mail from Craig Venter to Francis                 75
     Collins, et al. sent 12/29/99
20   Handwritten notes                                   78
21   E-mail from Bob Waterston to Francis                99
     Collins sent 12/29/99
22   E-mail from Francis Collins to Bob                  104
     Waterston sent 12/30/99
23   E-mail from Bob Waterston to Francis                107
     Collins, et al. sent 1/3/00
24   E-mail from Bob Waterston to Francis                110
     Collins sent 1/5/00
25   E-mail from Francis Collins to John                 112
     Sulston sent 1/6/00
26   E-mail from Francis Collins to Martin               115
     Bobrow sent 1/23/00
27   E-mail from Martin Bobrow to Robert                 119
     Waterston sent 1/30/00
28   E-mail from Francis Collins to Bob                  121
     Waterston sent 3 Feb 2000
```

**Page 5**

```
 1   SEATTLE, WASHINGTON; TUESDAY, AUGUST 17, 2004
 2   9:22 A.M.
 3          THE VIDEOGRAPHER: We are on the record. This
 4   is a statement for a video deposition. I am the
 5   videographer. My name is Tony Tibbetts. I'm here on
 6   behalf of Naegeli Reporting Corporation, 601 Union Street,
 7   Suite 1624, Seattle, Washington.
 8          This videotaped deposition has been noticed by
 9   attorney Lee Weiss. It's being held on August 17, 2004,
10   9:22 a.m. The location is the law offices of Milberg
11   Weiss Bershad, 1001 4th Avenue, Suite 2550, Seattle,
12   Washington.
13          The case caption is in re PE Corporation
14   Securities Litigation in the United States District Court
15   for the District of Connecticut, case number
16   300CV705(CFD). The deponent is Robert Waterston, M.D.,
17   Ph.D. Would counsel and all present please identify
18   yourselves and state whom you represent.
19          MR. WEISS: Lee Weiss, Milberg Weiss Bershad and
20   Shulman for the plaintiffs.
21          MR. REGAN: William Regan, Simpson Thacher and
22   Bartlett, LLP for all defendants.
23          MR. BOURQUE: Robert Bourque, Simpson Thacher,
24   all defendants.
25          THE VIDEOGRAPHER: The deposition is being taken
```

2 (Pages 2 to 5)

**14**

1  University?
2  A. I was the director of the genome center in
3  Washington University.
4  Q. Who were your counterparts at MIT and Baylor?
5  A. Eric Lander was the head of the genome center at
6  MIT, and Richard Gibbs is head of the genome center at
7  Baylor.
8  Q. Who was the lead person or persons for the
9  Department of Energy?
10 A. At that time I think it was Albert Branscom.
11 I'm not sure. Trevor Hawkins was also a major figure.
12 Q. Who were the lead individuals involved for the
13 Sanger Institute?
14 A. John Sulston was the director, and Jane Rogers
15 ran their sequencing program.
16 Q. And what was the involvement in the Human Genome
17 Project of the Wellcome Corporation? Were they involved
18 with Sanger?
19     MR. REGAN: Object to the form.
20     THE WITNESS: Pardon?
21     MR. REGAN: Just for the record, objection to
22 the form. You can go ahead and answer the question.
23     THE WITNESS: Objection to the form?
24     MR. REGAN: Just lawyer stuff.
25     THE WITNESS: Okay. The Wellcome Trust was the

**15**

1  major funder of the Sanger Center.
2      BY MR. WEISS:
3  Q. And do you know who the lead person or persons
4  were for the Wellcome Trust?
5  A. Michael Morgan was their -- their representative
6  interacting primarily with the Sanger Center. I don't
7  remember who the head of the Wellcome Trust was at the
8  time, whether it was -- I don't remember.
9  Q. There come a time where you met an individual
10 named Craig Venter?
11 A. Yes. I met Craig probably in 1988, '89,
12 something like that.
13 Q. And can you describe the circumstance of when
14 you first met Mr. Venter?
15 A. Actually, I'm not sure. There were a couple
16 different occasions when I -- I'm not sure which one
17 occurred first. In one case I met him at a meeting, and
18 another case I visited his lab outside of -- outside of
19 Washington.
20 Q. And when is the next time you came in contact
21 with Mr. Venter after your early meetings with him?
22 A. Oh, I came in contact with him, you know, two or
23 three times a year for some time thereafter at meetings of
24 various kinds, mostly.
25 Q. And what types of meetings were these?

**16**

1  A. Scientific meetings.
2  Q. Was he typically presenting at these meetings or
3  he was just attending these meetings and you saw him at
4  the meetings?
5  A. Typically we were -- we were both presenting.
6  He also organized one series of meetings, which I usually
7  attended.
8  Q. Did there come a time where you learned that
9  Mr. Venter was working on sequencing the human genome?
10     MR. REGAN: Objection to the form.
11     THE WITNESS: Same thing; right, answer the
12 question?
13     MR. REGAN: Yeah.
14     THE WITNESS: He -- I mean, sometime in the --
15 in the '90s he started sequencing human DNA. And -- and
16 so it was involved in sequencing the human genome at that
17 time.
18     BY MR. WEISS:
19 Q. Did you ever attend the meetings where he
20 discussed his work on sequencing the human genome?
21     MR. REGAN: Object to the form.
22     THE WITNESS: He -- I mean, he discussed it at
23 several meetings. I don't -- I mean, these are scientific
24 forum. And he sequenced three cosmets (phonetic), for
25 instance, and reported on that in the mid '90s or

**17**

1  something like that.
2      BY MR. WEISS:
3  Q. Prior to December 1999, did you have any
4  communications with Mr. Venter other than at these
5  scientific meetings that you've discussed?
6  A. I -- so for -- I was -- I was a co-organizer
7  of -- of a meeting with him, I think, two years running.
8  And so we had various communications about the sum and
9  substance of that -- of that meeting. I don't know.
10 There were, you know, various phone calls associated with
11 that. There were probably other exchanges about the
12 substance of the science.
13 Q. Prior to December 1999, did you ever formulate
14 an opinion as to the efficacy of the methodology
15 Mr. Venter was using to sequence human DNA?
16     MR. REGAN: Objection to the form of the
17 question.
18     THE WITNESS: So at the time, you mean the
19 methods that he was using in 1999?
20     BY MR. WEISS:
21 Q. Correct. Or at any time prior thereto.
22 A. Well, he used a variety of different methods
23 over the years. And -- and I thought the early methods
24 that he was using didn't take advantage of the ability to
25 assemble complicated DNA. And so he exaggerated the

18

1 nature of the problems.
2      By 1999 he was attempting to do whole genome
3 shotgun, and of the -- of the whole genome, and -- and I
4 had realized that this would not -- there was no clear
5 path to a complete and finished human genome sequence.
6   Q. Was the whole genome shotgun method different
7 from the method that the Human Genome Project was working
8 on regarding the sequencing of the human genome?
9      MR. REGAN: Objection to the form.
10      THE WITNESS: It was -- I mean, basically the
11 essence of the process was the same. You had to take DNA,
12 break it up into small bits and get individual sequence
13 reads from the small bits, and -- and then assemble them.
14      Craig's strategy differed in that he was trying
15 to do it with the whole genome at once, which complicated
16 the -- both the assembly issue and complicated tracking
17 and dealing with any subsequent problems.
18      BY MR. WEISS:
19   Q. Do you recall if there was ever a time in 1999
20 where Mr. Venter made public statements regarding what he
21 had accomplished with the whole genome shotgun method and
22 you thought that -- that his claims were inaccurate?
23      MR. REGAN: Objection to the form. It's such an
24 overbroad, impossible-to-answer question. It seems
25 unfair. The whole genome shotgun method is a method that

19

1 Craig Venter may have utilized in particular points in
2 time, that Celera may have utilized at particular points
3 in time, that Celera may have used at different points in
4 time for different genomes, be it Drosophila or the human
5 genome or C. elegans.
6      And any statements that Craig Venter made in
7 1999 about that particular method and different genomes,
8 it's just so overbroad, I can't see how Dr. Waterston
9 could answer the question. I'm sorry.
10      MR. WEISS: I would advise you -- why don't you
11 limit your objections. And if he can't answer the
12 question, I'm sure he'll tell us.
13      THE WITNESS: So I was -- I mean, I don't recall
14 any specific statements. He made various statements
15 about -- about the methodology. They were -- they were by
16 and large forward-looking --
17      BY MR. WEISS:
18   Q. Do you recall --
19   A. -- projections.
20   Q. Do you recall any -- any situation where
21 Mr. Venter made a forward-looking statement, and you
22 thought that the prediction was unlikely to come true?
23      MR. REGAN: Objection, overbroad and irrelevant.
24      THE WITNESS: I can't -- I don't remember any
25 particular instance.

20

1      BY MR. WEISS:
2   Q. There come a time in the '90s, in the late '90s
3 where you became involved in discussions with members of
4 the -- with other members of the Human Genome Project
5 about a possible collaboration with Mr. Venter's company?
6   A. What was the -- what was the substance of the
7 question again?
8   Q. Did there come a time in the late '90s where you
9 became involved in discussions with other members of the
10 Human Genome Project regarding a possible collaboration
11 with Mr. Venter's company?
12   A. Yes.
13   Q. When do you first recall having those
14 discussions, approximately?
15   A. They -- they came up at various junctures, from
16 the first time Craig spoke to the group -- to a group of
17 sequencers, and then more specifically they came up in --
18 in the fall of '99.
19   Q. Do you recall how it was first brought to your
20 attention in fall 1999 that the Human Genome Project was
21 considering a collaboration with Mr. Venter's company?
22      MR. REGAN: Objection to the form.
23      THE WITNESS: I don't think -- I mean, I don't
24 think you can talk about the Human Genome Project entering
25 into a collaboration. I mean, I'm not -- so I'm not sure

21

1 what -- I mean, are you talking about -- I'm not sure who
2 you want to -- who you're worried about here.
3      BY MR. WEISS:
4   Q. Well, I'm not worried about anyone. In the
5 fall -- you mentioned the fall of 1999 and a possible
6 collaboration with Craig's company on -- who would be the
7 potential collaborators that you were thinking of?
8      MR. REGAN: Objection to the form.
9      THE WITNESS: I mean, it didn't -- it didn't
10 actually originate with me. So I think that the -- if I
11 understand your -- if I understand the thrust of the
12 question, the -- this -- the group of five labs that were
13 the major labs in the public effort had weekly phone
14 calls. And -- and the subject came up in -- in one of
15 those phone calls in the fall.
16      BY MR. WEISS:
17   Q. Do you recall who first raised the subject?
18   A. No, I'm not sure. I don't -- I can't remember
19 for sure. It was -- I'd only be guessing.
20   Q. In the fall of 1999, who were the typical
21 participants in the weekly phone calls?
22   A. There were the heads of the -- of the five major
23 sequencing centers, along with Francis Collins and Michael
24 Morgan, as well as key members of the staff of all of
25 those centers, and as well as NHGRI staff and others.

6 (Pages 18 to 21)