```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF CONNECTICUT

 3   - - - - - - - - - - - - - - - -x

 4   In Re:                          :

 5        PE Corporation             : Master File No.

 6        Securities Litigation      : 3:00CV-705 (CFD)

 7   - - - - - - - - - - - - - - - -x

 8

 9   Videotaped deposition of DR. J. CRAIG VENTER, held

10   at the Venter Institute, 9704 Medical Center Drive,

11   4th Floor, Rockville, Maryland, commencing at 10:08

12   a.m., Wednesday, October 13, 2004, before Elizabeth

13   Mingione, Notary Public.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                              2
 1   APPEARANCES OF COUNSEL:
 2
 3   ON BEHALF OF THE PLAINTIFFS:
 4
 5       LEE A. WEISS, ESQUIRE
 6       SANFORD P. DUMAIN, ESQUIRE
 7       CARLOS E. RAMIREZ, ESQUIRE
 8       MILBERG WEISS
 9       One Pennsylvania Plaza
10       New York, New York 10119
11       (212) 594-5300
12
13
14
15   ON BEHALF OF CRAIG VENTER, DEPONENT:
16
17       PAUL B. GAFFNEY, ESQUIRE
18       WILLIAMS & CONNOLLY, LLP
19       725 12th Street, N.W.
20       Washington, D.C. 20005
21       (202) 434-5000
22
23
24
25
```

```
                                              3
 1   ON BEHALF OF THE DEFENDANTS:
 2
 3       ROBERT A. BOURQUE, ESQUIRE
 4       LAURA D. MURPHY, ESQUIRE
 5       WILLIAM REGAN, ESQUIRE
 6       SIMPSON, THACHER & BARTLETT, LLP
 7       425 Lexington Avenue
 8       New York, New York 10017-3954
 9       (212) 455-3595
10
11
12
13   ALSO PRESENT
14       Rick Sanborn, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              4
 1
 2           C O N T E N T S
 3   WITNESS: DR. J. CRAIG VENTER
 4   EXAMINATION BY:                    PAGE
 5   Mr. Weiss ..........................8
 6
 7       DEPOSITION EXHIBITS
 8       DR. J. CRAIG VENTER
 9   NUMBER    DESCRIPTION              PAGE
10
11   1    E-Mail Dated October 3, 1999 to ....42
12        Francis Collins From Bob Waterston
13
14   2    E-Mail Dated October 11, 1999 from ..52
15        Paul Gilman to Craig Venter
16
17   3    E-Mail Dated October 14, 1999 from .60
18        Maria Freire to David Lipman
19
20   4    E-Mail Dated November 5, 1999 from .65
21        Craig Venter to Paul Gilman
22
23   5    E-Mail Correspondence Dated ........74
24        November 12, 1999 from Eric Lander
25        to Francis Collins
```

```
                                              5
 1
 2   NUMBER    DESCRIPTION              PAGE
 3
 4   6    E-Mail Correspondence Dated ........76
 5        November 14, 1999 from Francis
 6        Collins to Harold Varmus
 7
 8   7    Letter Dated November 17, 1999 .....80
 9        from J. Craig Venter to
10        Dr. Francis Collins
11
12   8    E-Mail Dated November 19, 1999 .....84
13        from J. Craig Venter to Francis
14        Collins
15
16   9    E-Mail to Francis Collins, Re: .....86
17        Status Raport
18
19   10   E-Mail Dated December 23, 1999 .....88
20        from Francis Collins
21
22   11   E-Mail Correspondence Dated ........99
23        December 29, 1999
24
25
```

2 (Pages 2 to 5)

**Page 22**

1  Q. And how long after you joined the
2 corporation did that first occur?
3  A. I think it first occurred before I
4 joined the organization.
5  Q. And what were the components of that
6 business plan when you first presented it to the PE
7 Corporation board?
8  A. The principal tendered is that the data
9 would be given away once we sequenced the genome.
10 The initial plan was to give it away quarterly into
11 the public databases, and that the business would
12 be based on developing bio informatic tools,
13 computational tools for the interpretation and
14 analysis of the genome to a small extent on gaining
15 intellectual property from unique genes that would
16 have medical importance.
17  Q. Did you indicate who the projected
18 customers of -- for these products would be?
19  A. It was always assumed that it would be
20 the pharmaceutical industry, the biotech industry
21 and academic researchers around the world.
22  Q. Did the board have any comments when you
23 first presented the business plan?
24  A. I'm sure they did.
25  Q. Do you recall any of their comments?

**Page 23**

1  A. I don't recall comments from the first
2 presentations. No.
3  Q. At any time did the board have comments
4 re -- regarding your intellectual property
5 strategy?
6  A. What do you mean by any time?
7  Q. At any time while you were at PE
8 Corporation?
9  A. I don't think anything was raised by the
10 board. There were certainly discussions at the
11 board level.
12  Q. What specific discussions were had
13 regarding intellectual property strategy at the
14 board level with respect to the sequencing of the
15 human genome, the data derived from that?
16   MR. BOURQUE: Objection.
17  A. It really depends on when you are
18 talking about. There was not a consistent
19 discussion.
20  Q. When you first joined Perkin-Elmer
21 Corporation, what discussions were had with the
22 board regarding intellectual property strategy
23 regarding the sequencing of the human genome?
24  A. Well, we were absolutely not going to
25 patent the human genome. And at best we would

**Page 24**

1 get -- have intellectual property on a few hundred
2 human genes.
3  Q. Was that a position you presented to the
4 board?
5  A. Yes.
6  Q. What was the board's response to that
7 position?
8  A. They approved the strategy.
9  Q. Was there anyone on the board who
10 questioned that strategy at that time?
11  A. There was certainly discussion. I don't
12 remember, if you mean by, you know, questioning,
13 objecting to it, no, not to my knowledge.
14  Q. Were alternatives, were alternative
15 intellectual property strategies discussed at the
16 board level?
17  A. During which period?
18  Q. During the period right when you joined
19 the corporation?
20  A. Not that I recall.
21  Q. Were alternative discussions subsequent
22 to when you first joined the company?
23  A. They were discussed at the board member
24 -- the board level. I don't think there was any
25 specific discussion driven by board members other

**Page 25**

1 than the chairman.
2  Q. What alternatives were ultimately
3 discussed at the board level?
4  A. Whether to patent a greater number of
5 genes than I had proposed.
6  Q. Who raised that issue at the board
7 level?
8  A. The chairman raised the issue at the
9 board level.
10  Q. And that would be Mr. White?
11  A. Yes.
12  Q. And did Mr. White offer any reasons as
13 to why the board should discuss whether to patent
14 the greater number of genes?
15  A. I'm sure he did. I think the reasons
16 were ultimately based on the head patent attorney
17 at Celera wanting to patent a greater number of
18 genes.
19  Q. And that was Mr. Millman?
20  A. Yes.
21  Q. Did Mr. Millman ever make a presentation
22 to the board regarding patenting a greater number
23 of genes?
24  A. I think he did. Yes.
25  Q. Were you present for that presentation?

7 (Pages 22 to 25)