Harold_Varmus@nih.gov, 11/19/99 10:20 AM -0400, Fwd: Notes

```
From: Harold_Varmus@nih.gov
X-Sender: nih\varmus@ces4.nih.gov
Date: Fri, 19 Nov 1999 10:20:12 -0400
To: bwaterst@watson.wustl.edu
Subject: Fwd: Notes

>Date: Fri, 19 Nov 1999 10:15:28 -0400
>To: bwaters@alu.wustl.edu
>From: Harold_Varmus@nih.gov
>Subject: Fwd: Notes
>Cc:
>Bcc:
>X-Attachments: :Hard Drive:134654:Summary of Convers-11/14.rt: :Hard
>Drive:134654:Summary of Conversations-11:
>
>
>Bob:  Here is Eric's summary plus a few additional comments.
>Francis (who is coordinating the call today) says it will occur at
>3PM our time and his secretary will hook you up.  I hope we can do
>it within 30 minutes, for your sake and mine.  Eric will be on a
>boat on his vacation; I hope this works.
>
>You should know that I don't agree with everything in the summary.
>For instance, though it may be impolitic to say this in the spirit
>of negotiations, I am not ready to acknowledge that Celera could put
>the human sequence together without the public effort.
>
>After our talk last night, I am especially anxious that today we
>achieve clarity on two points:  the reasons a collaboration would be
>in our interests and the reasons we would have to reject it.
>
>
>
>
>
>>From: Eric Lander <lander@wi.mit.edu>
>>To: "Collins, Francis (NHGRI)" <francisc@exchange.nih.gov>,
>>        "Varmus, Harold (OD)" <Harold_Varmus@nih.gov>
>>Subject: Notes
>>Date: Wed, 17 Nov 1999 15:27:57 -0500
>>
>>
>>Dear Francis and Harold:
>>
>>Enclosed is a *draft* of the notes that I would like to circulate. (I
>>have also enclosed RTF format, in case you encounter any problem opening
>>the Word document).
>>
>>I apologize for the delay in sending them and for being out of email
>>contact.  My portable computer had an unfortunate accident with some
>>onion soup on the first day on my vacation and it has taken my three
>>days to get functional again!
>>
>>It would be good for us to discuss these notes *soon*, and then to have
>>me circulate them to Celera before our call on Sat.
>>
>>I could talk late on Wed if you get this in time or else on Thurs. Let
>>me know how the three of us can connect.
>>
>>Francis: In your email, you raised a concern about granting Celera a
>>"monopoly" and about whether we could get them to release the data with
>>no restriction on use by other database suppliers.
```

Harold_Varmus@nih.gov, 11/19/99 10:20 AM -0400, Fwd: Notes                                    2

```
>>
>>Let me make a few observations:
>>
>>1. We would be agreeing to collaborate with Celera on merging our data
>>sets, provided that the data itself would be freely available to any
>>scientist.  The DVD would carry a restriction against repackaging the
>>database into another commercial database. However:
>>        o It would not prevent any other commercial database supplier
>>from using all publically generated data.
>>        o It would not prevent the public HGP from continuing to
>>generate human sequence and put it into the public domain without
>>restriction. (We could not dump the data from the DVD, but we can and
>>should keep sequencing.)
>>        o We would be glad to enter into precisely the same arrangement
>>with any other company -- such as Incyte willing to put its data on a
>>DVD and make it available to scientists.
>>        Realistically, Celera would be doing more for the scientific
>>community than Incyte or HGS by making the data itself available: this
>>would be a significant contribution.  Celera would be trying to gain a
>>significant advantage over commercial database suppliers by preventing
>>them for sucking up their data.  This is not unreasonable, since they
>>did pay for it. I am willing to countenance this, provided that (i) it
>>doesn't stop us from continuing to our goal of putting the human
>>sequence in the public domain to allow competition among
>>database/analytical tool suppliers. and (ii) we are willing to make the
>>same deal with any other company.
>>
>>2. I don't think that Celera will have any interest in the alternative
>>proposals that you mention. I have tried these with them and, while they
>>do agree that they will remove all restrictions at some date, they are
>>thinking more like 2005.  In any case, I don't see what moral suasion we
>>have to move them to release it earlier -- inasmuch as this is the heart
>>of their business plan.
>>
>>Let's talk about all this.
>>
>>With best regards,
>>Eric
>>
>>
>>
>>
>>
>>
>>
```

Printed for Bob Waterston <waterston@gs.washington.edu>                                    2

RW    00018