

jes@sanger.ac.uk, 11/21/99 10:32 PM -0500, call

To: jes@sanger.ac.uk
From: Bob Waterston <bwaterst@watson.wustl.edu>
Subject: call
Cc: bwaterst@alu

Dear John:

Well we had our call, with Francis, Harold, Eric and me. Both Francis and Harold showed some skepticism, with Eric being the salesman. He is very effective I'm afraid and I didn't do much more than slow him down a little.
We spent about 1 1/2 hours hashing it through. Eric's main points are that Celera is going to have the genome product people are going to turn to increasingly over the next year, that they are going to have a series of demoralizing press releases, that they have already spoken with Jasny about a possible publication next spring including a dvd distributed with the magazine (which they would pay for). By agreeing to collaborate we could stop the worst of these abuses, that we could bring some reality to any publication by stating what the deficiencies were. In response to my concerns about being seen to validate their product, he said yes, but that it wasn't likely to give much value added, and would put us in a position to insist on a more accurate portrayal of what it really was — that is an intermediate product. Celera would have its database and they would be in a monopoly position for a while. The failure to allow redistribution of their data would put other software companies at a disadvantage but they would be in that position regardless. I wish you could have been on the line. Eric was as serious as I have heard him.

we talked too about what we minimally would need to have to even think about an agreement. First, we would have to access to their data. We wouldn't get it all in bulk and couldn't deal with it very effectively anyway. But we would need to have access to their independent assembly presumably, as well as the assembly using both data sets. We would also have access to trace data for any region we wished to check, for example sequence spanning a gap in a BAC, reads spanning any areas between gaps, reads increasing the quality of a low quality area. Whether it would be feasible to look at all such regions in the time frame under consideration is uncertain. maybe instead we would have to settle for some sampling and reporting on what we found.
The data would have to be available at a third party site (secure to satisfy Celera's needs) and perhaps specific traces would be able to imported to G5 sites (is this necessary? would they agree to it?). We would not submit to having to go to Celera for access, any more than they have to come to us to get our data.
The product should be available not only on a dvd, but on the web in a searchable form. The dvd would be available for those who wanted all the data, but should we make the web version downloadable too? Presumably better since it would be more easily updated and more widely available. (as an aside I could image software companies selling tools to deal with the data in an on-demand way, rather than storing precalculated versions, pulling in data from various sources -- that way they wouldn't be reproducing or redistributing the data).
That some assurances should be sought that Craig's excesses should be reigned in, but how this could be done other than by assurances from PE isn't clear. Craig will be a jerk in any case.
I continued to express reservations and unease about all this, but didn't have a very effective counter. The alternative to not making an agreement is that we continue under Craig's withering pr assault for the next year, get some small acknowledgement from Craig that we supplied him with critical data andtry to convince people that they will not get much more from Celera than they can from the public domain. I did get some response to the idea that we package our sequence with a constraint about not publishing it without our consent or acknowledgement. We will hopefully be producing shotgun fast enough by next summer that any dvd style distribution will be out of date before it is widely available and thus of lesser value. (But for subscribers a more up to date version would be made available over the web?)
Just some further random thoughts. If the timing is really as Eric outlined, the dvd in nature/science would be several months old. By the time it came out we would have completed the full shotgun of all our clones, and if we are allowed to use the Celera data to plan experiments our data set will be essentially complete by Dec. Local finishing is all that will be left and we could use the merged data set to decide how to go after each gap.

At the end of the call I was pushed as to whether any agreement would satisfy me, and I had to say that I was more optimistic about it than when the call had started. I didn't feel stonewalling would be effective and the call had moved me some. Anyway we left that we would work at putting on paper what we thought we necessities for an agreement. I am to get comments back to Eric on his earlier

jes@sanger.ac.uk, 11/21/99 10:32 PM -0500, call                                              2

piece, but quite apart we are to start putting down some of the points I listed above. We are to conference again this Friday after going back and forth to see if there is common ground and if more has to be hammered out. I said I wanted to talk to you about all this and all agreed it was worthwhile. No one thought it could go forward without you and it was important to get your concerns on the table quickly. I am not the agent trying to convince you of anything that was discussed let me assure you.
So we should talk. Let me know how we can strengthen the case for not going ahead, or improve the conditions for opening discussions. What a situation!
Got to get to bed, so will sign off for now. I have a 9am but am free much of the time after that. I do have a dinner to attend tomorrow night, but that doesn't start til 6:30.

All the best,

bob