

To:    Francis Collins
       Arnie Levine
       Rich Roberts
       Harold Varmus
       Craig Venter
From: Eric Lander
Re:    Summary of Conversations (v.1)
Date: November 14, 1999

The purpose of this memo is to summarize key points that have emerged during conversations over the past few months, to provide a framework for upcoming discussion to structure a productive collaborative interaction between the public Human Genome Project and Celera Genomics.

This version (v.1) of this memo reflects my own understanding of the conversations. If I have misunderstood anything, please feel free to correct these notes. If we agree on the underlying principles, it should be possible to proceed to structuring a collaboration.

There seems to be general agreement that:
- The public HGP and Celera Genomics each have the capability and commitment to sequence the human genome on their own.
    I AM NOT CONVINCED OF THIS.
- The scientific community will be better served if we can find a viable way to join forces to produce a better product in a more timely fashion.
    THIS MAY ONLY BE IN THE SHORT RUN
- The methods being used (clone-based and whole-genome shotgun) are, in fact, complementary. They provide much opportunity for cross-checking.
    TRUE, BUT ONLY IF THE PRIMARY DATA IS SHARED.
- A collaboration would offer the opportunity for joint optimization of experimental strategy and analytical methods.
    COLLABORATION IS THE KEY WORD HERE
- The current appearance of antagonism and excessive competition is unseemly, especially for a scientific endeavor of this importance. Moreover, it is not helpful for the parties.
    THIS PRIMARILY NOT THE FAULT OF THE HGP, BUT RATHER THE ONGOING PR CAMPAIGN BY CELERA/PE.. AT HEAR LIES A FUNDAMENTAL DIFFERENCE IN HOW THE DATA SHOULD BE USED.
- The public HGP is committed to the complete sequence of the human genome being freely available in the public domain, with no restrictions whatsoever on its use.
- Celera Genomics is willing to make its consensus sequence of the human genome broadly available, but wishes to prevent commercial competitors from repackaging this information in competing databases. This is a reasonable business interest, inasmuch as Celera has made substantial private investment in its sequence data.
    THIS IS THEIR CHOICE. THEY NEEDN'T HAVE MADE THIS INVESTMENT.

RW    00380

- Celera Genomics is able to see data generated by the public labs and is free to use it for its proprietary databases, but a scientific publication that combines substantial data from both sources should, according to accepted scientific practice, be a joint publication involving authors from both groups.

The outline of a collaborative effort might be as follows:

1. Joint Publication.
The two sides would agree to joint publication, which might take the form of two simultaneous papers: (i) a first paper reporting analysis of the public data from the public HGP labs, and (ii) a second collaborative paper reporting joint analysis of both the public and Celera data, co-authored by appropriate scientists from both sides.
THIS PAPER WOULD VALIDATE THE CELERA PRODUCT WHICH WOULD SIGNIFICANTLY ENHANCE ITS VALUE
The collaborative paper would necessarily involve that co-authors from the public side have sufficient access to the Celera data and any joint analysis during the preparation of a paper to be able to comfortably sign their names to a paper.
WITHOUT UNRESTRICTED ACCESS TO THE DATA I DON'T SEE HOW WE CAN GO FORWARD. WE WOULD BE IN AN UNTENABLE POSITION. I CERTAINLY COULDN'FEND THE PRODUCT. AND CELERA WOULD CLEARLY BE THE SENIOR PARTNER.
At the same time, Celera is concerned about the security of its privately-generated data and is reluctant to distribute copies.
We will need to work out a way to provide access—for example, by establishing a collaborative mechanism whereby designated public HGP scientists are able to carry out analysis of their choosing with Celera's data residing on Celera's computers and/or on a secure third-party site. Ideally, a positive interaction would be established leading to improved analysis and a better scientific paper.
There is some concern about the appearance of public HGP scientists having access to Celera's data before it is made public. The best solution might be to limit the period of access, perhaps to 90 days before submission of a paper.
NO THE CONCERN CONTINUES TO BE THE LACK OF PUBLIC ACCESS TO THEIR DATA.
The most realistic timeframe would be to aim for the papers to appear near the end of 2000 (perhaps in Science), which would require submission in October and would involve collaboration beginning in the summer.
In the interim, both parties would avoid engaging in attempts to "scoop" the other with publications.

2. Data Release.
The public HGP lans will continue to release their data immediately.
Upon publication of the papers, the human sequence produced from the analysis of the public and Celera data will also be released on a DVD. The DVD's package and content will reflect the fact that it is a product of both efforts.

CELERA WILL RAPIDLY MAKE THIS OBSOLETE, SELLING THEIR ENHANCED PRODUCT WHICH WILL HAVE A DIFFERENT SLANT ALTOGETHER.

The DVD will be available to anyone at a price roughly covering the physical cost of production and distribution of the DVD itself/.

The DVD will carry a shrick-wrap license that protects Celera from the data on the DVD being transferred to and incorporated in commercial databases competing with Celera's business as a database supplier.

WHAT ABOUT NCBI?

However, the user would not be prevented from other uses, such as:
- downloading the entire sequence to a local computer to analyse it;
- performing scientific analyses of the data and publishing relevant portions of the data in connection with reports of such analyses;
- making discoveries using the information and filing patent on these discoveries, without reach-through rights attaching.

WHAT ABOUT PREEXISTING CELERA POSITIONS?

Users would be free, of course, to generate human genome sequence in their laboratories and deposit it into GenBank

### 3. Public Relations

The two sides will prepare a document and press releases describing the rationale for and nature of the collaboration.

Both sides will make all efforts to support this agreement. This includes avoiding disparaging the other party, sowing discord or undermining the collaborative spirit. It will require a generosity of spirit in acknowledging the legitimate and important role of the both parties.

Placing the interaction on a positive footing should lead to better science and will best serve the scientific community.

RW    00382