UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re PE Corporation Securities Litigation. ) | Case No. 3:00-CV-705 (CFD) |
| ) | |
| ) | March 23, 2005 |
| ) | |
| ) | Notice of Manual Filing |

      Please take notice that Defendants, PE Corporation, Tony L. White, Dennis L. Winger, and Vikram Jog have manually filed the following documents:

    Consolidated Rule 56 Statement

    Exhibit 56 -- Expert Report of Jorge A. Goldstein, Ph.D., Esq.

    Exhibit 57 -- Expert Report of Frederick C. Dunbar

    Exhibit 58 -- Excerpts from the deposition of Scott Hakala

    Exhibit 59 -- Sorin Istrail, et al., *Whole-Genome Shotgun Assemby and Comparison of Human Genone Assemblies,* PNAS, Feb. 17, 2004, at 1916-1921

                These documents have not been filed electronically because

☐   the document or thing cannot be converted to an electronic format
☒   the electronic file size of the documents exceed 1.5 megabytes
☐   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                    Respectfully submitted,

                                    /s/
                                  Terence J. Gallagher (ct22415)
                                  Day, Berry & Howard LLP
                                  One Canterbury Green
                                  Stamford, Connecticut 06901
                                  (203) 977-7300
                                  (203) 977-7301 (fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first-class mail this 23rd day of March, 2005, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq. | Sanford P. Dumain, Esq. |
| Hurwitz, Sagarin & Slossberg, LLC | Carlos F. Ramirez, Esq. |
| 147 N. Broad Street | Milberg Weiss Bershad & Schulman LLP |
| P.O. Box 112 | One Penn Plaza – 49th Floor |
| Milford, CT 06460 | New York, NY 10119 |
|    Liaison Counsel |    Lead Counsel for Plaintiffs |

                                  /s/
                                  Terence J. Gallagher