1

1           UNITED STATES DISTRICT COURT
2             DISTRICT OF CONNECTICUT
3
4      ------------------------------------X
5   In Re
6         PE CORPORATION
7         SECURITIES LITIGATION          MASTER FILE NO.
8                                        3:00CV-705 (CFD)
9      ------------------------------------X
10
11
12
13           Videotaped deposition of Tony Lee White
14   taken in accordance with the Federal Rules of Civil
15   Procedure at the offices of Applera Corporation, 301
16   Merritt Seven, Norwalk, Connecticut, Before Holly M.
17   Murphy, a Licensed Shorthand Reporter and Notary
18   Public, in and for the State of Connecticut at 9:30 AM
19   on October 20, 2004.
20
21
22
23
24
25

## Page 110

1  A.  No.
2      MR. WEISS: Let's take a quick break here.
3  I don't think I have much left.
4      (Whereupon there was a brief recess in the
5  proceedings.)
6  BY MR. WEISS:
7  Q.  With respect to the patenting issue we
8  discussed earlier and the difference of opinion
9  between Mr. Millman and Dr. Venter, to your knowledge
10 did Celera have the ability to locate commercially
11 useful genes at the time of the dispute between -- not
12 dispute, but the different opinions voiced by
13 Dr. Venter and Mr. Millman?
14 A.  Based on my understanding of the
15 technology, I would think not. But I'm really not
16 qualified to answer that.
17     MR. WEISS: Mark this as Exhibit 16.
18     (Whereupon, Plaintiff's Exhibit No. 16 was
19 marked for identification.)
20 BY MR. WEISS:
21 Q.  For identification, Exhibit 16 bears Bates
22 range CG000031 through 154. Before we get to the
23 prospectus, Mr. White, at the time of the two opinions
24 voiced by Mr. Millman and Dr. Venter, did Celera have
25 the ability to determine the functionality of a

## Page 111

1  particular gene?
2  A.  I don't think so. I think that there were
3  gene families that people had theories about, but
4  we're pretty early in the technology at that point.
5  Q.  Did Celera have that capacity by the time
6  of the secondary offering?
7  A.  It's not like flipping a switch. It's an
8  evolving science. So I would say by the time of the
9  secondary offering, it evolved a little bit. But no.
10     I don't think that's, you can't just look at
11 a gene and say, "Oh, I know what it does." Hell, you
12 still can't do that.
13 Q.  Starting on page eight of the prospectus
14 which is CG00038, there's a listing of risk factors in
15 connection with the offer.
16 A.  Yes.
17 Q.  Did you play any role in the drafting of
18 those risk factors?
19 A.  I reviewed the drafts. I didn't draft it.
20 Q.  Do you recall making any specific --
21 A.  No.
22 Q.  Let me just finish. Any specific comments
23 regarding any specific risk factors?
24 A.  No.
25 Q.  Turn to the bottom of page eight. There's

## Page 112

1  a sentence, I think it's the second to last complete
2  sentence.
3      It says: Celera Genomics group's ability to
4  retain its existing customers and attract new
5  customers is heavily dependent upon the completion of
6  the sequencing and assembly of the human genome within
7  the expected time frames.
8      Was that an accurate statement at the time to
9  your knowledge?
10 A.  At the time?
11 Q.  Yes.
12 A.  Yes.
13 Q.  Why was Celera's ability to retain its
14 customers and attract new customers heavily dependent
15 upon timely completion of the sequencing?
16 A.  Because our customers, we create an
17 expectation with our customers that that's what we
18 were going to do.
19 Q.  Did you know at this point what expectation
20 Celera's customer had for the completion of the
21 sequencing and assembly of the genome?
22 A.  I don't really recall, no.
23 Q.  Turn to the bottom of page 38 of the
24 prospectus which is 00068. If you could just take a
25 moment to read the paragraph that starts on that page

## Page 113

1  and includes the top of the following page that
2  begins: The Celera Genomics group intends.
3  A.  Okay.
4  Q.  That paragraph talks about integrating
5  Celera's proprietary information with information from
6  external sources.
7      What external sources were contemplated at
8  this time?
9  A.  I believe they were external sources such
10 as other publicly available data bases like GenBank
11 for example.
12 Q.  If you turn to page 40 of the prospectus,
13 page 00070 and take a moment to read the paragraph
14 regarding access to comprehensive genomic sequence
15 information unavailable elsewhere?
16 A.  All right.
17 Q.  Was a component of Celera's business model
18 at this time providing its customers with access to
19 comprehensive genomic sequence information unavailable
20 elsewhere?
21 A.  Yes, I think so.
22 Q.  What type of genomic sequence information
23 would that be?
24 A.  The sequences that we derived from our
25 sequencing efforts and the assembly of the genome that