```
                                                                    1
 1
 2                UNITED STATES DISTRICT COURT
 3                  DISTRICT OF CONNECTICUT
 4   _____
                                              )
 5   IN RE PE CORPORATION SECURITIES          )
     LITIGATION                               )
 6                                            )
     Master File No. 3:00CV-705 (CFD)         )
 7   _____)
 8
 9           Videotaped deposition of HAROLD VARMUS
10       held at 430 East 67th Street, New York, New
11       York, on Wednesday, September 15, 2004,
12       commencing at 9:03 a.m., before Peter Ledwith,
13       Legal Video Specialist, and James W. Johnson,
14       Registered Professional Reporter and a Notary
15       Public of the State of New York.
16
17
18
19
20
21
22
23
24
25
```

42

1  Varmus
2  effort."
3      What were your reasons for believing
4  that, or for not wanting to acknowledge that,
5  Celera could put the human genome sequence together
6  without the public effort?
7      MR. REGAN: Objection to the form.
8  A.  Well, as I mentioned before, I had my
9  doubts about whether the assembly of a shotgun
10 sequencing effort would allow correct assembly
11 without using the public sequence, which, of
12 course, was deposited in public databases, so it
13 was readily available to Celera.
14 Q.  What were the differences in the method
15 used by Celera and that being used by The Human
16 Genome Project? The layman's brief version.
17 A.  Well, the major difference was that
18 Celera was sequencing randomly, just grabbing
19 pieces of DNA out of the entire genome and
20 sequencing them in the hopes that by sequencing
21 enough that they would be able to assemble the
22 whole sequence by looking at overlapping sequences,
23 whereas The Human Genome Project had begun with an
24 extensive effort to map the genome, to isolate
25 pieces of large pieces of the genome and sequencing

43

1  Varmus
2  them in their entirety and assembling the sequence
3  based on a scaffold of, an intellectual scaffold,
4  if you will, of, of sequence that had already been
5  mapped to chromosomes and -- with clones being
6  mapped in relation to each other.
7      Now, that information, of course, was in
8  public databases and was accessible to
9  investigators anywhere, private or public sector.
10 Q.  Did you ever change your opinion that in
11 fact they couldn't put their sequence together
12 without the public effort?
13     MR. REGAN: Objection to the form.
14 A.  It's still an arguable issue, and it's
15 been argued in scientific journals right up until
16 last year.
17 Q.  But you haven't changed your opinion?
18     MR. REGAN: Objection to the form.
19 A.  I remain skeptical.
20 Q.  It says, the next paragraph starts out,
21 "After our talk last night I am especially anxious
22 that today we achieve clarity on two points: The
23 reasons the collaboration would be in our interests
24 and the reasons we would have to reject it."
25 A.  Mm hmm.

44

1  Varmus
2  Q.  Why were you anxious that you needed to
3  receive clarity on those two points?
4      MR. REGAN: Objection to the form.
5  A.  I would say I'm -- "anxious" could be
6  interpreted in two ways.
7      I think I was eager that we become clear
8  about those issues, because if we were to have a
9  conversation we'd like to know that, I think we'd
10 want to enter that conversation, as you would any
11 negotiation, with a clear understanding of what a
12 collaboration would, how that would benefit The
13 Human Genome Project and what would be the reason
14 that we as a group would consider sufficient to
15 terminate the discussions.
16 Q.  At this time, do you recall if it was
17 your belief that only Celera really stood to gain
18 from a collaboration and not The Human Genome
19 Project?
20     MR. REGAN: Objection to the form of the
21     question.
22 A.  I don't understand the question.
23 Q.  Was it your belief at this time that the
24 only side which really stood to gain from a
25 potential collaboration was Celera and not The

45

1  Varmus
2  Human Genome Project?
3  A.  No.
4      MR. REGAN: Objection to the form of the
5      question.
6  A.  Both sides would have something to gain,
7  just solely on, just restricting our attention to
8  the public relations issues. Both sides were
9  certainly suffering from the way in which the
10 pursuit of the genome was being portrayed in the
11 press.
12 Q.  If we can go down to the next e-mail, it
13 appears to be an e-mail from Eric Lander to Francis
14 Collins, and to you as well, and it starts out,
15 "Dear Francis and Harold."
16     If you could go to the third paragraph,
17 it starts out with the sentence, "It would be good
18 for us to discuss these notes soon and then to have
19 me circulate them to Celera before our call on
20 Saturday."
21     Do you recall what notes Eric Lander was
22 referring to in this particular sentence?
23     MR. REGAN: Objection to the form.
24 A.  Well, I would assume -- all right, I
25 can't -- I can't be sure, but I would assume that