UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:   PE CORPORATION SECURITIES LITIGATION | : Master File No. 3:00CV-705 (CFD)<br>:<br>February 16, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiff has manually filed the following documents:

Exhibits 1 through 75 to Plaintiffs' Response to Defendants' Statement of Material Facts as to Which There is No Genuine Issue to Be Tried.

These documents have not been filed electronically because the electronic file size of the documents exceed 1.5 megabytes.

These documents have been manually served on all parties.

                                            **PLAINTIFFS DAVID BERLIN AND VINH VUONG**

                                            By_____
                                            David A. Slossberg (CT13116)
                                            Brian C. Fournier (CT16272)
                                            **HURWITZ, SAGARIN**
                                            **&amp; SLOSSBERG, LLC**
                                            147 N. Broad Street, P.O. Box 112
                                            Milford, CT 06460
                                            (203) 877 - 8000

                                            **Plaintiffs' Liaison Counsel**

Sanford P. Dumain (CT08138)
Lee A. Weiss (CT21345)
Carlos F. Ramirez (CT25340)
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**Plaintiffs' Lead Counsel**

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Manual Filing was served by Federal Express, on February 16, 2005, on the following:

| | |
|---|---|
| Stanley A. Twardy, Jr., Esq.<br>Thomas D. Goldberg, Esq.<br>Terence J. Gallagher, Esq.<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901<br><br>Counsel for Defendants | Robert A. Bourque, Esq.<br>William M. Regan, Esq.<br>Michael J. Chepiga, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>Counsel for Defendants |
| | |

_____
Brian C. Fournier

DOCS\231596v1