IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) | Master File No. 3:00CV-705 (CFD)<br><br>February 16, 2005 |

## CERTIFICATION OF SERVICE

This is to certify that on February 16, 2005, copies of

1. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment;

2. Plaintiffs' Response to Defendants' Statement of Material Facts as to Which There is No Genuine Issue to be Tried;

3. Compendium of Unreported Authorities;

4. Affidavit of Sanford P. Dumain Pursuant to Fed. R. Civ. P. 56(f) Regarding the Deposition of Dr. Francis Collins

were served by federal express delivery on

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

PLAINTIFFS DAVID BERLIN AND VINH VUONG

By: /s/
J. Daniel Sagarin (CT04289)
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460
(203) 877-8000

Liaison Counsel for Lead Plaintiffs

-and-

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Carlos F. Ramirez (*pro hac vice*)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Lead Counsel for Plaintiffs