UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re PE Corporation Securities Litigation | : <br> : <br> : Master File No. 3:00 CV 705 (CFD) <br> : <br> : MAY 24, 2005 <br> : <br> : |

**MOTION ON CONSENT TO MODIFY DISCOVERY SCHEDULE**

Pursuant to the provisions of Local Rule 7(b), defendant PE Corporation (n/k/a Applera Corporation), Tony L. White, Dennis L. Winger, and Vikram Jog hereby respectfully move this Court for a short extension of the discovery deadline. In support of this motion, defendants represent as follows:

1. The Court's Ruling on Plaintiffs' Motion to Compel dated April 8, 2005 granted a 45-day extension of the discovery cut-off from the date of that ruling for the sole purpose of deposing Dr. Francis Collins of the National Institutes of Health.

2. The deposition of Dr. Collins had been scheduled for earlier this month but scheduling conflicts prevented it from going forward at that time.

3. Dr. Collins' deposition has been rescheduled for June 15, 2005.

4. Counsel for defendants has inquired of counsel for plaintiffs who consent to the relief requested by this motion. The parties have entered into a Stipulation reflecting this agreement attached hereto as Exhibit A.

5. Pursuant to Local Rule 7(a), as this motion does not involve a disputed issue of lat, this motion is not accompanied by a written memorandum of law.

**ORAL ARGUMENT NOT REQUESTED**

RELIEF REQUESTED

WHEREFORE, Defendants respectfully request an extension of the discovery cut-off for the sole purpose of taking the deposition of Dr. Francis Collins on June 15, 2005.

DEFENDANTS PE CORPORATION,
TONY L. WHITE, DENNIS L. WINGER
and VIKRAM JOG

By: _____/s/_____
Stanley A. Twardy, Jr. (ct05096)
Thomas D. Goldberg (ct04836)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300
(203) 977-7301 (fax)

and

Michael J. Chepiga (ct01173)
Robert A. Bourque (ct05269)
William M. Regan (ct25100)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
(212) 455-2000

Their Attorneys

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent by first class mail this 24th day of May, 2005, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq. | Sanford P. Dumain, Esq. |
| Hurwitz, Sagarin & Slossberg, LLC | Carlos F. Ramirez, Esq. |
| 147 N. Broad Street | Milberg Weiss Bershad & Schulman LLP |
| P.O. Box 112 | One Penn Plaza – 49th Floor |
| Milford, CT 06460 | New York, NY 10119 |
|    Liaison Counsel |    Lead Counsel for Plaintiffs |

_____/s/_____
Terence J. Gallagher