IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
:
:
:
In re PE Corporation Securities Litigation     : Master File No. 3:00 CV 705 (CFD)
:
: MAY 24, 2005
:
:
------------------------------------------------------------x

## STIPULATION ADJOURNING THE DEPOSITION OF FRANCIS COLLINS AND EXTENDING THE DISCOVERY DEADLINE TO JUNE 15, 2005

Defendants PE Corporation, Tony L. White, Dennis L. Winger, and Vikram Jog and Plaintiffs David Berlin and Vinh Vuong, hereby stipulate and agree as follows:

WHEREAS, on October 12, 2004, Plaintiffs filed a motion compel the deposition of Dr. Francis S. Collins, director of the National Human Genome Research Institute, an institute within the National Institutes of Health.

WHEREAS, on October 21, 2004, Defendants submitted a response and partial opposition to Plaintiffs' motion to compel.

WHEREAS, on November 9, 2004, the United States Attorney filed an opposition to Plaintiffs' motion to compel.

WHEREAS, on February 4, 2005, the Court referred the motion to Magistrate Judge Thomas P. Smith.

WHEREAS, on April 8, 2005, Magistrate Judge Smith granted Plaintiffs motion and extended the discovery deadline forty-five days for the purpose of taking Dr. Collins' deposition.

WHEREAS, with the assistance of the Office of the General Counsel of the National Institutes of Health, Plaintiffs scheduled Dr. Collins' deposition for May 19, 2005.

WHEREAS, as a result of an unavoidable conflict on the part of the Defendants, the parties and the Office of the General Counsel of the National Institutes of Health agreed to adjourn Dr. Collins' deposition on May 19, 2005 and reschedule it for June 15, 2005.

IT IS HEREBY AGREED by and between the parties:

1. The discovery deadline is extended to June 15, 2005 for the sole purpose of taking Dr. Collins' deposition

2. Dr. Collins' deposition, originally scheduled for May 19, 2005 is adjourned.

3. Dr. Collins' deposition is rescheduled for June 15, 2005.

By: /s William M. Regan
   William M. Regan
   Simpson Thacher & Bartlett LLP
   425 Lexington Ave
   New York, New York 10017
   Tel: 212-455-2000
   wregan@stblaw.com

Counsel for Defendants PE Corporation, Tony L. White, Dennis L. Winger, and Vikram Jog

By: /s Lee A. Weiss
   Lee A. Weiss
   Milberg Weiss Bershad & Schulman LLP
   One Pennsylvania Plaza
   New York, New York 10119-0165
   Tel: 212-594-5300
   lweiss@milbergweiss.com

Counsel for Plaintiffs