UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:   PE CORPORATION SECURITIES LITIGATION | : Master File No. 3:00CV-705 (CFD) <br> : <br> : JUNE 7, 2005 |

### PLAINTIFFS' MOTION FOR APPROVAL OF THEIR PROPOSED NOTICE OF PENDENCY OF CLASS ACTION

Lead Plaintiffs David Berlin and Vinh Vuong ("Lead Plaintiffs"), through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 23(c)(2)(B) and Local Rule 7 for approval of their proposed notice of pendency of class action. Lead Plaintiffs make this motion based upon their memorandum of law in support submitted herewith, and upon all other prior proceedings, pleadings, motions and orders in this action.

THE PLAINTIFFS

By: _____
David A. Slossberg  (CT13116)
Brian C. Fournier  (CT16272)
**HURWITZ, SAGARIN & SLOSSBERG, LLC**
147 N. Broad Street, P.O. Box 112
Milford, Connecticut 06460
(203) 877-8000

*Liaison Counsel for Class Plaintiffs*

Sanford P. Dumain (CT08138)
Lee A. Weiss (CT21345)
Shannon L. Hopkins
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Lead Counsel for Class Plaintiffs*

### Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail on June 7, 2005 to:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Brian C. Fournier