# EXHIBIT A

In the Action, plaintiffs allege that throughout the relevant period, Defendants concealed material adverse information concerning Celera's stated business plan by issuing a series of false and misleading statements to the public and by omitting material facts from those disclosures necessary to render the statements not misleading. Specifically, plaintiffs allege that Defendants misrepresented and failed to disclose that: (i) Celera needed exclusive rights to the human genome sequence to implement its stated business plan sequence; (ii) a collaboration with the Human Genome Project was critical to Celera's ability to obtain exclusive rights to the human genome sequence that was necessary to implement its business model; (iii) collaboration discussions between Celera and the Human Genome Project, which had occurred throughout the Fall of 1999, culminated at a December 29, 1999 meeting, after which Celera knew it would not be able to achieve the necessary collaboration with the Human Genome Project; and (iv) Celera was incapable of producing patentable gene sequences.  Plaintiffs allege that these material misrepresentations and omissions caused Celera's statements in the Registration Statement and Prospectus to be materially false and misleading, thereby artificially inflating the price of Celera's stock, in violation of the federal securities laws.