# EXHIBIT B

Plaintiffs allege that Defendants failed to disclose . . . that Celera discussed the possibility of collaborating with the Human Genome Project ("HGP") to complete the sequencing and assembly of the human genome. More specifically, Plaintiffs allege that the discussions between Celera and the HGP culminated in a December 29, 1999 meeting at Dulles Airport, where negotiations broke down because Celera wanted at least five years of exclusive rights to license the data produced by the merging of the two sides' efforts. As a result of this break down, Plaintiffs allege that the power of the US and UK governments, the principal sponsors of the HGP, would be utilized to prevent Celera from reaching its goal of stalling the release of the human genome code and obtaining patent and copyright protection for its genomic discoveries. The aggressive and punitive government action that would inexorably follow the failed negotiations between Celera and the HGP materialized on March 14, 2000 when President Clinton and Prime Minister Tony Blair issue a joint statement in which they reiterated the position of their respective governments that all information about gene sequencing and the human genome should be publicly available. Plaintiffs allege that Defendants failure to disclose these facts in connection with the Secondary Offering caused substantial losses to members of the Class.