UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | : Master File No. 3:00CV-705 (CFD)<br>:<br>July 1, 2005 |

## NOTICE OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW

PLEASE TAKE NOTICE that Plaintiffs David Berlin and Vinh Vuong hereby move this Court for leave to file a supplemental memorandum of law in further support of their prior submission in opposition to Defendants' Motion for Summary Judgment (the "Summary Judgment Opposition").

Plaintiffs submit that when they filed their Summary Judgment Opposition on February 15, 2005, Plaintiffs' Motion to Compel the Testimony of Dr. Francis Collins (the "Motion to Compel") was pending before this Court. Plaintiffs referenced their pending Motion to Compel in their Summary Judgment Opposition, indicating that plaintiffs intended to use Dr. Collins' testimony to support their opposition in the event the Court granted plaintiffs' Motion to Compel. The Court granted plaintiffs' Motion to Compel and plaintiffs deposed Dr. Collins on June 15, 2005. Plaintiffs now move to supplement their Summary Judgment Opposition with the attached Memorandum of Law concerning Dr. Collins's testimony.

By: /s/ 
J. Daniel Sagarin (CT04289)
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
**HURWITZ, SAGARIN & SLOSSBERG, LLC**
147 N. Broad Street, P.O. Box 112
Milford, CT 06460
(203) 877 – 8000

*Plaintiffs' Liaison Counsel*


Sanford P. Dumain (CT08138)
Lee A. Weiss (CT21345)
Shannon L. Hopkins
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Plaintiffs' Lead Counsel*