## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|                                              |   |                            |
|----------------------------------------------|---|----------------------------|
|                                              | : | Case No. 3:00 CV 705 (CFD) |
|                                              | : |                            |
| In re PE Corporation Securities Litigation   | : |                            |
|                                              | : |                            |
|                                              | : | JULY 11, 2005              |

### MOTION ON CONSENT FOR EXTENSION OF TIME

Lead plaintiffs David Berlin and Vinh Voung ("Lead Plaintiffs"), through their undersigned counsel, hereby move on consent pursuant to Fed. R. Civ. P. 6(b) and D. Conn. Local Rule 7(b) for a one-week extension of time, through and including July 25, 2005, to file their reply to defendants' opposition to plaintiffs' Motion for Approval of Their Proposed Notice of Pendency of Class Action.  In support of this motion, Lead Plaintiffs represent:

1.     Plaintiffs filed a Motion for Approval of Their Proposed Notice of Pendency of Class Action ("Plaintiffs' Motion") on June 7, 2005.

2.     Defendants filed their Memorandum of Law in Opposition to Plaintiffs' Motion on June 28, 2005 ("Defendants' Opposition").

3.     Pursuant to D. Conn. Local Rule 7(a), Lead Plaintiffs' reply to Defendants' Opposition is due on July 18, 2005.  Due to scheduling conflicts, Lead Counsel requires additional time to address the arguments raised in Defendants' Opposition.

4.     Pursuant to D. Conn. Local Rule 7(d), counsel for Lead Plaintiffs has inquired of counsel for defendants, who have consented to the relief requested.

5.     This is the first request for extension of time following the filing of Defendants' Opposition.

Wherefore, Lead Plaintiffs request an extension of one week, through and including July 25, 2005, to file their reply to Defendants' Opposition.

PLAINTIFFS

By: _____

David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
**HURWITZ, SAGARIN**
**& SLOSSBERG, LLC**
147 N. Broad Street, P.O. Box 112
Milford, CT 06460
(203) 877 – 8000

*Plaintiffs' Liaison Counsel*

Sanford P. Dumain (CT08138)
Lee A. Weiss (CT21345)
Shannon L. Hopkins
**MILBERG WEISS BERSHAD**
**& SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Plaintiffs' Lead Counsel*

**Certificate of Service**

  This is to certify that a copy of the foregoing was mailed, first class mail on July 11, 2005 to:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954

                Brian C. Fournier