## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

|  |  |
|---|---|
| IN RE:   PE CORPORATION SECURITIES LITIGATION | :  Master File No. 3:00CV-705 (CFD)<br>:<br>:<br><br>July 1, 2005 |

---

### DECLARATION OF J. DANIEL SAGARIN

I, J. Daniel Sagarin, declare as follows:

1.      I am a member of the law firm of Hurwitz, Sagarin & Slossberg, LLC, Liaison Counsel for plaintiffs, and I am admitted to the bar of this Court.  I submit this declaration in support of Plaintiffs' Supplemental Memorandum of Law in Further Support of Their Opposition to Defendants' Motion for Summary Judgment.

2.      Annexed hereto as Exhibit A is a true and correct copy of the transcript of the deposition of Francis Collins, Ph. D., M.D., which was taken on June 15, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 1st day of July, 2005.

J. DANIEL SAGARIN

## Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail on July 1, 2005 to:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954

J. Daniel Sagarin