Page 58

1 sending this message.
2    Q    Did you send this message in the ordinary
3 course of your business as director of the NHGRI?
4    A    I sent it as a participant in this planned
5 negotiation where I was one of four representatives to
6 that discussion.
7    Q    But at the time you were sending it, you
8 were sending it in your capacity as the director of the
9 NHGRI, correct?
10    A    Perhaps there is a little ambiguity about
11 that. Yes, I was director of the NHGRI. I was also
12 the project manager for the international Human Genome
13 Project which involved much more than NHGRI. I think
14 in this particular instance I was more in that latter
15 capacity than the former.
16    Q    Was the -- was the Human Genome Project --
17 was that a formal entity?
18    A    Yes and no. It was formal in the sense
19 that there was a clear understanding of who the
20 participants were, what the shared goals were, what the
21 milestones were that we were all to live up to in terms
22 of data production and quality and publication and data
23 release. But there was no charter of the organization.
24 There was no formal legal status.

Page 59

1    Q    Did you have a formal title with respect to
2 the Human Genome Project?
3    A    No.
4    Q    Did you draft the proposed agenda that is
5 set forth in your e-mail?
6    A    I did.
7    Q    Did you submit that agenda to anyone for
8 comment prior to circulating it to Celera?
9    A    I discussed it with Varmus, Waterston and
10 Bobrow. And it had been talked about in general ways
11 prior to that with the rest of the G5.
12    Q    At the time you sent this agenda did you
13 believe that it would be controversial to the
14 recipients at Celera?
15    A    No.
16        MR. REGAN: Objection to the form of the
17 question.
18        THE WITNESS: No, I did not.
19        BY MR. WEISS:
20    Q    At this time was there anything on your
21 agenda that was inconsistent with anything that had
22 been discussed with representatives of the HGP and
23 Celera?
24        MR. REGAN: Objection to the form.

Page 60

1        THE WITNESS: Not that I was aware of.
2        BY MR. WEISS:
3    Q    Did Harold Varmus ever indicate that
4 anything on that proposed agenda was inconsistent with
5 anything that he had discussed with Arnie Levine?
6    A    No.
7    Q    Was the shared principles' document, that
8 was attached to your e-mail, the final iteration of the
9 statement that Eric Lander had initially drafted?
10    A    It had certainly started with Lander's
11 effort some two or three months earlier. It had been
12 through, as we've discussed, a very long list of edits
13 and changes.
14    Q    Was there anything on that shared
15 principles' document that was inconsistent with
16 anything that had been discussed between any member of
17 the public HGP and Celera and any representative of
18 Celera?
19        MR. REGAN: Objection to the form.
20        THE WITNESS: Not to my knowledge.
21        BY MR. WEISS:
22    Q    Did Harold Varmus ever indicate that any
23 item of the shared principles that are set forth in
24 Exhibit 15 were inconsistent with anything he had

Page 61

1 discussed with Arnie Levine?
2    A    He did not.
3    Q    If you in the first page of the document.
4    A    Yes.
5    Q    Do you recall receiving this e-mail from
6 Dr. Venter?
7    A    I do.
8    Q    What was your reaction when you read the
9 e-mail?
10    A    It was preceded by a telephone call the
11 afternoon before, after he had received my e-mail
12 expressing disapproval of the proposed agenda and
13 shared principles. That was a surprise. And without
14 recalling precisely the nature of that conversation, I
15 am sure I then asked Craig to come back with an
16 alternative proposal of what the agenda for the meeting
17 should be since clearly he was not comfortable with
18 what I had proposed.
19    Q    What do you recall of your conversation
20 with Dr. Venter on the 28th?
21    A    I recall he was pretty testy about the
22 document, about the suggestion that somehow these
23 principles were ones that Celera would have already
24 embraced in prior conversations; that he did not think

16 (Pages 58 to 61)

**Page 62**

1 that that was a framework that could be built upon
2 successfully; and that, as you can see, he wished to
3 step back to a much more general discussion as opposed
4 to endorsing what we put forward.
5  Q  Earlier you testified that you were
6 surprised by Dr. Venter's reaction, correct?
7  A  I was.
8  Q  Why were you surprised by it?
9  A  I was under the impression that these
10 principles, which after all dated back between
11 conversations with Lander, Hunkapiller, Venter and
12 subsequently between Varmus and Levine, were principles
13 that had been generally endorsed by both sides and at
14 least most of them would not be seen as particularly
15 controversial. So I was surprised by the very strong
16 reaction.
17  Q  Is there anything else you recall of your
18 December 28th conversation with Dr. Venter?
19  A  No.
20  Q  Did you communicate with other members of
21 the HGP regarding your conversation with Dr. Venter?
22  A  I did.
23  Q  What did you tell them?
24  A  As I recall, I certainly spoke with Varmus

**Page 63**

1 Bobrow and Waterston to let them know that our plan for
2 the agenda was going to have to be revised. I believe
3 we had a brief conversation about whether to cancel the
4 meeting and decided to go ahead with it.
5  Q  Do you recall who suggested the possibility
6 of canceling the meeting?
7  A  I don't recall.
8  Q  Was the consensus opinion of the four of
9 you surprised at Dr. Venter's reaction?
10  A  Yes.
11     MR. REGAN: Objection to the form of the
12 question.
13     BY MR. WEISS:
14  Q  Did you communicate regarding your
15 conversation with Dr. Venter to anyone else in the HGP?
16  A  I don't recall.
17  Q  What were the reasons that were discussed
18 for possibly canceling the meeting?
19  A  As I recall, the strong objection to the
20 statement of principles made it pretty clear that we
21 were much further apart than some of us had been led to
22 believe which then raised the question about whether
23 there was any real potential for a successful meeting.
24  Q  What was the reason or reasons that you

**Page 64**

1 all, the group, decided to proceed with the meeting
2 after hearing Dr. Venter's reaction?
3  A  Again, as I recall, the conclusion was that
4 it would be helpful to get in the same room and work
5 through some of these issues face-to-face and that
6 canceling the meeting would deprive that -- deprive all
7 of us of that opportunity. But I must say this
8 certainly put the potential outcome of the meeting in
9 considerable uncertainty.
10  Q  Do you recall receiving Dr. Venter's e-mail
11 that's the first page of Exhibit 15?
12  A  I do.
13  Q  What was your reaction when you received
14 the e-mail?
15  A  I received this only shortly before the
16 meeting. It was frankly disappointing that what was
17 being proposed was very different than where we had
18 hoped to get to. It seemed to be stepping back from
19 the idea of substantive collaborations or referring to
20 that only as a possible third item for consideration.
21     It referred specifically to the Drosophila
22 collaboration as a possible model, one, which from
23 Celera's perspective, had gone well.
24  Q  Did the members of the HGP at this time

**Page 65**

1 have a -- a -- an opinion as to whether the Drosophila
2 col -- interaction had gone well?
3     MR. REGAN: Objection to the form of the
4 question.
5     THE WITNESS: It was mixed. The fact that
6 there was a collaboration between public and private
7 was judged to be a good thing. The details of how it
8 had been conducted had been a source of some
9 frustration on the public side particularly to Richard
10 Gibbs. And there had been instances in which, even for
11 Drosophila, the delay in releasing data had raised
12 anxieties in the community about whether that was going
13 to happen according to the understood agreement.
14     BY MR. WEISS:
15  Q  Did you meet with the other three HGP
16 participants on December 29th prior to the meeting?
17  A  I don't recall if we had a pre-meeting that
18 morning or not.
19  Q  Did you discuss with the three other
20 participants as to what your collective view was
21 regarding applying the Drosophila agreement to the
22 Human Genome?
23     MR. REGAN: Objection to the form.
24     THE WITNESS: I don't recall that.

66

1    MR. WEISS: Please mark this as Exhibit 16.
2    (Whereupon, a document was marked as
3  Deposition Exhibit Number 16.)
4    BY MR. WEISS:
5    Q    Dr. Collins, please review Exhibit 16 which
6  is RW00318.
7    A    Okay.
8    Q    Have you seen this document before?
9    A    I don't specifically recall it.
10   Q    Do you recall sending the e-mail that is
11 signed FC that's at the lower portion of the document?
12   A    I certainly recall notifying the members of
13 the negotiating group from the HGP about the phone call
14 with Venter.
15   Q    Do you recall notifying the members of the
16 HGP about a conversation between Harold Varmus and
17 Arnie Levine?
18   A    I don't.
19   Q    Do you recall being aware of that
20 conversation?
21   A    I had forgotten that.
22   Q    Does this document refresh your
23 recollection that such a conversation occurred?
24   A    In the sense that it says it occurred, yes.

67

1    Q    Do you recall participating in any
2  discussion where it was decided that Harold should call
3  Arnie Levine?
4    A    I do not.
5    Q    Do you have any reason to believe that you
6  did not send the e-mail that's set forth on this
7  document?
8    MR. REGAN: Objection to the form.
9    THE WITNESS: No.
10   BY MR. WEISS:
11   Q    Do you recall receiving Dr. Waterston's
12 e-mail at the top of that document?
13   A    I don't specifically recall it.
14   Q    Do you recall being aware of the opinions
15 of Dr. Waterston that is set forth in that e-mail?
16   A    Not in detail.
17   Q    At that time was it your belief that the
18 HGP had been led to believe that joint publication was
19 at the heart of what was to be done?
20   A    Certainly a central feature of the model
21 that we had worked on for the previous couple of
22 months.
23   Q    And did you have any reason to believe that
24 that model was inconsistent with what had been

68

1  discussed by members of the HGP with Celera
2  representatives?
3    MR. REGAN: Objection to the form.
4    THE WITNESS: No reason not to believe that
5  they had also heard of that.
6    BY MR. WEISS:
7    Q    Your e-mail refers to a meeting at --
8  scheduling to meet at 9:45 a.m. on December 29th at Bob
9  Waterston's room.
10   Does that refresh your recollection as to
11 whether you meet with other members of the HGP on
12 December 29th before the meeting with Celera?
13   A    It does refresh a vague recollection that
14 we did meet for a few minutes before the main meeting,
15 but I don't recall the substance.
16   Q    Do you recall anything that was discussed
17 then?
18   A    No.
19   Q    How did the December 29th meeting with
20 Celera begin?
21   A    Six years ago, it's a little hard for me to
22 reconstruct the precise sequence of events. I believe
23 that Tony White arrived a little late. The rest of us
24 appeared at 10:30 and obviously attempted to come into

69

1  this with a positive attitude. We sat down around the
2  table. The participants, as you have heard -- I don't
3  think we've mentioned Paul Gilman yet, but he was there
4  from Celera along with Levine, Venter and White.
5    And I could not really tell you the order
6  of subjects that we talked about. Certainly once Tony
7  White arrived the conversation became very much focused
8  on Celera's business interests.
9    Q    Did you take notes during the meeting?
10   A    I believe I did.
11   Q    Do you recall anyone ever suggesting that
12 there shouldn't be any notes taken during the meeting?
13   A    I recall we agreed that there wouldn't be
14 formal minutes. I don't recall anyone objecting to the
15 idea of notes.
16   Q    Before Tony White arrived, what was
17 discussed at the meeting?
18   A    Again, I don't recall the specifics. I
19 think the air was a bit tense given the fact that the
20 preceding 24 hours had indicated a lack of agreement to
21 what we had hoped was going to be a set of shared
22 principles when we walked in the door. So I don't
23 recall the specifics of the order in which we
24 considered topics.

18 (Pages 66 to 69)

70

1  Q  Was there any discussion at the beginning
2  of the meeting of what topics should be discussed?
3  A  I think there was a reiteration from
4  Celera's perspective of the points that were in the
5  e-mail that we were just looked at that we should talk
6  about the joint publication and only get into the idea
7  of collaboration as a hypothetical. From our
8  perspective we thought, given that this was an
9  opportunity for a face-to-face discussion, that we
10 ought to explore that.
11 Q  How long, approximately, did the -- had the
12 meeting been going on when Tony White arrived?
13 A  I don't recall precisely. Maybe 15,
14 20 minutes, maybe half an hour.
15 Q  How long did it last after Mr. White
16 arrived?
17 A  As I recall, another hour, maybe an hour
18 and a half.
19     MR. WEISS: Please mark this as Exhibit 17.
20     (Whereupon, a document was marked as
21 Deposition Exhibit Number 17.)
22     BY MR. WEISS:
23 Q  Dr. Collins, please take the time you need
24 to review Exhibit 17 which bears Bates range FC00128

71

1  through 134.
2  A  Okay.
3  Q  Is this your handwriting on Exhibit 17?
4  A  It is.
5  Q  And these are the notes that were taken at
6  the December 29th, 1999, meeting?
7  A  They are.
8  Q  The format of these notes is consistent
9  with your note-taking practice that you described
10 earlier?
11 A  Yes. In that the first few lines, Roman
12 Numeral I and II, items one through five were notes to
13 myself about the introductory part of the meeting.
14 After that are notes about what happened.
15 Q  What was discussed at the meeting on
16 December 29th regarding the public rhetoric between
17 Celera and the HGP?
18     MR. REGAN: Objection to the form.
19     THE WITNESS: My recollection is that from
20 the perspective of the Human Genome Project this was
21 felt to be a negative influence on people's ability to
22 appreciate the importance of the science that had
23 turned into a bit of a circus.
24     BY MR. WEISS:

72

1  Q  What was discussed by the Celera
2  representatives?
3  A  I do recall and it's documented here. Tony
4  White expressing the opinion that maybe that had not
5  been such a bad thing.
6  Q  And what was the basis for his opinion?
7  A  I don't know.
8  Q  On page FC00129 do you see a little less
9  than a third of the way down it says Tony and then the
10 second line says rhetoric has been positive for stock
11 value? Do you see that?
12 A  I see it.
13 Q  Does that refresh your recollection as to
14 what Mr. White's basis was for saying that maybe the
15 rhetoric wasn't such a bad thing?
16     MR. REGAN: Objection to the form of the
17 question.
18     THE WITNESS: I don't have an independent
19 memory of that comment.
20     BY MR. WEISS:
21 Q  What was discussed at the December 29th,
22 1999, meeting regarding the benefits of a collaboration
23 for Celera?
24     MR. REGAN: Objection to the form of the

73

1  question.
2      THE WITNESS: Well, that obviously was a
3  major point of the whole discussion. You can't have a
4  successful collaboration unless both parties perceive
5  that they are benefiting in some way.
6      The sense was that Mr. White was putting
7  forward skepticism about whether there was any benefit
8  to be realized by Celera by such a collaboration.
9      I think those of us on the Human Genome
10 Project, aside of this, kept emphasizing that a better
11 product, a higher quality product would be bound to
12 ensue if you merged the two datasets than if you worked
13 with one alone. That would be the benefit.
14     BY MR. WEISS:
15 Q  What was Celera's reaction at the meeting
16 when HGP members indicated that the collaboration would
17 provide them -- would provide -- would yield a higher
18 quality product?
19     MR. REGAN: Objection to the form of the
20 question.
21     THE WITNESS: I would not say that
22 Mr. White appeared very convinced of that and he
23 certainly dominated that part of the conversation.
24     BY MR. WEISS:

### Page 74

1  Q   Did Mr. White ever indicate during the
2  meeting that a better product might ensue through a
3  collaboration?
4  A   It was not clear to me that he bought that
5  argument.
6  Q   If you could turn to page FC00132. At the
7  bottom it says: TW does buy the possibility of a
8  better product but sees it as a monopoly as crucial.
9      Is that -- have I read that correctly?
10 A   That is what it says.
11 Q   Does that refresh your recollection about
12 any discussions that were had with Tony White at the
13 meeting regarding a collaboration generating a better
14 product?
15 A   It does in the sense that it says he buys
16 the possibility. My recollection was that he had a
17 fair amount of skepticism about that. And I do recall
18 him using the word monopoly on several occasions as an
19 important goal for Celera. I will tell you that's a
20 word which stirred considerable anxiety on the part of
21 the Human Genome Project representatives.
22 Q   If you could turn to page FC00130.
23 Two-thirds of the way down it says: TW, colon, wants
24 permanent block to access.

### Page 75

1      Have I read that correctly?
2  A   Yes.
3  Q   Does that refresh your recollection
4  regarding any discussion at the meeting with Tony White
5  regarding the length of time that Celera would want
6  exclusivity?
7      MR. REGAN:  Objection to the form of the
8  question.
9      THE WITNESS:  Well, that was a major part
10 of the discussion, was what would be the period of
11 exclusivity for the merged data product. As reflected
12 here, Tony's perspective was that this should be in
13 perpetuity. That obviously is incompatible with the
14 views of the Human Genome Project. Craig Venter seemed
15 somewhat more willing to consider discussing a date.
16     BY MR. WEISS:
17 Q   Was there any proposal offered by anyone,
18 any of the HGP representatives regarding a period of
19 exclusivity for Celera?
20     MR. REGAN:  Objection to the form of the
21 question.
22     THE WITNESS:  Yes.
23     BY MR. WEISS:
24 Q   What was that proposal?

### Page 76

1      MR. REGAN:  Are we talking about merged
2  data still?
3      MR. WEISS:  So I'll ask you that.
4      THE WITNESS:  As -- as previously discussed
5  extensively amongst the Human Genome Project
6  representatives, we had come to the conclusion that
7  such a period of exclusivity on the merged dataset
8  could only really be defensible if it extended for a
9  brief period of time, perhaps a time that would match
10 what it would have taken the Human Genome Project to
11 generate an equivalent dataset on their own. And that
12 was judged to be something in the neighborhood of six
13 to twelve months.
14     BY MR. WEISS:
15 Q   And was that proposal made to Celera at the
16 December 29th meeting?
17 A   I believe it was.
18 Q   And what was Celera's action?
19 A   That was judged certainly by Tony to be
20 completely unacceptable. And my recollection is that
21 the rest of the team were putting forward more in the
22 range of 2005 or 2006 as possible dates.
23 Q   Did any of the HGP representatives at the
24 meeting respond to the 2005 date?

### Page 77

1  A   My recollection is that that was judged to
2  be impossible for the Human Genome Project to support.
3  Q   Was it communicated to Celera at the
4  meeting that that was impossible for the Human Genome
5  Project to support?
6  A   My recollection it was, that that was
7  pretty clear.
8  Q   Was there any discussion at the
9  December 29th meeting as to whether Celera -- I'm
10 sorry, whether the Human Genome Project would keep
11 sequencing after the -- after there was a merged
12 product?
13 A   Yes.
14     MR. REGAN:  Objection to the form.
15     BY MR. WEISS:
16 Q   What was that discussion?
17 A   As I've said before, the Human Genome
18 Project was committed not just to a draft but to a
19 finished rendition of the human genome sequence. And
20 it was clear there was going to be a lot of work to do
21 even after a merging of the two datasets. And that
22 that that would be the responsibility, at least in
23 part, or maybe in whole, of the Human Genome Project to
24 carry out.

**Page 78**

1          There was a specific concern that had been
2  discussed amongst the Human Genome Project participants
3  prior to this meeting about whether there would be a
4  prohibition on the use of the merged dataset in order
5  to design those follow-up sequencing reads; or whether
6  they would essentially be forced to duplicate all of
7  that work because of restrictions on access even for
8  the purpose of designing subsequent experiments.
9          That was brought up. And it did appear to
10 be a point of considerable contention. Again, with the
11 Celera leadership, particularly Mr. White, not
12 expressing enthusiasm for the idea of having the merged
13 dataset used in that way.
14    Q    Was there a discussion as to -- at the
15 December 29th meeting -- as to whether the Human Genome
16 Project data that would be generated from a merged
17 product could be deposited into GenBank?
18    A    There was certainly a discussion about in
19 what media would this data be accessible and whether
20 this would be solely available through an Internet site
21 operated by Celera or whether there would be other
22 sites where the data could appear, whether there would
23 or would not be a DVD that contained the sequence.
24    Q    If you can turn to the top of page FC00132.

**Page 79**

1  And the first sentence says: Tony objects to our using
2  Celera data to develop additional data by HGP that goes
3  into a public database.
4          Do you see that?
5     A    Yes.
6     Q    Does that refresh your recollection of a
7  discussion at the meeting regarding that issue?
8     A    It's what I was talking about a moment ago,
9  that Tony objected to the idea of a merged dataset
10 being used by the public project to design additional
11 sequencing experiments. And, of course, the public
12 project being the public project would, by definition,
13 put that data into public databases. And he objected
14 to that outcome.
15    Q    And what was the HGP's response to that
16 objection?
17    A    I think considerable dismay in that, if
18 implemented, that would essentially tie the hands of
19 the Human Genome Project in terms of carrying out an
20 efficient finishing strategy and force the
21 reduplication of all of the data that Celera had
22 contributed.
23    Q    How did the meeting end?
24    A    It was awkward. It was clear we had not

**Page 80**

1  found much in the way of evidence of common ground.
2  Certainly from the Human Genome Project perspective we
3  wished to hold out some hope that that might yet be
4  found. Suggested that it would be worth having some
5  further discussions without clearly defining what those
6  would be. Some of the people in the room were in a
7  hurry to make plane flights and so it -- it broke up
8  without a clear conclusion of what the next steps would
9  be, only a hope that there might be some.
10    Q    Was in any discussion of any specific
11 further steps?
12    A    There was certainly a general sense that it
13 might be useful to try to come back to define what the
14 shared principles were, if we could extract them from
15 what had been a difficult meeting, but I -- certainly
16 speaking for myself it wasn't clear how we would
17 accomplish that.
18    Q    Was it clear at the end of the meeting that
19 if Celera didn't lessen its period of exclusivity from
20 2005 that there would be no collaboration regarding
21 merged data?
22         MR. REGAN: Objection to the form of the
23 question.
24         THE WITNESS: I think from the perspective

**Page 81**

1  of the four of us that were at the meeting we were
2  pretty clear that that was a deal breaker. Obviously
3  we were there representing a larger group and would
4  have to circle back and discuss that before making a
5  permanent decision.
6         BY MR. WEISS:
7     Q    Did you have a discussion with the other
8  members of the HGP who were at the meeting after the
9  meeting?
10    A    Yes.
11    Q    And where did that discussion occur?
12    A    At the hotel. It was brief. I can't
13 remember who had to run to the airport next but it was
14 brief, sort of postmortem.
15    Q    And what was discussed during that
16 postmortem?
17    A    I think an effort to try to quickly see
18 where we were and whether there were any grounds for
19 coming back to some sort of alternative proposal.
20    Q    Was there any discussion that if Celera
21 didn't change its demands at all that there would be a
22 reason to continue having collaboration discussions?
23         MR. REGAN: Objection to the form of the
24 question.

21 (Pages 78 to 81)

**Page 82**

1  THE WITNESS: From my recollection the four
2  of us felt that if what we had heard at that meeting
3  was truly the final position, that we would not be able
4  to find our way towards a collaborative model.
5  BY MR. WEISS:
6  Q   Was there any discussion at the
7  December 29th meeting regarding a possible press
8  release about the meeting or about the negotiation?
9  A   I don't remember. Obviously there had been
10 this discussion prior to the meeting about having such
11 a press statement. I don't recall any follow-up either
12 because I've forgotten it or because it simply fell off
13 the list at that point after a meeting that occurred
14 not making much progress.
15 Q   So you don't remember any follow-up after
16 the December 29th meeting or thereafter?
17 A   I don't.
18 MR. WEISS: Please mark this as Exhibit 18.
19 (Whereupon, a document was marked as
20 Deposition Exhibit Number 18.)
21 BY MR. WEISS:
22 Q   Dr. Collins, please take a look at what has
23 been marked as Exhibit 18 which bears Bates range
24 FC00150 through 151.

**Page 83**

1  A   Okay.
2  Q   Have you seen this e-mail before?
3  A   I don't recall it.
4  Q   Do you recall sending an e-mail to other
5  members of the HGP regarding the issues to be
6  negotiated that had developed after -- as a result of
7  the December 29th meeting?
8  A   I recall that I asked Bob Waterston, or a
9  group of us did, to try to summarize the areas of
10 agreement and difference. And it would have been quite
11 natural then to try to distribute that to the rest of
12 the group as a way of informing them of the substance
13 of what had happened.
14 Q   And is the draft statement of issues to be
15 negotiated from Bob Waterston consistent with what
16 occurred at the December 29th meeting?
17 A   Yes, it is.
18 MR. REGAN: Objection to the form of the
19 question.
20 BY MR. WEISS:
21 Q   The second to the last sentence of the
22 first paragraph says: A major question is whether
23 these positions largely put forward by Tony White are
24 hardened or just an opening gambit.

**Page 84**

1  Do you see that?
2  A   Yes.
3  Q   What -- why was that an issue for the HGP
4  as to whether they were hardened or an opening gambit?
5  MR. REGAN: Objection to the form.
6  THE WITNESS: As I said, if the positions
7  that we had heard of December 29th were, in fact,
8  immovable, then there didn't appear to be any real
9  chance of a positive outcome to this collaborative
10 model. All of us wondered, is this a negotiation
11 strategy where you lay out your most extreme position
12 and then plan on some negotiation to bring it back to
13 some sort of a middle ground.
14 BY MR. WEISS:
15 Q   Did you subsequently have a discussion, a
16 telephone discussion with Tony White to attempt to
17 determine whether their positions were negotiating
18 positions or were hardened?
19 A   I did.
20 Q   And what happened during that telephone
21 conversation?
22 A   I initially tried to have a conversation
23 about this with Venter and I was referred to Tony
24 White. This was a conversation on a Saturday. He was

**Page 85**

1  on vacation. We went through a revisitation of the
2  issues that had been discussed on December 29th. He
3  gave no indication of any willingness to moderate the
4  Celera perspective.
5  Q   Turning back to Exhibit 18 page FC00151.
6  Have you had the opportunity to review the section that
7  says message from Paul Gilman?
8  A   Yes.
9  Q   Did that section -- did that section of the
10 e-mail refresh your recollection as to whether there
11 was any discussion of a possible press release after
12 the December 29th meeting?
13 A   It's not an area that I have an independent
14 recollection of, but obviously I have no reason to
15 question that this e-mail was what Paul had expressed
16 what it says it says.
17 Q   And do you have any reason to question that
18 you sent this e-mail to other members of the HGP?
19 A   No.
20 Q   Do you recall, generally, that Celera
21 wanted to keep the December 29th meeting from the
22 public?
23 MR. REGAN: Objection to the form of the
24 question.

22 (Pages 82 to 85)

**Page 86**

```
 1          THE WITNESS: I think there had been
 2   agreement ahead of time that there would be no
 3   revelation of this to the press without a joint
 4   agreement of the timing and manner of such discussions.
 5          BY MR. WEISS:
 6       Q   Do you recall any -- Celera taking the
 7   position that it was not prepared -- that after the
 8   December 29th meeting it was not prepared to enter into
 9   a joint agreement regarding a public statement?
10          MR. REGAN: Objection to the form of the
11   question.
12          THE WITNESS: I have no independent
13   recollection other than what you have just showed me,
14   the e-mail from Mr. Gilman.
15          MR. WEISS: Mark this as Exhibit 19.
16          (Whereupon, a document was marked as
17   Deposition Exhibit Number 19.)
18          BY MR. WEISS:
19       Q   Dr. Collins, please take the time you need
20   to review Exhibit 19 which is FC00154.
21       A   Okay.
22       Q   Have you seen this e-mail before?
23       A   I don't recall it.
24       Q   Do you recall communicating about your
```

**Page 87**

```
 1   discussion with Tony White in January of 2000 to the
 2   other members of the HGP who had been at the
 3   December 29th meeting?
 4       A   Yes.
 5       Q   Is this -- is the text of this e-mail
 6   consistent with your recollection of what transpired
 7   during your telephone call with Tony White?
 8       A   Yes.
 9       Q   And at the beginning of the second
10   paragraph it says: My goal in the phone call was to
11   explore possible dates for a second face-to-face
12   meeting, not to get involved in any actual
13   negotiations.
14          Do you see that?
15       A   Yes.
16       Q   Is that a correct statement of the reason
17   that you called Tony White?
18       A   Yes. In -- in recalling this, it was
19   also -- I think its says here -- to get some sense
20   about whether the Celera position had changed since the
21   December 29th meeting or whether it was, in fact,
22   hardened into what we had already heard.
23       Q   If it was, in fact, the case that the
24   Celera position had been -- was hardened to what was
```

**Page 88**

```
 1   expressed in the December 29th meeting, did the members
 2   of the HGP think there was any reason for another
 3   face-to-face meeting?
 4          MR. REGAN: Objection to the form of the
 5   question.
 6          THE WITNESS: I think there was still some
 7   hope that in such a face-to-face meeting there might be
 8   an opportunity to find some more common ground. I
 9   think the likelihood in most people's minds at that
10   point was felt to be pretty low.
11          BY MR. WEISS:
12       Q   Was whatever small likelihood existed based
13   on the hope that Celera would soften some of its
14   positions?
15          MR. REGAN: Objection to the form of the
16   question.
17          THE WITNESS: It was based on the hope that
18   we could find some model for collaboration that would
19   be acceptable to both sides.
20          BY MR. WEISS:
21       Q   Was there any thought that if Celera did
22   not change any of its positions that there could be
23   such a model?
24          MR. REGAN: Objection to the form of the
```

**Page 89**

```
 1   question.
 2          THE WITNESS: I think there was a general
 3   sense that what we had heard on December 29th would not
 4   provide a workable framework.
 5          BY MR. WEISS:
 6       Q   Do you recall any discussions you had with
 7   the other members of the HGP who were at the
 8   December 29th meeting after informing them what had
 9   transpired during your January conversation with Tony
10   White?
11       A   I don't have a clear recollection of the
12   next steps.
13       Q   Did you try to reach Dr. Venter after you
14   had your conversation with Tony White?
15       A   Yes.
16       Q   What was your purpose in trying to reach
17   Dr. Venter?
18       A   Again, in the hopes that some way of
19   keeping this alive might be found and having, in my
20   conversation with Tony White, not had him completely
21   close the door to that. I believe it was his
22   suggestion that if there was to be another follow-up
23   discussion, that I ought to coordinate that through
24   Dr. Venter. That's my recollection. But, yes, I did
```

23 (Pages 86 to 89)

**Page 90**

1  try to reach Craig on several occasions.
2      Q   Did you ever successfully reach Dr. Venter?
3      A   I did not.
4      Q   Did there come a time when the HGP decided
5  to send a letter to Celera regarding the collaboration
6  negotiation?
7      A   So after three or four weeks of failed
8  attempts to be able to reach Dr. Venter by e-mail or
9  telephone, it seemed again to the HGP leaders that this
10 was at an impasse. Clearly we're not getting any
11 encouragement to continue. It also seemed that it
12 would be a good idea to document the exact nature of
13 the areas of disagreement.
14          I think we had some sense of history here
15 that people would wonder in the future, if there was an
16 attempt at collaboration, why didn't it work. And we
17 wanted to be sure we had it right. Hence, the
18 construction of a letter that tried to put down in
19 black and white where we perceived the areas of
20 agreement and disagreement had lodged.
21     Q   And did you create the first draft of that
22 letter?
23     A   I did.
24         MR. WEISS: Mark this as Exhibit 20.

**Page 91**

1          (Whereupon, a document was marked as
2  Deposition Exhibit Number 20.)
3          BY MR. WEISS:
4      Q   Is this the first draft of the letter to
5  Celera that you created?
6      A   Yes, it is.
7      Q   You sent that draft, as indicated here, to
8  the recipients at the top of the e-mail on Exhibit 20?
9      A   Yes.
10     Q   Did anyone at the HGP ever indicate to you
11 that anything in this draft letter was inaccurate?
12         MR. REGAN: Objection to the form of the
13 question.
14         THE WITNESS: I don't recall that.
15         MR. WEISS: Mark this as Exhibit 21.
16         (Whereupon, a document was marked as
17 Deposition Exhibit Number 21.)
18         BY MR. WEISS:
19     Q   Dr. Collins, please take the time you need
20 to review Exhibit 21 which is CG000327 through 330.
21     A   Okay.
22     Q   Dr. Collins, is Exhibit 21 the version of
23 the letter that was sent to Celera?
24     A   Yes.

**Page 92**

1      Q   Did there come a time where you made an
2  agreement with -- with Dr. Venter to agree to make
3  joint public announcements regarding the Celera genome
4  sequence and the HGP genome sequence?
5      A   There did.
6      Q   And how did that come about?
7      A   It came about in a series of private
8  meetings between myself, Dr. Venter and Dr. Ari
9  Patrinos in the Department of Energy. And those
10 meetings occurred, as I recall, beginning in late April
11 and in May and early June of 2000.
12     Q   Who initiated those meetings?
13     A   I did.
14     Q   And why did you initiate those meetings?
15     A   Well, fast forwarding a bit from this time
16 line we've been looking at, it was pretty clear by
17 mid-April that the continued attention in the press to
18 the so-called race to sequence the human genome was not
19 serving science well; that both groups were in a
20 position to be able to announce the achievement of
21 draft coverage within a month or two; and there, the
22 possibility of a very unpleasant rollout of what should
23 have been a historic and noble project was quite real.
24         So after consulting with Dr. Kirschstein,

**Page 93**

1  who at that point was the acting director of NIH, I
2  approached Dr. Patrinos about serving as a host for a
3  highly confidential meeting between myself, Dr. Venter
4  and Dr. Patrinos to consider the possibility of a joint
5  announcement and potentially joint publication.
6          Note, however, this is not about
7  collaboration or merging of datasets but more about the
8  logistics of making announcements and publishing
9  papers.
10     Q   So were these -- were these meetings
11 essentially unrelated to the December 29th meeting?
12         MR. REGAN: Objection to the form of the
13 question.
14         THE WITNESS: I think it would be fair to
15 say it was a totally different model at a different
16 time.
17         BY MR. WEISS:
18     Q   Are you aware that Celera conducted a
19 secondary offering of -- or that PE conducted a
20 secondary offering of Celera Genomics tracking stock in
21 February 2000?
22     A   I'm aware now. I was not aware then.
23     Q   So you never read the prospectus in
24 connection with that offer?

**Page 94**

1  A   I did not.
2  Q   Can you state for me your post high school
3  education?
4  A   Well, sure, if you've got the time. I
5  was -- I received an undergraduate degree in chemistry
6  at the University of Virginia. I went on to get a
7  Ph.D. in physical chemical at Yale. Following that I
8  went to the University of North Carolina where I
9  received a medical degree. After that I carried out a
10 followship in human genetics in pediatrics at Yale and
11 then joined the faculty at the University of Michigan.
12 I remained there until 1993 when I came to the NIH to
13 lead the Human Genome Project.
14 Q   I just want to take a short break and go
15 over my notes, but I think I'm finished. I just want
16 to look at my notes.
17     (A discussion was held off the record.)
18     EXAMINATION BY MR. REGAN:
19 Q   Dr. Collins, I just wanted to ask you a few
20 follow-up questions that will cover many of the same
21 subjects that you addressed with Mr. Weiss earlier.
22     The first is your preparation for this
23 deposition. In connection with your preparation for
24 this deposition, did you have any conversations with

**Page 95**

1  Mr. Weiss?
2  A   No.
3  Q   Did you have any conversations with
4  Mr. Dumain?
5  A   No.
6  Q   Anyone else at Milberg Weiss?
7  A   No.
8  Q   Did anyone at Milberg Weiss send you any
9  documents that were produced in this case?
10 A   No.
11 Q   You said that you reviewed the Dr. Varmus
12 transcript?
13 A   Very sketchily, yes.
14 Q   Did you review any other transcripts?
15 A   No.
16 Q   Earlier this morning Mr. Weiss asked you
17 about your understanding of Celera's business plan in
18 or around the late 1999 early 2000 time period.
19     Do you recall that?
20 A   I do.
21 Q   You testified in sum or substance that you
22 thought Celera intended to profit by limiting access to
23 the genome.
24     Do you recall that as well?

**Page 96**

1  A   I'm not sure those were my exact words but
2  something along that line.
3  Q   And you also testified that your
4  understanding of Celera's business plan was based on
5  certain public statements by Dr. Venter.
6      Do you recall that as well?
7  A   Yes.
8  Q   What statements by Dr. Venter are you
9  referring to in that testimony?
10 A   I could not point you to specific dates and
11 times but I don't think there was much of a secret
12 about the fact that Celera aimed to be the Bloomberg of
13 the genome that would provide annotated information
14 about the genome that people would be willing to pay
15 for and thereby recover their investment in generating
16 those databases.
17 Q   Mr. Weiss also asked you if you had read
18 the prospectus prepared in connection with Celera's
19 secondary public offering.
20     Do you recall that?
21 A   I do recall that.
22 Q   You said you had not read the prospectus.
23 A   I had not.
24 Q   Did you read the registration statement

**Page 97**

1  prepared in connection with Celera's secondary public
2  offering?
3  A   No.
4  Q   Have you ever read any Celera annual report
5  also known as a form of report on form 10K filed with
6  the Securities and Exchange Commission?
7  A   No.
8  Q   Have you ever read any Celera quarterly
9  report also known as form 10Q filed with the Securities
10 and Exchange Commission?
11 A   No.
12 Q   Have you ever seen any internal Celera
13 documents describing what company's business plan was
14 in the 1999, 2000 timeframe?
15 A   Internal documents, no.
16 Q   In terms of Celera?
17 A   No.
18 Q   Jumping around a bit. Earlier today you
19 testified that during the December 29th, 1999, meeting
20 Tony White indicated on several occasions that monopoly
21 was an important goal for Celera.
22     Do you recall that testimony?
23 A   I do.
24 Q   Do you recall what specifically Mr. White

```
                                                     98
 1  said with regard to monopoly as an important goal for
 2  Celera?
 3      A    I don't recall the exact wording but the --
 4  the word monopoly certainly stuck in my mind. And the
 5  implication was that Celera would be best served by
 6  having a monopoly on genome information.
 7      Q    Did Mr. White indicate how he planned to
 8  obtain a monopoly?
 9      A    Well, it was part of a conversation about
10  having a limitation on access to the merged dataset or
11  a prolonged and perhaps indefinite period of time
12  except under Celera's terms.
13      Q    Did anyone at Celera ever say to you in sum
14  or substance that a collaboration with the Human Genome
15  Project was a component of Celera's business plan?
16      A    No.
17      Q    In the course of your negotiations or
18  discussions regarding a possible collaboration, did you
19  ever see any document that says in sum or substance a
20  collaboration with the Human Genome Project was a
21  component of Celera's business plan?
22           MR. WEISS: Objection.
23           THE WITNESS: No.
24           MR. REGAN: Can we mark as Exhibit 22 a
```

```
                                                     99
 1  three-page document bearing Bates numbering FC0011
 2  through 13.
 3           (Whereupon, a document was marked as
 4  Deposition Exhibit Number 22.)
 5           MR. REGAN: And as Exhibit 23 a one-page
 6  document bearing Bates number FC00116.
 7           (Whereupon, a document was marked as
 8  Deposition Exhibit Number 23.)
 9           BY MR. REGAN:
10      Q    Dr. Collins, I will ask you to take a
11  moment to familiarize yourself with the documents that
12  we have marked as Exhibits 22 and 23. In the interest
13  of getting you to your evening appointment my questions
14  will focus on Exhibit 22 on the second paragraph on
15  page FC0012.
16      A    All right.
17      Q    Earlier today you referred to a cooperative
18  model and collaborative models.
19           Do you recall using those terms?
20      A    Yes, I do.
21      Q    Did you use those terms interchangeably or
22  did you have something different in mind when you
23  referred to a cooperative model as compare to a
24  collaborative model?
```

```
                                                    100
 1      A    I probably was not as precise as I might
 2  have been in the use of those terms but I think there
 3  is a difference.
 4      Q    And what is the difference?
 5      A    A cooperative model is ultimately what we
 6  ended up with which was an agreement to have a joint
 7  announcement and to try to coordinate publications. A
 8  collaborative model involves actual shared scientific
 9  effort not -- not at an arm's lengths, but is a team
10  spirited enterprise where you actually put scientists
11  from both teams together to achieve a joint goal.
12      Q    Prior to the December 29th meeting did
13  anyone at Celera ever inform that you they were that
14  Celera was primarily interested in a cooperative model
15  rather than a collaborative model?
16      A    I believe that both models were on the
17  table during that time period.
18      Q    Let me direct your attention to Exhibit 22.
19  I know you've looked at it and my questions -- let me
20  direct your attention specifically to the second
21  paragraph on page FC0012. Actually, let's back up a
22  step.
23           Your name does not appear anywhere this
24  document, but the FC at the bottom indicates that it
```

```
                                                    101
 1  was produces from your files. Have you ever seen this
 2  document before today?
 3      A    I was puzzled about that too. I don't
 4  recall seeing it.
 5      Q    Do you recall receiving any communications
 6  from Paul Gilman in or around the mid-October 1999
 7  timeframe?
 8      A    No.
 9      Q    The second paragraph on page FC00012 says:
10  As you know, the Celera senior management, senior
11  scientists, and the scientific advisory board have had
12  extensive discussions as to what we can
13  realistically -- I think there's a missing word
14  there -- but realistically be accomplished at this time
15  given the extent of progress and different strategies
16  by Celera and the public programs. While we are
17  willing to consider yours, let's rethink the whole
18  effort, philosophy indicated by option number 2 below.
19           Our more conservative and, therefore, more
20  likely to succeed proposal is the cooperative effort
21  proposal number 1. As you know, these are refinements
22  of the terms you outlined to us based upon our previous
23  discussions.
24           Did you ever have any discussions in the
```

26 (Pages 98 to 101)

**Page 102**

1  October 1999 time period with Dr. Lander regarding the
2  idea that Celera might be more interested in a
3  cooperative model rather than a collaborative model?
4       A    I don't recall those.
5       Q    Did you ever have any discussions with
6  Dr. Lander regarding a communication from Paul Gilman
7  indicating that Celera was more interested in a
8  cooperative model?
9       A    I don't recall that.
10      Q    You testified to a conversation you had
11 with Dr. Venter the night before the December 29th
12 meeting.
13           Do you recall that?
14      A    Yes.
15      Q    At that meeting did Dr. Venter indicate to
16 you that Celera was more interested in a cooperative
17 model rather than a collaborative model?
18      A    I think as I explained earlier, he
19 expressed dissatisfaction with the agenda and the
20 shared principles that had been sent ahead and proposed
21 an alternative way to construct the meeting, and that
22 included both the cooperative and the collaborative
23 model; but the way in which those were ordered
24 suggested starting with the cooperative first.

**Page 103**

1       Q    Other than changing the order, did
2  Dr. Venter give any indication as to which model he
3  thought preferable building?
4       A    I don't recall that he did.
5       Q    Let me direct your attention to Exhibit 23.
6  First question is that there's no date on this e-mail.
7  Do you know when it was written?
8       A    So as I explained earlier, occasionally I
9  would print out an e-mail right before I would hit send
10 and this presumably is one of those. From the context
11 this would appear to have been written on
12 December 28th.
13      Q    Prior to the meeting?
14      A    Yes.
15      Q    The second paragraph says, in a nutshell,
16 the Celera team is rattled by the documents. Venter
17 indicates he is was convinced that a collaboration and
18 a joint publication is the right model and proposes
19 that a simple agreement should co-submit and avoid
20 rhetoric in the meantime might be preferable.
21           Does that document refresh your
22 recollection in any way as to whether Dr. Venter
23 indicated that Celera would prefer a cooperative model
24 as opposed to a collaborative model?

**Page 104**

1       A    Again, I don't have a clear independent
2  recollection of that conversation.
3       Q    When you wrote e-mails to your colleagues
4  on the HGP, was it generally your practice to
5  accurately record information that you were passing
6  along?
7       A    Yes, it was.
8       Q    Do you have any reason to believe that this
9  e-mail does not accurately record information that you
10 learned in your conversation on December 28th, in your
11 December 28th conversation with Dr. Venter?
12      A    No.
13      Q    Dr. Collins, what is the Bermuda Accord?
14      A    The international Human Genome Project
15 leadership met in Bermuda in 1996; the first gathering
16 of the group that was going to scale up and sequence
17 the human genome.
18           At the last session of that meeting we had
19 an intense discussion about what the policy should be
20 for data release which led to the unanimous conclusion
21 of all of the groups represented there, including
22 myself, that this data should be placed on to the
23 Internet every 24 hours as an assembly had reached a
24 size of 1 or 2 kilobases.

**Page 105**

1       Q    Were there any restrictions placed on the
2  data on what users could do with the data?
3       A    No.
4       Q    Was Celera able to download the data
5  produced by the Human Genome Project and do whatever
6  Celera wanted to the with it?
7       A    It was there for people to use. Let me
8  point one scientific etiquette issue which was
9  discussed somewhat at that point, but I think flushed
10 out further later on, that this was after all a
11 pre-publication release of data for scientists to use
12 that it would be considered a breach of scientific
13 educate for others to download the entire dataset and
14 attempt to publish it in advance of the opportunity for
15 those who had generated the data for to do so.
16      Q    Was there any restriction on Genbank's said
17 that that one could not download or publish the data
18 without providing appropriate credit?
19           MR. WEISS: Objection.
20           THE WITNESS: There were numerous
21 discussions with Genbank about the possibility about
22 placing such a note in the database. Their policies
23 which dated back many years and were part of the
24 international agreement they had with other public

27 (Pages 102 to 105)

**Page 106**

1  databases did not allow them to place any such
2  statements on any records that were in Genbank. So
3  that did not happen.
4       BY MR. REGAN:
5    Q   So other than scientific etiquette there
6  were no restrictions what users could do with data
7  generated by the Human Genome Project.
8    A   If you interpret scientific etiquette to
9  include this general principal that you don't publish
10 somebody else's data before they have a chance to, and
11 that is not only etiquette, it's also a matter that you
12 shouldn't be publishing data that you've not had the
13 chance to personally verify. That was the one
14 exception.
15   Q   Any restrictions on users downloading and
16 reselling data or using it to verify their own work?
17 Any restrictions of that type?
18       MR. WEISS: Objection.
19       THE WITNESS: Only to the extent that it
20 involved publication.
21       BY MR. REGAN:
22   Q   Leading up to the December 29th, 1999,
23 meeting, Celera and the Human Genome Project discussed
24 what issues would need to be resolved to achieve a

**Page 107**

1  merged dataset?
2    A   Yes.
3    Q   Isn't it fair to say as a result of the
4  Bermuda accord Celera could create its own merged
5  dataset without an agreement with the HGP?
6    A   Hence, they were doing so and continue to
7  do so.
8        MR. ROBERTSON: Excuse me.
9        (Counsel confers with Witness.)
10       BY MR. REGAN:
11   Q   Did any of your discussions with your
12 colleagues at HGP in the latter part of the 1999, early
13 part of the 2000, address restrictions on what Celera
14 could or could not do with its own dataset in the event
15 a collaboration never happened?
16   A   In the event a collaboration never
17 happened?
18   Q   Right.
19   A   No. I don't recall that that was part of
20 the conversation.
21   Q   Did the HGP ever take any steps to limit
22 what Celera could or could not do with Celera's own
23 data in the event of collaboration ever happened?
24       MR. WEISS: Objection.

**Page 108**

1        THE WITNESS: Not that I know of.
2        BY MR. REGAN:
3    Q   Earlier you discussed with Mr. Weiss a
4  press release or the possibility of issuing a press
5  release to provide I guess the public with notice that
6  the HGP and Celera were, in fact, having discussions.
7        Do you recall that?
8        MR. WEISS: Objection.
9        THE WITNESS: Yes.
10       BY MR. REGAN:
11   Q   Do you recall whether that press release
12 included details as to what Celera's position was, what
13 the HGP's position was, what points of disagreement
14 were?
15       MR. WEISS: Objection.
16       THE WITNESS: The only discussion about
17 this that led to actually drafting of what the text
18 would be was just before the December 29th meeting, and
19 it was very generally.
20       BY MR. REGAN:
21   Q   Was there any discussion on the HGP's side
22 after the December 29th meeting about the possibility
23 of issuing a press release disclosing what had happened
24 at the December 29th meeting, what positions that the

**Page 109**

1  HGP took, what positions that Celera took, and what the
2  points of disagreement were?
3        MR. WEISS: Objection.
4        THE WITNESS: I don't believe there was a
5  discussion of a press release. I think there was a
6  discussion on one of our HGP calls about whether the
7  letter that was being written to Celera outlining the
8  areas that had led to an inability to reach agreement
9  might ultimately become public.
10       BY MR. REGAN:
11   Q   Let me direct your attention to the shared
12 principles document that you discussed with Mr. Weiss
13 earlier.
14       You testified that there were numerous
15 iterations of that document beginning from November 14,
16 1999, up until the day just prior to the meeting with
17 Celera on December 29th?
18   A   Perhaps even before November 14th.
19   Q   Was Celera involved in the drafting of the
20 original shared principles document, the original
21 version of the shared principles document?
22   A   I'm not aware of the details of the
23 discussions that occurred between Dr. Lander and
24 Dr. Hunkapiller and Dr. Venter. So I don't know.

28 (Pages 106 to 109)

### Page 110

1  Q   Discussions aside, do you have any
2  knowledge that Celera was actually involved in drafting
3  the first version of the shared principles document?
4  A   I have no knowledge of that.
5  Q   Was Celera -- did Celera participate in
6  making revisions to the shared principles document from
7  November up until the meeting?
8  A   No, not to my knowledge.
9  Q   Was Celera copied on the different drafts?
10  A   No.
11  Q   Do you know when the first time that Celera
12  received the shared principles document was?
13  A   I don't know whether they saw versions of
14  that prior to November. I know that they were sent the
15  version that we have talked about today on
16  December 28th.
17  Q   Do you know if they saw that version at any
18  time prior December 28th?
19  A   That particular version was just
20  constructed a few days before. They did not see it
21  until the 28th.
22  Q   Did you personally send any iterations of
23  the shared principles document to Celera?
24  A   No.

### Page 111

1  Q   Do you have any knowledge -- do you know
2  whether other members of the HGP sent versions of the
3  shared principles document to Celera prior to
4  December 28th?
5  A   I don't know. Specifically, I don't know
6  whether Dr. Varmus and his conversations with
7  Dr. Levine actually referred to the documents as a
8  object or whether it was a verbal discussion.
9  Q   When the HGP members use the term shared
10  principles, who shared those principles?
11  A   Again, that's a term of art that was
12  developed by Dr. Lander after his conversations with
13  Hunkapiller and Venter.
14      MR. REGAN:  I have no further questions at
15  this time.
16      MR. WEISS:  I have no questions as well.
17      THE WITNESS:  Well, thank you all for being
18  so efficient.
19      (A discussion was held off the record.)
20           - - -
21      (Reading and signature not waived.)
22  (Whereupon, at 4:45 p.m., deposition was adjourned.)
23           - - -
24

### Page 112

1  CERTIFICATE OF DEPONENT
2
3
4
5      I hereby certify that I have read and
6  examined the foregoing transcript, and the same is a
7  true and accurate record of the testimony given by me.
8
9      Any additions or corrections that I feel
10  are necessary, I will attach on a separate sheet of
11  paper to the original transcript.
12
13
14  _____
    FRANCIS COLLINS, Ph.D, M.D.

### Page 113

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2      I, Steven Poulakos, registered Professional
3  Reporter, the officer before whom the foregoing
4  proceedings were taken, do hereby certify that the
5  foregoing transcript is a true and correct record of
6  the proceedings; that said proceedings were taken by me
7  stenographically and thereafter reduced to typewriting
8  under my supervision; and that I am neither counsel
9  for, related to, nor employed by any of the parties to
10  this case and have no interest, financial or otherwise,
11  in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set my
13  hand and affixed my notarial seal this 29th day of
14  June, 2005.
15
16
17  _____
    Steven Poulakos,
18  NOTARY PUBLIC IN AND FOR
    THE STATE OF MARYLAND
19
20
21
22
23  My commission expires:
24  June 17, 2006