UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
: 
: 
: 
: 
: 
In re PE Corporation Securities Litigation : Master File No. 3:00 CV 705 (CFD)
: 
: August 10, 2005
: 
: 
: 
-----------------------------------------------------------------x

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL
REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants PE Corporation, Tony L. White, Dennis L. Winger and Vikram Jog ("Defendants"), by their undersigned counsel, hereby move this Court for leave to file a supplemental reply memorandum of law in further support of their motion for summary judgment.

In support of this motion Defendants state that plaintiffs requested and were granted leave to file a supplemental memorandum in opposition to Defendants' motion for summary judgment based on testimony from Dr. Francis Collins obtained after briefing of the summary judgment motion had been completed. The testimony obtained from Dr. Collins further supports Defendants' motion for summary judgment as set forth in detail in the attached supplemental reply memorandum. (See Exhibit A)

## **Relief Requested**

Defendants respectfully request that they be granted leave to file the attached supplemental reply memorandum.

| | |
|---|---|
| OF COUNSEL: | DEFENDANTS PE CORPORATION, TONY L. WHITE, DENNIS L. WINGER and VIKRAM JOG |
| Michael J. Chepiga (ct01173)<br>Robert A. Bourque (ct05269)<br>William M. Regan (ct25100)<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>(212) 455-2000<br>(212) 455 2502 (fax)<br>mchepiga@stblaw.com (e-mail) | By:   /s/ Stanley A. Twardy, Jr.<br>        Stanley A. Twardy, Jr. (ct05096)<br>        Thomas D. Goldberg (ct04836)<br>        Terence J. Gallagher (ct22415)<br>        Day, Berry & Howard LLP<br>        One Canterbury Green<br>        Stamford, CT 06901<br>        (203) 977-7300<br>        (203) 977-7301 (fax)<br>        tdgoldberg@dbh.com (e-mail) |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent by first class mail this 10th day of August, 2005, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq. | Sanford P. Dumain, Esq. |
| Hurwitz, Sagarin & Slossberg, LLC | Carlos F. Ramirez, Esq. |
| 147 N. Broad Street | Milberg Weiss Bershad & Schulman LLP |
| P.O. Box 112 | One Penn Plaza – 49th Floor |
| Milford, CT 06460 | New York, NY 10119 |
|     Liaison Counsel |     Lead Counsel for Plaintiffs |

                                                            /s/
                                                  Terence J. Gallagher