UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
:
:
:
:
In re PE Corporation Securities Litigation    :    Master File No. 3:00 CV 705 (CFD)
:
:    August 16, 2005
:
:
---------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves to withdraw as counsel of record for the undersigned in the above-captioned matter on behalf of defendants PE Corporation, Tony L. White, Dennis L. Winger, and Vikram Jog. The defendants will continue to be represented by Simpson Thacher & Bartlett LLP and Day, Berry & Howard LLP.

By: _____
Kevin D. Lewis (ct21591)
Berkshire Hathaway Group
100 First Stamford Place
Stamford, CT 0690
klewis@berkre.com (e-mail)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent by first class mail this 19th day of August, 2005, to:

| | |
|---|---|
| J. Daniel Sagarin, Esq.<br>Hurwitz, Sagarin & Slossberg, LLC<br>147 N. Broad Street<br>P.O. Box 112<br>Milford, CT 06460 | Sanford P. Dumain, Esq.<br>Carlos F. Ramirez, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Penn Plaza – 49th Floor<br>New York, NY 10119 |
| Liaison Counsel | Lead Counsel for Plaintiffs |

_____
Terence J. Gallagher