D. Conn. – New Haven
00-cv-705
Droney, J.

FILED
2005 OCT 14 P 1: 24
U.S. DISTRICT COURT
NEW HAVEN

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the *15 TH* day of *AUGUST* two thousand and five,

*FILED AUG 15 2005 Roseann B. MacKechnie, Clerk SECOND CIRCUIT*

Present:
    Hon. Robert A. Katzmann,
    Hon. Richard C. Wesley,
    Hon. Peter W. Hall,
        *Circuit Judges.*

---

In re PE Corporation Securities Litigation.

---

David Berlin, et al.,

        Plaintiffs-Respondents,

v.                                                                 05-8010

PE Corporation, et al.,

        Defendants-Petitioners.

---

Defendants petition for permission to appeal, pursuant to Fed. R. Civ. P. 23(f), the district court's order granting plaintiffs' motion for class certification. Upon due consideration, it is ORDERED that the petition is DENIED, as an immediate appeal of the order is not warranted. See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd., 262 F.3d 134, 139-40 (2d Cir. 2001).

                FOR THE COURT:
                Roseann B. MacKechnie, Clerk

                By: *[signature]*
                Oliva M. George, Deputy Clerk

SAO-KF

**A TRUE COPY**
Roseann B. MacKechnie, CLERK
by *[signature]*
    DEPUTY CLERK

ISSUED AS MANDATE   SEP – 6 2005