**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE PE CORPORATION SECURITIES LITIGATION | :<br>:<br>:<br>: | Master File No. 3:00CV705(CFD) |

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

TO:  **ALL PERSONS WHO PURCHASED THE COMMON STOCK OF PE CORPORATION CELERA GENOMICS GROUP ("CELERA") IN OR TRACEABLE TO A SECONDARY PUBLIC OFFERING OF CELERA COMMON STOCK CONDUCTED BY PE CORPORATION ON OR ABOUT FEBRUARY 29, 2000, EXCLUDING DEFENDANTS, MEMBERS OF THE INDIVIDUAL DEFENDANTS' IMMEDIATE FAMILY, PE CORPORATION'S OFFICERS AND DIRECTORS, ANY ENTITIES IN WHICH ANY DEFENDANT HAS OR HAD A CONTROLLING INTEREST, ANY ENTITIES THAT ARE A PARENT OR SUBSIDIARY OF OR ARE CONTROLLED BY PE CORPORATION, AND ANY AFFILIATES, LEGAL REPRESENTATIVES, HEIRS, PREDECESSORS, SUCCESSORS AND ASSIGNS OF ANY OF THE EXCLUDED PARTIES.**

This Summary Notice is to advise you that the above action has been certified to proceed as a class action on behalf of the above Class of purchasers of Celera's common stock.  The action asserts claims against PE Corporation and certain current or former officers and directors of PE Corporation for violations of certain provisions of the federal securities laws.  The defendants have denied all allegations of wrongdoing asserted against them and have asserted affirmative defenses.

If you are, or may be, a member of the Class and have not received a copy of a detailed printed Notice of Pendency of Class Action (the "Notice"), you may obtain a copy of the Notice by contacting the Notice Administrator at:

*In re PE Corp. Securities Litigation*
PO Box 9000 #6377
Merrick, NY 11566-9000
(800) 295-4221

Unless you request an exclusion from the Class on or before _____ __, 2006, pursuant to the procedures set forth in the Notice referred to above, you will be bound by all orders and judgments in this Action, and will not be able to file, participate in, or continue any other action or proceeding based on, or relating to the claims, causes of action, facts or circumstances of this action.

This notice does not indicate any expression of opinion by the Court concerning the merits of any of the claims or defenses asserted in the Action. This summary notice is merely to advise you of the pendency of the action, and the availability of the detailed Notice.

Dated: _____, 2005

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT