UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID BERLIN, et al

   Vs.                                    Case Number:   3:00CV705(CFD)

PE CORP., et al

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>April 28, 2006</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on **May 28, 2006** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, April 28, 2006.


                            KEVIN F. ROWE, CLERK

                          By:<u>/s/ Devorah Johnson</u>
                              Devorah Johnson
                              Deputy Clerk