IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) | Master File No. 3:00CV-705 (CFD)<br><br>June 6, 2006 |

### MOTION FOR EXTENSION OF TIME

Plaintiffs hereby move for an extension of time to and including June 23, 2006 to submit a Stipulation of Settlement and related exhibits in this matter. The parties have been working diligently to finalize all terms of the settlement, but require this short extension of time to complete that process.

This is the second request for an extension of time to comply with the "Notice to Counsel" dated April 28, 2006 requiring counsel to file closing papers on or before May 28, 2006. The first such request was granted by the Court on May 31, 2006 extending the time to file the Stipulation of Settlement until June 6, 2006. Plaintiffs' counsel has contacted defense counsel regarding this motion, but defense counsel has been unable to reach its clients to determine defendants' position.

WHEREFORE, Plaintiffs request that the time to submit the Stipulation of Settlement be extended to and including June 23, 2006.

THE PLAINTIFFS

By: _____
J. Daniel Sagarin (CT04289)
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460
(203) 877-8000

>-and-
>
>Sanford P. Dumain (CT08138)
>Lee A. Weiss (*pro hac vice*)
>Shannon Hopkins (*pro hac vice*)
>Milberg Weiss Bershad & Schulman LLP
>One Pennsylvania Plaza
>New York, NY 10119
>(212) 594-5300
>
>Lead Counsel for Plaintiffs

## CERTIFICATION OF SERVICE

This is to certify that on June 6, 2006 a copy of the foregoing was mailed, first class mail and sent by facsimile to:

Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

_____
BRIAN C. FOURNIER