## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **IN RE: PE CORPORATION SECURITIES LITIGATION** | ) ) ) ) | **Master File No. 3:00CV-705 (CFD)** <br><br> **June 26, 2006** |

### MOTION ON CONSENT FOR EXTENSION OF TIME

Plaintiffs hereby move for an extension of time to and including July 7, 2006 to submit a Stipulation of Settlement and related exhibits in this matter. The parties have been working diligently to finalize all terms of the settlement, but require this short extension of time to complete that process.

This is the third request for an extension of time to comply with the "Notice to Counsel" dated April 28, 2006 requiring counsel to file closing papers on or before May 28, 2006. The second such request was granted by the Court on June 9, 2006 extending the time to file the Stipulation of Settlement until June 23, 2006. Plaintiffs' counsel has contacted defense counsel regarding this motion, and the Defendants consent to the requested extension of time.

WHEREFORE, Plaintiffs request that the time to submit the Stipulation of Settlement be extended to and including July 7, 2006.

THE PLAINTIFFS

By: _____
J. Daniel Sagarin (CT04289)
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT  06460
(203) 877-8000

-and-

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Shannon Hopkins (*pro hac vice*)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Lead Counsel for Plaintiffs

## **CERTIFICATION OF SERVICE**

This is to certify that on June 26, 2006 a copy of the foregoing was mailed, first class

mail and sent by facsimile to:

Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

BRIAN C. FOURNIER