IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION ) ) ) ) ) | Master File No. 3:00CV-705 (CFD) <br><br> July 7, 2006 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs hereby move for an extension of time to and including July 21, 2006 to submit a Stipulation of Settlement and related exhibits in this matter. Plaintiffs' Lead Counsel has very recently been informed by Robert Sugarman that he is withdrawing as counsel for named plaintiff, David Berlin. Inasmuch as Mr. Sugarman has been the sole contact with Mr. Berlin in connection with the settlement of the above matter, we will need some brief additional time to contact Mr. Berlin directly to discuss the settlement and certain issues raised by Mr. Sugarman's withdrawal. Additionally, the reasons for Mr. Sugarman's withdrawal raise concerns which we are investigating. Thus, we request an additional two weeks to submit the settlement documents.

This is the third request for an extension of time to comply with the "Notice to Counsel" dated April 28, 2006 requiring counsel to file closing papers on or before May 28, 2006. The second such request was granted by the Court on June 9, 2006 extending the time to file the Stipulation of Settlement until June 23, 2006. The third request was filed on June 26, 2006 and has not been acted upon by the Court. Plaintiffs' counsel has contacted defense counsel regarding this motion, and the Defendants take no position concerning the requested extension of time.

WHEREFORE, Plaintiffs request that the time to submit the Stipulation of Settlement be extended to and including July 21, 2006.

THE PLAINTIFFS

By: /s/ David A. Slossberg
J. Daniel Sagarin (CT04289)
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460
(203) 877-8000

-and-

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Shannon Hopkins (*pro hac vice*)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Lead Counsel for Plaintiffs

## CERTIFICATION OF SERVICE

This is to certify that on July 7, 2006 a copy of the foregoing was mailed, first class mail and sent by facsimile to:

Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

/s/ David A. Slossberg
David A. Slossberg