IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| IN RE: PE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) | Master File No. 3:00CV-705 (CFD) July 21, 2006 |
|---|---|---|

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs hereby move for an extension of time to and including August 4, 2006 to submit a Stipulation of Settlement and related exhibits in this matter. Plaintiffs' Lead Counsel need some brief additional time to discuss the settlement and certain issues raised by Attorney Sugarman's withdrawal with named plaintiff David Berlin. Additionally, lead counsel require more time to investigate the reasons for Mr. Sugarman's withdrawal. Thus, we request an additional two weeks to submit the settlement documents.

This is the fifth request for an extension of time to comply with the "Notice to Counsel" dated April 28, 2006 requiring counsel to file closing papers on or before May 28, 2006. The second such request was granted by the Court on June 9, 2006 extending the time to file the Stipulation of Settlement until June 23, 2006. The third request was filed on June 26, 2006 and granted by the Court on July 10, 2006. The fourth request was filed on July 7, 2006 and granted on July 14, 2006. Plaintiffs' counsel has contacted defense counsel regarding this motion, and the Defendants take no position concerning the requested extension of time.

WHEREFORE, Plaintiffs request that the time to submit the Stipulation of Settlement be extended to and including August 4, 2006.

THE PLAINTIFFS

By: /s/
J. Daniel Sagarin (CT04289)
David A. Slossberg (CT13116)
Brian C. Fournier (CT16272)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460
(203) 877-8000

-and-

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Shannon Hopkins (*pro hac vice*)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Lead Counsel for Plaintiffs

## CERTIFICATION OF SERVICE

This is to certify that on July 21, 2006 a copy of the foregoing was mailed, first class mail and sent by facsimile to:

Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian C. Fournier