IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) | Master File No. 3:00CV-705 (CFD)<br><br>August 25, 2006 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs hereby move for an extension of time to and including September 15, 2006 to submit a Stipulation of Settlement and related exhibits in this matter. Plaintiffs are awaiting response by defendants to the settlement documents. Thus, we request an additional three weeks to submit the settlement documents.

This is the seventh request for an extension of time to comply with the "Notice to Counsel" dated April 28, 2006 requiring counsel to file closing papers on or before May 28, 2006. The sixth request was filed on August 4, 2006 and has not been acted upon by the Court. Plaintiffs' counsel has contacted defense counsel regarding this motion, and the Defendants take no position concerning the requested extension of time.

WHEREFORE, Plaintiffs request that the time to submit the Stipulation of Settlement be extended to and including September 15, 2006.

THE PLAINTIFFS

By: _____
J. Daniel Sagarin (CT04289)
David A. Slossberg (CT13116)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460
(203) 877-8000

-and-

Sanford P. Dumain (CT08138)
Lee A. Weiss (*pro hac vice*)
Shannon Hopkins (*pro hac vice*)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Lead Counsel for Plaintiffs

## CERTIFICATION OF SERVICE

This is to certify that on August 25, 2006 a copy of the foregoing was mailed, first class mail and sent by facsimile to:

Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

_____
David A. Slossberg