## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION | : Master File No. 3:00CV705(CFD) <br> : <br> : SEPTEMBER 27, 2006 |

## MOTION ON CONSENT FOR EXTENSION OF TIME AND STATUS CONFERENCE

Defendants Applera Corporation (f/k/a PE Corporation), Tony White, Dennis Winger and Vikram Jog hereby move for an extension of time to two weeks following a status conference with the Court to submit a Stipulation of Settlement and related exhibits in this matter. Defendants seek the Court's direction on issues that may impact the status of this action and the possibility of settlement. Thus, Defendants request additional time beyond a status conference requested below to receive the Court's direction.

This is the eighth request for an extension of time to comply with the "Notice to Counsel" dated April 28, 2006, requiring counsel to file closing papers on or before May 28, 2006.

Further, Defendants request a status conference at the Court's earliest convenience to discuss the matters raised in the Defendant's August 29, 2006, letter to the Court. Specifically, the circumstances surrounding the withdrawal of attorney Sugarman and Lead Plaintiff Berlin raise concerns that may impact the Court's analysis of any settlement in the case. Defendants want to ensure that the Court is fully informed as to all issues and that the contemplated Settlement advances the interests of justice.

Defendants have contacted plaintiff's counsel and the plaintiff consents to the relief requested herein.

Wherefore, Defendants request that the time to submit the Stipulation of Settlement be extended to two weeks following a status conference which Defendants respectfully request that the Court set at its earliest convenience.

DEFENDANTS PE CORPORATION,
TONY L. WHITE, DENNIS L. WINGER
and VIKRAM JOG

By: /s/ Stanley A. Twardy, Jr.
Stanley A. Twardy, Jr. (ct05096)
Thomas D. Goldberg (ct04836)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300
(203) 977-7301 (fax)
tdgoldberg@dbh.com(e-mail)

Michael J. Chepiga (ct01173)
Robert A. Bourque (ct05269)
William M. Regan (ct25100)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
(212) 455 2502 (fax)
mchepiga@stblaw.com (e-mail)

Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006 a copy of the foregoing Motion for Extension of Time and Status Conference was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Stanley A. Twardy, Jr.
    Stanley A. Twardy, Jr.