UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re PE Corporation Securities Litigation | : Master File No.<br>:   3:00CV705(CFD)<br>:<br>:<br>:<br>: October 16, 2006 |

### MOTION FOR WITHDRAWAL OF APPEARANCE OF SANFORD P. DUMAIN ONLY AS TO PLAINTIFF DAVID BERLIN

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw the appearance of Attorney Sanford P. Dumain of the law firm of Milberg Weiss Bershad & Schulman LLP. Good cause exists for permitting the withdrawal by the appearing counsel as irreconcilable differences have arisen between counsel and Mr. Berlin which prevent counsel from further representing him in this matter.

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, notice of this motion has been provided to Mr. Berlin.

WHEREFORE, the undersigned requests that the withdrawal of appearance of Sanford P. Dumain be granted.

By: /s/ Daniel Sagarin
J. Daniel Sagarin CT 04289
David A. Slossberg CT 13116
HURWITZ, SAGARIN, SLOSSBERG &
KNUFF, LLC
147 N. Broad Street
Milford, Connecticut  06460
Tel:  (203) 877-8000
Fax:  (203) 878-9800

-and-

Sanford P. Dumain
Milberg Weiss Bershad &
Schulman, LLP
One Pennsylvania Plaza
New York, NY  10119
Tel:  (212) 594-5300
Fax:  (212) 868-1229

Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail, on October 16, 2006 to:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

David Berlin
6 Pheasant Run
St. James, NY  11780

/s/ David Slossberg
DAVID A. SLOSSBERG