UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re PE Corporation Securities Litigation | : Master File No.<br>:   3:00CV705(CFD)<br>:<br>:<br>:<br>: October 16, 2006 |

### MOTION FOR WITHDRAWAL OF APPEARANCES OF J. DANIEL SAGARIN AND DAVID A. SLOSSBERG ONLY AS TO PLAINTIFF DAVID BERLIN

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw the appearances of Attorneys J. Daniel Sagarin and David A. Slossberg of the law firm of Hurwitz, Sagarin, Slossberg & Knuff, LLC ("HSSK") as counsel for David Berlin. Although attorneys with the firm of HSSK have never had any communication with Mr. Berlin and are serving in this matter as local counsel for the firm of Milberg Weiss Bershad & Schulman LLP, HSSK has recently received information from members of Milberg Weiss demonstrating good cause why counsel may no longer represent Mr. Berlin in this matter.

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, notice of this motion has been provided to Mr. Berlin.

WHEREFORE, the undersigned requests that the withdrawal

of appearances of J. Daniel Sagarin and David A. Slossberg be granted.

By: /s/ David Slossberg
J. Daniel Sagarin CT 04289
David A. Slossberg CT 13116
HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
147 N. Broad Street
Milford, Connecticut  06460
Tel: (203) 877-8000
Fax: (203) 878-9800

-and-

Sanford P. Dumain
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY  10119
Tel:  (212) 594-5300
Fax:  (212) 868-1229)

Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail, on October 16, 2006  to:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

David Berlin
6 Pheasant Run
St. James, NY  11780

/s/ David A. Slossberg
David A. Slossberg