UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re PE Corporation Securities Litigation | : Master File No.<br>: 3:00CV705(CFD)<br>:<br>:<br>:<br>: October 16, 2006 |

### MOTION FOR WITHDRAWAL OF APPEARANCE OF BRIAN C. FOURNIER

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Brian C. Fournier as counsel of record for plaintiffs, as he is no longer employed by the law firm of Hurwitz, Sagarin, Slossberg & Knuff, LLC. J. Daniel Sagarin and David A. Slossberg continue to represent the plaintiffs and no hardship will be caused by this withdrawal.

THE PLAINTIFFS

By: /s/ David Slossberg
David A. Slossberg CT 13116
HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

-and-

Sanford P. Dumain
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY 10119
(203) 594-5300

## Certificate of Service

This is to certify that a copy of the foregoing was mailed, first class mail, on October _16_, 2006 to:

Stanley A. Twardy, Jr., Esq.
Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

_____
DAVID A. SLOSSBERG