IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: PE CORPORATION SECURITIES LITIGATION ) ) ) ) ) | Master File No. 3:00CV-705 (CFD)<br><br>January 25, 2008 |

## PLAINTFFS' STATUS REPORT

In response to the Court's request for a joint status report, Plaintiffs have repeatedly sought to confer with Defendants to prepare a joint report. At 1:35 p.m. on the due date, Defendants informed Plaintiffs that they did not intend to share a draft with Plaintiffs. Counsel for Defendants made it clear they intended to file their own report that contained language to which Plaintiffs' counsel would not likely agree. Therefore, this report is respectfully submitted by Plaintiffs only.

The Court in 2006 granted several joint requests to extend the deadline for the parties to submit a full stipulation of settlement following the agreement in principle that had been reached to settle this securities fraud class action. Since the Court granted the September 27, 2006 consent motion for an extension of time to submit a Stipulation of Settlement and related exhibits, the following occurred:

- The parties had a telephone status conference call with the Court on October 17, 2006 to discuss, among other things, information that had come to Plaintiffs' counsel's attention relating to plaintiff David Berlin and the criminal proceedings pending in the Central District of California in which Milberg Weiss LLP and certain individuals were named as defendants.

- At the Court's request, Stanley Twardy of Day, Berry & Howard sent a letter dated October 20, 2006 to Richard Robinson, Assistant United States Attorney, Criminal Division, Major Frauds Section, Central District of California asking if the U.S. Attorneys' Office would advise the Court and the parties of any information that the U.S. Attorneys' Office might be willing to share that may bear on the issues before the Court in connection with this case. Mr. Twardy's letter also stated that if the U.S. Attorneys' Office were reluctant to share this information with the parties, then the information could be provided directly to Judge Droney on an *in camera* basis.

- Also at the Court's request, Sanford Dumain of Milberg Weiss sent a letter to Judge Droney dated October 20, 2006 "set[ting] forth on a confidential basis the facts surrounding the requests by plaintiff David Berlin and co-counsel Robert P. Sugarman to withdraw from their roles in this litigation" and "providing the names of Milberg Weiss attorneys who worked on the case."

- Also at the Court's request, Mr. Twardy sent a letter to Judge Droney dated October 20, 2006 to "comment further ... on several matters that were discussed at the [October 17] hearing" and to enclose copies of an August 21, 2006 grand jury subpoena directed to them by the U.S. Attorneys' Office and of the First Superseding Indictment in *United States v. Milberg Weiss Bershad & Schulman LLP, et al.*, CR 05-587(A)-JFW (C.D. Cal.).

- On July 19, 2007, the U.S. Attorneys' Office for the Central District of California sent a letter to counsel for the parties in this action notifying counsel that earlier that day the U.S. Attorneys' Office had faxed Judge Droney a letter concerning this action and the criminal investigation that led to the indictment of Milberg Weiss and certain individuals. The letter to counsel informed them that the letter to Judge Droney was submitted *in camera* because it refers to matters filed under seal in the Central District of California.

- On September 11, 2007, the Court denied a motion for withdrawal of appearance of Sanford P. Dumain only as to Plaintiff David Berlin, a motion for withdrawal of appearances of J. Daniel Sagarin and David A. Slossberg only as to Plaintiff David Berlin, a motion for withdrawal of appearance of Lee Weiss, a motion for withdrawal of appearance of Carlos F. Ramirez, and a motion for withdrawal of appearance of Brian C. Fournier.

Plaintiff Vinh Vuong and his counsel have been ready, willing and able to proceed with the settlement of this case. Plaintiffs' counsel are available at the Court's convenience to discuss these matters further.

THE PLAINTIFFS

By: /s/ David Slossberg
J. Daniel Sagarin (CT04289)
David A. Slossberg (CT13116)
Hurwitz Sagarin Slossberg & Knuff, LLC
147 North Broad Street, P.O. Box 112
Milford, CT 06460
(203) 877-8000
(203) 878-9800 (fax)
DSlossberg@hssklaw.com

-and-

Sanford P. Dumain (CT08138)
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300
(212) 868-1229 (fax)
sdumain@milbergweiss.com

Lead Counsel for Plaintiffs

4

## **CERTIFICATE OF SERVICE**

This is to certify that on January 25, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

David A. Slossberg

Copies To:

Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael J. Chepiga, Esq.
Robert A. Bourque, Esq.
William M. Regan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017