## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE PE CORPORATION SECURITIES LITIGATION | : Master File No. 3:00-CV-705(CFD)<br>:<br>: June 29, 2010 |

### PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PETITION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff Paradise Wire & Cable Defined Profit Sharing Plan, Ira Gaines, Trustee ("Plaintiff"), by and through his counsel, hereby respectfully moves this Court to: (i) grant final approval of the proposed settlement of $11 million (the "Settlement"), including the proposed Plan of Allocation, and (ii) grant Plaintiff's Counsels' petition for an award of attorneys' fees and expenses.

As set forth in detail in the accompanying Memorandum In Support of Final Approval of Proposed Class Action Settlement And Petition For Award of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Sanford P. Dumain In Support Of The Proposed Settlement And The Application of Plaintiff's Counsel For An Award Of Attorneys' Fees And The Reimbursement of Expenses, and Compendium of Plaintiff's Counsels' Affidavits In Support Of An Award Of Attorneys' Fees And Reimbursement Of Expenses, Plaintiff submits that the Settlement is an excellent recovery for the Class and worthy of immediate approval, that the proposed Plan of Allocation is equitable and just, and that the requested fee and expenses are reasonable. Accordingly, Plaintiff respectfully requests that the Court grant this motion in its entirety.

THE PLAINTIFF

By: *David Slossberg*
David A. Slossberg (CT 13116)
J. Daniel Sagarin (CT 04289)
DSagarin@hssklaw.com
DSlossberg@hssklaw.com
Andrew W. Skolnick (CT 13422)
ASkolnick@hssklaw.com
**HURWITZ, SAGARIN, SLOSSBERG &**
**KNUFF, LLC**
147 North Broad Street
P.O. Box 112
Milford, Connecticut  06460-0112
Telephone:  (203) 877-8000
Facsimile:  (203) 878-9800
*Liaison Counsel for Plaintiff*

**MILBERG LLP**
Sanford P. Dumain (CT 08138)
SDumain@milberg.com
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229
*Lead Counsel for Plaintiff*

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Lawrence P. Kolker
Kolker@whafh.com
270 Madison Avenue
New York, New York  10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653
*Counsel for Paradise Wire & Cable Defined*
*Profit Sharing Plan*

**IZARD NOBEL P.C.**
Jeffrey S. Nobel
JNobel@izardnobel.com
29 South Main Street, Suite 215
West Hartford, Connecticut  06107
Telephone:  (860) 493-6292
Facsimile:  (860) 493-6290
*Counsel for Paradise Wire & Cable Defined*
*Profit Sharing Plan*